IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, et al.,<br><br>  Petitioners,<br><br>v.<br><br>ADVANTAGE SALES & MARKETING LLC, et al.,<br><br>  Respondents. | Case No.   1:22-cv-3278 |

**NOTICE OF PETITION TO VACATE
OR SET ASIDE ARBITRATION AWARDS**

PLEASE TAKE NOTICE that Petruss Media Group LLC, f/k/a Take 5 Media Group, LLC, Alexander Radetich, Richard Gluck, and RJV Marketing Corp. by and through their undersigned counsel, upon the accompanying Petition to Vacate or Set Aside Arbitration Awards, filed concurrently with this Notice, respectfully request that this Honorable Court vacate or set aside the Interim Award, issued on August 4, 2022, and the Modified Final Award, issued on October 20, 2022 in AAA No. 01-19-002-7532.

Dated: October 26, 2022

/s/ Lisa M. Richman
Lisa M. Richman
Lauren H. Evans
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
Tel.: 202-756-8000
lrichman@mwe.com
levans@mwe.com

*Attorneys for Petitioners Petruss Media Group, LLC f/k/a Take 5 Media Group LLC and Cross-Respondents RJV Marketing Corp., Richard Gluck, and Alexander Radetich*