# EXHIBIT 60

# FILED UNDER SEAL

Case 1:22-cv-03278-RC-ZMF     Document 1-68     Filed 10/26/22     Page 1 of 1