# EXHIBIT 72



Jean Baker<br>
Vice President<br>
1120 Connecticut Ave NW<br>
Suite 490<br>
Washington, DC 20036<br>
Telephone: (202)223-7093

September 20, 2022

Dennis A. Richard
Richard and Richard, P.A.
825 Brickell Bary Drive
17th Floor
Miami, FL 33131
Via Email to: dennis@richardandrichard.com

Michael H. Strub, Jr.
Greenberg Gross LLP
650 Town Center Drive
Suite 1700
Costa Mesa, CA 92626
Via Email to: MStrub@GGTrialLaw.com

Case Number: 01-19-0002-7532

Petruss Media Group, LLC f/k/a
Take 5 Media Group, LLC
-vs-
Advantage Sales & Marketing, LLC, a California limited liability company

Dear Parties:

The hearings are declared closed as of September 19, 2022. Pursuant to the Rules, the award of the arbitrator is due on October 19, 2022.

In accordance the Rules, unless the parties or arbitrator direct otherwise, the award will be sent out in the same manner in which the AAA has been communicating with the parties (email, us mail, fax, etc.).

In the event there is a refund due, it is important that you advise the AAA the name and address to which the refund check should be issued. If the AAA does not receive a response by September 27, 2022 any refunds due will be issued directly to you.

Please be reminded any direct exchange with the Arbitrator is terminated. All communications shall be directed to the AAA.

Sincerely,

/s/ Matthew Conger

Matthew Conger, Esq.
Director

Direct Dial: (202)223-8590
Email: MatthewConger@adr.org

cc:  Melissa L. Mackiewicz
     Wayne R. Gross, Esq.
     Tammy L. Mercer
     Richard Roth, Esq.
     William D. Johnston, Esq.
     Desiree Murray
     Cheryl Winsten
     Hon. James R. Eyler (Ret.)