# EXHIBIT 76

| From: | Michael H. Strub <MStrub@GGTrialLaw.com> |
|---|---|
| Sent: | Tuesday, October 4, 2022 4:07 PM |
| To: | MatthewConger@adr.org; rich@rrothlaw.com; Richman, Lisa; melissa@richardandrichard.com; dennis@richardandrichard.com; jim@eylerdisputeresolution.com; Cheryl Winsten; Desiree N. Murray; Wayne Gross; James Eyler |
| Subject: | RE: [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532 |

**[ External Email ]**

Judge Eyler:

As recited in the Final Award, the Interim Award awarded Respondents and Counter-Claimants $48,325,822.29 as damages.  The Final Award, paragraph 1, reflects an award of $43,633,333.34 as damages, which does not include the amounts Your Honor awarded for due diligence, the investigation, and the termination of the leases.  See Final Award at 2.  We respectfully request that Your Honor enter a corrected Final Award.

Respectfully,

**Michael H. Strub Jr.**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2770 | Fax 949.383.2801
MStrub@GGTrialLaw.com | www.GGTrialLaw.com



**From:** MatthewConger@adr.org <MatthewConger@adr.org>
**Sent:** Tuesday, October 4, 2022 12:35 PM
**To:** rich@rrothlaw.com; lrichman@mwe.com; Michael H. Strub <MStrub@GGTrialLaw.com>; melissa@richardandrichard.com; dennis@richardandrichard.com; jim@eylerdisputeresolution.com; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Desiree N. Murray <DMurray@GGTrialLaw.com>; Wayne Gross <wgross@ggtriallaw.com>
**Subject:** [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**AAA Matthew Conger**
**Director of ADR Services**

> American Arbitration Association
>
> T: 202 223 8590  E: matthewconger@adr.org
> 1120 Connecticut Ave NW, Suite 490, Washington, D.C. 20036
> adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

2