# EXHIBIT 77

| | |
|---|---|
| From: | AAA Matthew Conger <matthewconger@adr.org> |
| Sent: | Wednesday, October 5, 2022 8:33 AM |
| To: | Michael H. Strub; rich@rrothlaw.com; Richman, Lisa; melissa@richardandrichard.com; dennis@richardandrichard.com; Cheryl Winsten; Desiree N. Murray; Wayne Gross |
| Cc: | AAA Matthew Conger |
| Subject: | RE: [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532 |

**[ External Email ]**

Dear Counsel:

I have removed the arbitrator from this email exchange.

This confirms receipt of Mr. Strub's email from October 4, 2022 requesting the arbitrator correct the final award. This request falls under AAA Commercial Rule R-50.

    R-50. Modification of Award
    Within 20 calendar days after the transmittal of an award, any party, upon notice to the other parties, may request the arbitrator, through the AAA, to correct any
    clerical, typographical, or computational errors in the award. The arbitrator is not empowered to redetermine the merits of any claim already decided. The other
    parties shall be given 10 calendar days to respond to the request. The arbitrator shall dispose of the request
    within 20 calendar days after transmittal by the AAA to the arbitrator of the request and any response thereto.

Therefore, counsel for the claimants have 10 days to respond to the request. After which, AAA will forward any response received and ask the arbitrator make the determination.

AAA requests claimants counsel respond to AAA copying opposing counsel by Friday, October 14, 2022.

Best regards,

Matthew Conger



**AAA Matthew Conger**
**Director of ADR Services**

American Arbitration Association

T: 202 223 8590  E: matthewconger@adr.org
1120 Connecticut Ave NW, Suite 490, Washington, D.C. 20036
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Michael H. Strub <MStrub@GGTrialLaw.com>
**Sent:** Tuesday, October 4, 2022 4:07 PM
**To:** AAA Matthew Conger <matthewconger@adr.org>; rich@rrothlaw.com; lrichman@mwe.com; melissa@richardandrichard.com; dennis@richardandrichard.com; jim@eylerdisputeresolution.com; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Desiree N. Murray <DMurray@GGTrialLaw.com>; Wayne Gross <wgross@ggtriallaw.com>; James Eyler <eyler21@gmail.com>
**Subject:** RE: [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532

**\*\*\* External E-Mail – Use Caution \*\*\***

Judge Eyler:

As recited in the Final Award, the Interim Award awarded Respondents and Counter-Claimants $48,325,822.29 as damages. The Final Award, paragraph 1, reflects an award of $43,633,333.34 as damages, which does not include the amounts Your Honor awarded for due diligence, the investigation, and the termination of the leases. See Final Award at 2. We respectfully request that Your Honor enter a corrected Final Award.

Respectfully,

Michael H. Strub Jr.
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2770 | Fax 949.383.2801
MStrub@GGTrialLaw.com | www.GGTrialLaw.com



**From:** MatthewConger@adr.org <MatthewConger@adr.org>
**Sent:** Tuesday, October 4, 2022 12:35 PM
**To:** rich@rrothlaw.com; lrichman@mwe.com; Michael H. Strub <MStrub@GGTrialLaw.com>; melissa@richardandrichard.com; dennis@richardandrichard.com; jim@eylerdisputeresolution.com; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Desiree N. Murray <DMurray@GGTrialLaw.com>; Wayne Gross <wgross@ggtriallaw.com>
**Subject:** [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

 **AAA Matthew Conger
Director of ADR Services**

> American Arbitration Association
>
> T: 202 223 8590  E: matthewconger@adr.org
> 1120 Connecticut Ave NW, Suite 490, Washington, D.C. 20036
> adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.