# EXHIBIT 79

| | |
|---|---|
| **From:** | Michael H. Strub <MStrub@GGTrialLaw.com> |
| **Sent:** | Thursday, October 20, 2022 2:37 PM |
| **To:** | AAA Matthew Conger; Richman, Lisa; rich@rrothlaw.com; melissa@richardandrichard.com; dennis@richardandrichard.com; Cheryl Winsten; Desiree N. Murray; Wayne Gross |
| **Subject:** | RE: [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532 |

**[ External Email ]**

Mr. Conger:

The parties have agreed that the damage amount of $43,633,33.34, reflected at page 10, paragraph 1 of the Final Award, should be changed to the amount stated on page 2 of the Final Award and page 43 of the Interim Award: $48,325,822.29.  *See* Letter from Lisa M. Richman to Matthew Conger, dated 10/14/2022, at 2.

The Take 5 Parties also have asked that the ***AAA*** confirm that Advantage Sales & Marketing, LLC has paid all outstanding invoices to the AAA in an amount of $119,110.00.  *Id.*  We do not object to the AAA providing confirmation if it chooses to do so.

The parties have not asked for any further corrections to the Final Award, and we ask that it be corrected and issued promptly.

Respectfully,


**Michael H. Strub Jr.**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2770 | Fax 949.383.2801
MStrub@GGTrialLaw.com | www.GGTrialLaw.com



---

**From:** AAA Matthew Conger <matthewconger@adr.org>
**Sent:** Monday, October 17, 2022 12:55 PM
**To:** Richman, Lisa <Lrichman@mwe.com>; Michael H. Strub <MStrub@GGTrialLaw.com>; rich@rrothlaw.com; melissa@richardandrichard.com; dennis@richardandrichard.com; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Desiree N. Murray <DMurray@GGTrialLaw.com>; Wayne Gross <wgross@ggtriallaw.com>
**Cc:** AAA Matthew Conger <matthewconger@adr.org>
**Subject:** RE: [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532

Dear Counsel:

This confirms receipt.

Best regards,

Matthew Conger

1



**AAA Matthew Conger**
**Director of ADR Services**

American Arbitration Association

T: 202 223 8590  E: matthewconger@adr.org
1120 Connecticut Ave NW, Suite 490, Washington, D.C. 20036
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Richman, Lisa <Lrichman@mwe.com>
**Sent:** Friday, October 14, 2022 4:46 PM
**To:** AAA Matthew Conger <matthewconger@adr.org>; Michael H. Strub <MStrub@GGTrialLaw.com>; rich@rrothlaw.com; melissa@richardandrichard.com; dennis@richardandrichard.com; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Desiree N. Murray <DMurray@GGTrialLaw.com>; Wayne Gross <wgross@ggtriallaw.com>
**Subject:** RE: [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532

   *** External E-Mail – Use Caution ***

Dear Mr. Conger,

On behalf of the Take 5 Parties, please see the attached letter.

Best regards,
Lisa Richman


LISA M. RICHMAN
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8090     **Mobile** +1 202 285 4738     **Email** lrichman@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

---

**From:** AAA Matthew Conger <matthewconger@adr.org>
**Sent:** Wednesday, October 5, 2022 8:33 AM
**To:** Michael H. Strub <MStrub@GGTrialLaw.com>; rich@rrothlaw.com; Richman, Lisa <Lrichman@mwe.com>; melissa@richardandrichard.com; dennis@richardandrichard.com; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Desiree N. Murray <DMurray@GGTrialLaw.com>; Wayne Gross <wgross@ggtriallaw.com>
**Cc:** AAA Matthew Conger <matthewconger@adr.org>
**Subject:** RE: [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532

**[ External Email ]**
Dear Counsel:

I have removed the arbitrator from this email exchange.

2

This confirms receipt of Mr. Strub's email from October 4, 2022 requesting the arbitrator correct the final award. This request falls under AAA Commercial Rule R-50.

    R-50. Modification of Award
    Within 20 calendar days after the transmittal of an award, any party, upon notice to the other parties, may request the arbitrator, through the AAA, to correct any
    clerical, typographical, or computational errors in the award. The arbitrator is not empowered to redetermine the merits of any claim already decided. The other
    parties shall be given 10 calendar days to respond to the request. The arbitrator shall dispose of the request
    within 20 calendar days after transmittal by the AAA to the arbitrator of the request and any response thereto.

Therefore, counsel for the claimants have 10 days to respond to the request. After which, AAA will forward any response received and ask the arbitrator make the determination.

AAA requests claimants counsel respond to AAA copying opposing counsel by Friday, October 14, 2022.

Best regards,

Matthew Conger



**AAA Matthew Conger**
**Director of ADR Services**

American Arbitration Association

T: 202 223 8590  E: matthewconger@adr.org
1120 Connecticut Ave NW, Suite 490, Washington, D.C. 20036
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Michael H. Strub <MStrub@GGTrialLaw.com>
**Sent:** Tuesday, October 4, 2022 4:07 PM
**To:** AAA Matthew Conger <matthewconger@adr.org>; rich@rrothlaw.com; lrichman@mwe.com; melissa@richardandrichard.com; dennis@richardandrichard.com; jim@eylerdisputeresolution.com; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Desiree N. Murray <DMurray@GGTrialLaw.com>; Wayne Gross <wgross@ggtriallaw.com>; James Eyler <eyler21@gmail.com>
**Subject:** RE: [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532

**\*\*\* External E-Mail – Use Caution \*\*\***

Judge Eyler:

As recited in the Final Award, the Interim Award awarded Respondents and Counter-Claimants $48,325,822.29 as damages. The Final Award, paragraph 1, reflects an award of $43,633,333.34 as damages, which does not include the amounts Your Honor awarded for due diligence, the investigation, and the termination of the leases. See Final Award at 2. We respectfully request that Your Honor enter a corrected Final Award.

3

Respectfully,

**Michael H. Strub Jr.**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2770 | Fax 949.383.2801
MStrub@GGTrialLaw.com | www.GGTrialLaw.com



---

**From:** MatthewConger@adr.org <MatthewConger@adr.org>
**Sent:** Tuesday, October 4, 2022 12:35 PM
**To:** rich@rrothlaw.com; lrichman@mwe.com; Michael H. Strub <MStrub@GGTrialLaw.com>; melissa@richardandrichard.com; dennis@richardandrichard.com; jim@eylerdisputeresolution.com; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Desiree N. Murray <DMurray@GGTrialLaw.com>; Wayne Gross <wgross@ggtriallaw.com>
**Subject:** [EXT] Petruss Media Group, LLC f/k/a v. Advantage Sales & Marketing, LLC, - Case 01-19-0002-7532

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**AAA Matthew Conger**
**Director of ADR Services**

American Arbitration Association

T: 202 223 8590  E: matthewconger@adr.org
1120 Connecticut Ave NW, Suite 490, Washington, D.C. 20036
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

*********************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*********************************************************************************************

4

Please visit http://www.mwe.com/ for more information about our Firm.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.