# EXHIBIT I

# VERIFIED RETURN OF SERVICE

IN THE CIRCUIT COURT OF THE JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Advantage Sales & Marketing, LLC et al

**Case # 50-2022-CA-010374**

vs.

Petruss Media Group, LLC, RJV Marketing Corp, Richard Gluck, Alexander Radetich

**TYPE OF PROCESS**

☒ 20 DAY SUMMONS AND COMPLAINT

☐ NOTICE TO APPEAR

☒ ORDER FOR CASE MANAGEMENT

PARTY TO BE SERVED: Richard Gluck
484 E. Royal Palm Road
Boca Raton, FL 33432

RECEIVED THIS PROCESS ON 10/27/22, 10 AM AND ON 10/29/2022 at 1PM

I SERVED IT ON THE WITHIN NAMED Richard Gluck IN Palm Beach COUNTY, FLORIDA

☐ INDIVIDUAL SERVICE: By serving upon the within named (Defendant/Witness) a true copy of this process with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading

☒ SUBSTITUTE SERVICE: By serving a true copy of this process with the date and hour of service endorsed thereon by me and a copy of Plaintiff's initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit Reginald Grigler, 20s w/m 6'+ short brown hair 150# co-habitant, or to ______ spouse of defendant and, or to ______ manager of defendant business and informing such person of their contents pursuant to:

☐ F.S. 48.031 (2)(a) ☐ F.S. 48.031 (2)(b). ☒ F.S. 48.031.

☐ CORPORATE SERVICE. By serving a true copy of this process and a copy of Plaintiff's initial pleading to ______ as ______ of said corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving ______ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving ______ as a registered agent in compliance with F.S. 48.091.

☐ PARTNERSHIP SERVICE: By serving ______, partner, or to ______ a designated employ" or person in charge of partnership.

☐ POSTED: ☐ COMMERCIAL, ☐ RESIDENTIAL, 1st Attempt____ 2nd Attempt ____

☐ NO SERVICE: For the reason that after diligent search and inquiry failed to find said ______ in ______ County, Florida

COMMENTS: Refused to accept service after Process Server identified self. Identified Reginald Grigler from picture after he said he lived at this address. Informed him I was leaving papers as he walked away.

Requesting Party:
JUSTIN B. ELEGANT, ESQ
BERGER SINGERMAN LLP
1450 Brickell Av #1900
Miami, FL 33301

I acknowledge that I have no interest in this action.
I acknowledge that I am a certified or Appointed Process Server in good standing in the jurisdiction which the Defendant was served. I have read the forgoing Verified Return of Service and under penalty of perjury, declare the facts stated to be true to the best of my knowledge.

Process Server: *Walter Butler #pbc148*

Notary not required pursuant to F.S.92.525

Filing # 159796712 E-Filed 10/24/2022 09:51:25 AM

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT**
**IN AND FOR PALM BEACH COUNTY, FLORIDA**

Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P.,

Case No. 50-2022-CA-010374

Petitioners,

v.

Petruss Media Group, LLC f/k/a Take 5 Media Group LLC, RJV Marketing Corp., Richard Gluck, and Alexander Radetich,

Respondents.

_______________________________/

Reginald Grigler
@/#AB
10-29-22
1PM
# PBC148
w/M 62''
150lb
glart BN
Hair
20s

**SUMMONS**

**THE STATE OF FLORIDA**

To All Singular Sheriffs of Said State:

**YOU ARE HEREBY COMMANDED** to serve this SUMMONS and a copy of the PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF FINAL JUDGMENT in the above-styled cause upon the Defendant, RICHARD GLUCK, by serving:

RICHARD GLUCK
484 E. Royal Palm Road
Boca Raton, FL 33432

Defendant is required to serve written defenses to the **Petition to Confirm Arbitration Award and for Entry of Final Judgment** on Justin B. Elegant, Esq., Plaintiff's attorney, whose address is Berger Singerman LLP, 1450 Brickell Avenue, Ste. 1900, Miami, FL 33131, **within twenty (20) days after service of this Summons** on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Petition.

