# EXHIBIT J

| | |
|---|---|
| **From:** | Evans, Lauren <Levans@mwe.com> |
| **Sent:** | Tuesday, November 1, 2022 6:07 AM |
| **To:** | singerman@bergersingerman.com; jelegant@bergersingerman.com |
| **Cc:** | Richman, Lisa; Michael H. Strub |
| **Subject:** | [EXT] Advantage v. Petruss, Case No. 50-2022-CA-010374 - Acceptance of Service - RJV Marketing Corp. |

Good Morning Counsel,

We write to accept service on behalf of RJV Marketing Corp. in *Advantage Sales & Marketing LLC, et al. v. Petruss Media Group, LLC, f/k/a Take 5 Media Group, LLC*, Case No. 50-2022-CA-010374.

Sincerely,

Lauren H. Evans, Esq.

LAUREN EVANS
Associate
**McDermott Will & Emery LLP** The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8864 | **Mobile** +1 540 746 0037 | **Email** levans@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn**

*************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

1