**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, et al.<br><br>    Petitioners,<br><br>v.<br><br>ADVANTAGE SALES & MARKETING LLC, et al.,<br><br>    Respondents. | Case No. 1:22-cv-3278 |

**DECLARATION OF BRYCE ROBINSON IN SUPPORT OF RESPONDENTS' MOTION
TO DISMISS PETITION TO VACATE ARBITRATION AWARD
DUE TO A SEPARATE PENDING ACTION TO CONFIRM AWARD OR, IN THE
ALTERNATIVE, TO STAY PETITION AND MOTION TO VACATE**

## DECLARATION OF BRYCE ROBINSON

I, Bryce Robinson, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California (Bar No. 204013) and currently serve as the General Counsel and Secretary for Respondent Advantage Solutions Inc. in this action. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2. The party to this action, Advantage Solutions Inc., does not do business in Washington, D.C. and does not have an agent for service of process there.

3. The registered agent for service of process in Delaware for Advantage Solutions Inc is CSC, not Prentice-Hall Corporation System.

4. The Take 5 Parties' Petition to Vacate in this action was never served on CSC as the registered agent of Advantage Solutions Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 11, 2022

_____
Bryce Robinson