IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, et al.<br><br>Petitioners,<br><br>v.<br><br>ADVANTAGE SALES & MARKETING LLC, et al.,<br><br>Respondents. | Case No. 1:22-cv-3278 |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Respondents' Motion To Dismiss Petition To Vacate Arbitration Awards Due To A Separate Pending Action To Confirm Awards, or, In The Alternative, To Stay Petition And Motion To Vacate ("Motion to Dismiss"), together with supporting declarations filed in support thereof, the Court HEREBY ORDERS:

Respondents' Motion to Dismiss is GRANTED.

**IT IS SO ORDERED**.

This ____ day of _____, 2022.

_____
Hon. Rudolph Contreras
United States District Judge