IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, et al.<br><br>Petitioners,<br><br>v.<br><br>ADVANTAGE SALES & MARKETING LLC, et al.,<br><br>Respondents. | Case No. 1:22-cv-3278 |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Respondents' Interim Response to Petitioners' Motion to Vacate, the Court HEREBY ORDERS that the Court will consider Respondents' Motion To Dismiss Petition To Vacate Arbitration Awards Due To A Separate Pending Action To Confirm Awards, or, In The Alternative, To Stay Petition And Motion To Vacate ("Motion to Dismiss") prior to considering Petitioners' Motion to Vacate and that Respondents are not required to file an opposition to the Motion to Vacate until after the Court rules on the Motion to Dismiss.

**IT IS SO ORDERED**.

This ____ day of _____, 2022.

_____
Hon. Rudolph Contreras
United States District Judge