IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, et al., <br><br>　　　　*Petitioners*, <br><br> v. <br><br> ADVANTAGE SALES & MARKETING LLC, et al., <br><br>　　　　*Respondents*. | Case No. 1:22-cv-3278-RC |

### DECLARATION OF LISA M. RICHMAN

I, Lisa M. Richman, declare under penalty of perjury as follows:

I am a partner at the law firm of McDermott Will & Emery LLP, counsel for Petitioners Petruss Media Group, LLC f/k/a Take 5 Media Group, LLC, Alexander Radetich, Richard Gluck, and RJV Marketing Corp. (collectively the "Take 5 Parties" or "petitioners") in the above-captioned action. I make this declaration based upon personal knowledge and records reasonably available to me in my capacity as counsel for petitioners and could testify competently to the facts stated herein if called as a witness.

1. Attached hereto as **Exhibit 80** is a true and correct copy of the correspondence from the AAA to the parties on October 20, 2022, at 2:49 PM transmitting the Modified Final Award.[1]

2. Attached hereto as **Exhibit 81** is a true and correct certified copy of the return of service for Petruss Media Group, LLC f/k/a Take 5 Media Group, LLC that respondents filed in the Florida action.

---

[1] We have used exhibit numbering sequential to the petition and motion to vacate for clarity.

1

3. Attached hereto as **Exhibit 82** is a true and correct copy of the Florida Secretary of State's record for Petruss Media Group, LLC f/k/a Take 5 Media Group, LLC.

4. Attached hereto as **Exhibit 83** is a true and correct certified copy of the return of service that the respondents filed in the Florida action for Richard Gluck.

5. As of this filing, to my knowledge, the Advantage Parties have not cured the service defects that the Take 5 Parties identified in the Florida action (*see Respondents' Opposition to Petition to Confirm Arbitration Award, Motion to Quash and Motion to Vacate Arbitration Awards* (ECF No. 15-9) (Fla. Cir. Ct. Nov. 1, 2022)), and the docket does not reflect any additional returns of service.

6. Attached hereto as **Exhibit 84** is a true and correct copy of the Take 5 Parties' Motion to Stay or Abate Pending Resolution of Federal Action filed in the Florida action on November 1, 2022.

7. Attached hereto as **Exhibit 85** is a true and correct copy of the Advantage Parties' Amended Petition To Confirm Arbitration Awards And For Entry Of Final Judgment filed in the Florida action on November 21, 2022. Because of the filing of the amended petition, respondents will need to amend their response to the petition to confirm in the Florida action.

8. On November 22, 2022, the Take 5 Parties sent to counsel for the Advantage Parties via email copies of the unsealed versions of the petition to vacate and the motion to vacate and supporting documents while awaiting the Court's order on the parties' stipulation to unseal these documents. These documents were all part of the arbitration record and available to the Advantage Parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2022, in Washington, D.C.

/s/ *Lisa M. Richman*

Lisa M. Richman