# Exhibit 80

| | |
|---|---|
| **From:** | AAA Matthew Conger <matthewconger@adr.org> |
| **Sent:** | Thursday, October 20, 2022 2:49 PM |
| **To:** | dennis@richardandrichard.com; rich@rrothlaw.com; melissa@richardandrichard.com; Richman, Lisa; MStrub@GGTrialLaw.com; CWinsten@GGTrialLaw.com; wgross@ggtriallaw.com; DMurray@GGTrialLaw.com |
| **Cc:** | AAA Matthew Conger |
| **Subject:** | FW: Petruss Media Group, LLC v. Advantage Sales & Marketing, LLC, et al.; 01-19-0002-7532 |
| **Attachments:** | 2022-10-19 Final Award Case Number 01-19-00027-7532 - Modification.pdf |

**[ External Email ]**
Dear Counsel:

Attached is the modified final award.  See Judge Eyler's email below.  AAA confirms the amount of $119,110.00 listed in the fee paragraph, page 11 at #7 represents the amount billed by AAA to the respondents and which was paid in full by the respondents.  There are no outstanding amounts due to AAA or the arbitrator.

Best regards,

Matthew Conger



**AAA Matthew Conger**
**Director of ADR Services**

American Arbitration Association

T: 202 223 8590  E: matthewconger@adr.org
1120 Connecticut Ave NW, Suite 490, Washington, D.C. 20036
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** James Eyler <eyler21@gmail.com>
**Sent:** Thursday, October 20, 2022 2:42 PM
**To:** AAA Matthew Conger <matthewconger@adr.org>
**Subject:** Petruss Media Group, LLC v. Advantage Sales & Marketing, LLC, et al.; 01-19-0002-7532

**\*\*\* External E-Mail – Use Caution \*\*\***

Good afternoon, The Modified Final Award is attached. I corrected the clerical error raised by Advantage. I have not addressed the question relating to AAA fees or arbitrator compensation, raised by Take 5,  because I do not have information as to who paid what. That information will have to be confirmed by AAA. Thank you.

--
Judge James R. Eyler (Ret)
Phone: 410-693 9822
eyler21@gmail.com
eylerdisputeresolution.com
Jim@eylerdisputeresolution.com
2339 Boston Street, unit 4, Baltimore, Maryland 21224

Confidentiality Notice: This e-mail, including any attachment(s), is proprietary to Eyler Dispute Resolution, Is intended for receipt and use by the intended addressee(s), and may contain information that is confidential, privileged, or exempt from disclosure under applicable law.  If you are not an intended recipient of this e-mail, you are advised that any review or unauthorized use or distribution of this e-mail is strictly prohibited.  If you are not an intended recipient of this e-mail, delete this communication without making any copies and contact the sender.