**Oct 27 2022**

**WITNESS** my hand and seal of said Court this _______ day of October, 2022.




JOSEPH ABRUZZO
As Clerk of said Court

By: ____________________
As Deputy Clerk
**JOSIE LUCCE**

IMPORTANTE

Usted hasido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**JUSTIN B. ELEGANT, ESQ.**
**BERGER SINGERMAN LLP**
**1450 Brickell Avenue, Ste. 1900**
**Miami, FL 33301**
**(305) 755-9500**

IMPORTANT

Des poursuites judicires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

# VERIFIED RETURN OF SERVICE

IN THE CIRCUIT COURT OF THE JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Advantage Sales & Marketing, LLC et al

Case # 50-2022-CA-010374

vs.

Petruss Media Group, LLC, RJV Marketing Corp, Richard Gluck, Alexander Radetich

TYPE OF PROCESS

☒ 20 DAY SUMMONS AND COMPLAINT

☐ NOTICE TO APPEAR

☒ ORDER FOR CASE MANAGEMENT

PARTY TO BE SERVED: Alexander Radetich (Managing Partner)
Petruss Media Group, LLC
2121 N.W. 30th Road
Boca Raton, FL 33431

RECEIVED THIS PROCESS ON 10/27/22, 10 AM AND ON 10/28/2022 at 715AM

I SERVED IT ON THE WITHIN NAMED Alexander Radetich as Managing Partner IN Palm Beach COUNTY, FLORIDA

☐ INDIVIDUAL SERVICE: By serving upon the within named (Defendant/Witness) a true copy of this process with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading

☒ SUBSTITUTE SERVICE: By serving a true copy of this process with the date and hour of service endorsed thereon by me and a copy of Plaintiff's initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit Katherine Radetich, 40s 5'7" 130, brown hair w/f wife co-habitant, or to ____ spouse of defendant and, or to ____ manager of defendant business and informing such person of their contents pursuant to:

☐ F.S. 48.031 (2)(a) ☐ F.S. 48.031 (2)(b). ☒ F.S. 48.031.

☒ CORPORATE SERVICE. By serving a true copy of this process and a copy of Plaintiff's initial pleading to Alexander Radetich as Managing Partner of said corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving ____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving ____ as a registered agent in compliance with F.S. 48.091.

☐ PARTNERSHIP SERVICE: By serving ____, partner, or to ____ a designated employ" or person in charge of partnership.

☐ POSTED: ☐COMMERCIAL, ☐RESIDENTIAL, 1st Attempt____ 2nd Attempt ____

☐ NO SERVICE: For the reason that after diligent search and inquiry failed to find said ____ in ____ County, Florida

COMMENTS: SERVICE OF PROCESS was made by f.s. 48.062(2), 48.062(4) and 48.031
Registered Agent address is vacant office, 2385 N.W. Executive Center Drive, #290
Boca Raton, FL 33431

Requesting Party:
JUSTIN B. ELEGANT, ESQ
BERGER SINGERMAN LLP
1450 Brickell Av #1900
Miami, FL 33301

I acknowledge that I have no interest in this action.
I acknowledge that I am a certified or Appointed Process Server in good standing in the jurisdiction which the Defendant was served. I have read the forgoing Verified Return of Service and under penalty of perjury, declare the facts stated to be true to the best of my knowledge.

Notary not required pursuant to F.S.92.525

[signature]

Process Server: Walter Butler #pbc148

Filing # 159796712 E-Filed 10/24/2022 09:51:25 AM

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P.,

Petitioners,

v.

Petruss Media Group, LLC f/k/a Take 5 Media Group LLC, RJV Marketing Corp., Richard Gluck, and Alexander Radetich,

Respondents.

______________________________/

Case No. 50-2022-CA-010374

Katherine Wice/G HAB Radetich
per F.S 48.031 48.062(2) 48.062(4)
715AM 10/28/22

**SUMMONS**

**THE STATE OF FLORIDA**

To All Singular Sheriffs of Said State:

**YOU ARE HEREBY COMMANDED** to serve this SUMMONS and a copy of the PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF FINAL JUDGMENT in the above-styled cause upon the Defendant, PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC by serving:

PBC148

PETRUSS MEDIA GROUP, LLC
f/k/a TAKE 5 MEDIA GROUP, LLC
By Serving its Registered Agent: Richard D. Gluck — Vacant office
2385 N.W. Executive Center Drive
Boca Raton, FL 33431

If service cannot be made on the Registered Agent because of the Agent's failure to be available for service of process as required by law, service may be made on (a) the president, vice-president or other head of the corporation; (b) in the absence of any person described in paragraph (a), on the cashier, treasurer, secretary or general manager; (c) in the absence of any person described in paragraphs (a) or (b), on any director; or (d) in the absence of any person described in paragraphs (a), (b) or (c), on any officer or business agent residing in the state.

Defendant is required to serve written defenses to the **Petition to Confirm Arbitration Award and For Entry of Final Judgment** on Justin B. Elegant, Esq., Plaintiff's attorney, whose address is Berger Singerman LLP, 1450 Brickell Avenue, Ste. 1900, Miami, FL 33131, **within twenty (20) days after service of this Summons** on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Petition.

**Oct 27 2022**

**WITNESS** my hand and seal of said Court this _______ day of October, 2022.




JOSEPH ABRUZZO
As Clerk of said Court

By: ____________________
As Deputy Clerk
**JOSIE LUCCE**

In accordance with the American with Disabilities Act, if you are a person with a disability who needs any accommodation in order to participate in this proceeding or program, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administrative Offices of the Court, Palm Beach County Courthouse, Room, 5.2400, West Palm Beach, Florida 33401 as far in advance as possible, but preferably at least seven (7) working days before your scheduled court appearance or other court activity; or immediately upon receiving your notification if the time before the scheduled appearance is less than seven (7) working days; the telephone number is 561-355-4380. If you are hearing or voice impaired, call 1-800-955-8771, Fax is 561-656-7662, E-mail at ADA@pbcgov.org.

*Conforme a la Ley sobre Estadounidenses con Discapacidades, si usted es una persona con una discapacidad que necesite alguna acomodación para poder participar en este procedimiento o programa, tiene el derecho, sin costo alguno para usted, a que le proporcionen cierta asistencia. Por favor, póngase en contacto con el Coordinador ADA de la Oficinas Administrativas Judiciales del Tribunal del Condado de Palm Beach, Habitación 5.2400, West Palm Beach, FL 33401; con el mayor tiempo de antelación posible, pero preferiblemente, por lo menos (7) días laborales antes de su fecha de comparecencia u otra actividad judicial; o inmediatamente después de haber sido notificado, si el tiempo antes de su fecha de comparecencia es de menos de (7) días laborales: el número de teléfono es el 561-355-4380, si usted tiene alguna dificultad auditiva o en el habla, llame al 1-800-955-8771, el Fax es 561-656-7662, Envíe un e-mail a ADA@pbcgov.org*

*Daprè lwa Ameriken pou moun ki andikape yo, si w se yon moun andikape ki bezwen yon akomodasyon rezonab pou w kab patisipe nan pwosedi oswa pwogram sa a, lalwa ba w dwa pou w jwenn yon sèten fòm asistans san w pa bezwen peye pou sa. Tanpri, kontakte Kòdonatris ADA nan biwo administrasyon tribinal rejyon Palm Beach la nan Sal 5.2400, West Palm Beach, Florida 33401 pi vit posib, men l ap pi bon toujou si w fè sa omwen sèt (7) jou alavans avan dat ou gen pou vin nan tribinal la oswa nan lòt aktivite jidisyè a; oswa imedyatman aprè ou fin resevwa notifikasyon sa a, si dat randevou pou konparèt nan tribinal la mwens pase sèt (7) jou ouvrab; nimewo telefòn nan se 561-355-4380. Si w se yon moun ki pa tande byen oswa ki pa pale byen akoz yon twoub langaj kèlkonk, rele 1-800-955-8771, faks la se 561-656-7662, imèl la se ADA@pbcgov.org.*

Filing # 160873848 E-Filed 11/08/2022 02:26:06 PM

# VERIFIED RETURN OF SERVICE

IN THE CIRCUIT COURT OF THE JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Advantage Sales & Marketing, LLC et al

**Case # 50-2022-CA-010374**

vs.

Petruss Media Group, LLC, RJV Marketing Corp, Richard Gluck, Alexander Radetich

**TYPE OF PROCESS**

☒ 20 DAY SUMMONS AND COMPLAINT

☐ NOTICE TO APPEAR

☒ ORDER FOR CASE MANAGEMENT

PARTY TO BE SERVED: Alexander Radetich
2121 N.W. 30th Road
Boca Raton, FL 33431

RECEIVED THIS PROCESS ON 10/27/22, 10 AM AND ON 10/28/2022 at 715AM

I SERVED IT ON THE WITHIN NAMED Alexander Radetich IN Palm Beach COUNTY, FLORIDA

☐ INDIVIDUAL SERVICE: By serving upon the within named (Defendant/Witness) a true copy of this process with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or Initial pleading

☒ SUBSTITUTE SERVICE: By serving a true copy of this process with the date and hour of service endorsed thereon by me and a copy of Plaintiff's Initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit Katherine Radetich, 40s 5'7" 130, brown hair w/f wife co-habitant, or to ____ spouse of defendant and, or to ____ manager of defendant business and informing such person of their contents pursuant to:
☐ F.S. 48.031 (2)(a) ☐ F.S. 48.031 (2)(b). ☒ F.S. 48.031.

☐ CORPORATE SERVICE. By serving a true copy of this process and a copy of Plaintiff's initial pleading to ____ as ____ of said corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving ____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving ____ as a registered agent in compliance with F.S. 48.091.

☐ PARTNERSHIP SERVICE: By serving ____, partner, or to ____ a designated employ" or person in charge of partnership.

☐ POSTED: ☐ COMMERCIAL, ☐ RESIDENTIAL, 1st Attempt____ 2nd Attempt ____

☐ NO SERVICE: For the reason that after diligent search and inquiry failed to find said ____ in ____ County, Florida

COMMENTS:

Requesting Party:
JUSTIN B. ELEGANT, ESQ
BERGER SINGERMAN LLP
1450 Brickell Av #1900
Miami, FL 33301

I acknowledge that I have no interest in this action.
I acknowledge that I am a certified or Appointed Process Server in good standing in the jurisdiction which the Defendant was served. I have read the forgoing Verified Return of Service and under penalty of perjury, declare the facts stated to be true to the best of my knowledge.

Notary not required pursuant to F.S.92.525

Process Server: *Walter Butler #pbc148*

Filing # 159796712 E-Filed 10/24/2022 09:51:25 AM

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P.,

Petitioners,

v.

Petruss Media Group, LLC f/k/a Take 5 Media Group LLC, RJV Marketing Corp., Richard Gluck, and Alexander Radetich,

Respondents.

Case No. 50-2022-CA-010374

wife/co HPB
Katherine Radetich
7:15 AM
10/28/22
PBC148

**SUMMONS**

**THE STATE OF FLORIDA**

To All Singular Sheriffs of Said State:

**YOU ARE HEREBY COMMANDED** to serve this SUMMONS and a copy of the PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF FINAL JUDGMENT in the above-styled cause upon the Defendant, ALEXANDER RADETICH, by serving:

ALEXANDER RADETICH
2121 N.W. 30th Road
Boca Raton, FL 33431

Defendant is required to serve written defenses to the **Petition to Confirm Arbitration Award and for Entry of Final Judgment** on Justin B. Elegant, Esq., Plaintiff's attorney, whose address is Berger Singerman LLP, 1450 Brickell Avenue, Ste. 1900, Miami, FL 33131, **within twenty (20) days after service of this Summons** on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Petition.

**Oct 27 2022**

**WITNESS** my hand and seal of said Court this _______ day of October, 2022.




JOSEPH ABRUZZO
As Clerk of said Court

By: ______________________
As Deputy Clerk
**JOSIE LUCCE**

IMPORTANTE

Usted hasido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**JUSTIN B. ELEGANT, ESQ.**
**BERGER SINGERMAN LLP**
**1450 Brickell Avenue, Ste. 1900**
**Miami, FL 33301**
**(305) 755-9500**

IMPORTANT

Des poursuites judicires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme