# Exhibit 81



# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Clerk of the Circuit Court & Comptroller, Palm Beach County |
| **Clerk of the Circuit Court:** | The Honorable Joseph Abruzzo |
| **Date Issued:** | 11/25/2022 12:08:17 PM |
| **Unique Reference Number:** | CAA-FBH-BCAJJ-CAAHIBDHA-FBBGJH-B |
| **Case Number:** | 502022CA010374XXXXMB |
| **Case Docket:** | SERVICE RETURN- NOT SERVED |
| **Requesting Party Code:** | 517 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Joseph Abruzzo, Clerk of the Circuit Court & Comptroller, Palm Beach County, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Clerk of the Circuit Court & Comptroller, Palm Beach County. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html .

**The web address shown above contains an embedded link to the verification page for this particular document.



## VERIFIED RETURN OF SERVICE

IN THE CIRCUIT COURT OF THE JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Advantage Sales & Marketing, LLC et al

**Case # 50-2022-CA-010374**

vs.

Petruss Media Group, LLC, RJV Marketing Corp, Richard Gluck, Alexander Radetich

**TYPE OF PROCESS**
☒ 20 DAY SUMMONS AND COMPLAINT
☐ NOTICE TO APPEAR
☒ ORDER FOR CASE MANAGEMENT

**PARTY TO BE SERVED**
Alexander Radetich (Managing Partner)
Petruss Media Group, LLC
2121 N.W. 30th Road
Boca Raton, FL 33431

RECEIVED THIS PROCESS ON 10/27/22, 10 AM AND ON 10/28/2022 at 715AM

I SERVED IT ON THE WITHIN NAMED Alexander Radetich as Managing Partner IN Palm Beach COUNTY, FLORIDA

☐ **INDIVIDUAL SERVICE:** By serving upon the within named (Defendant/Witness) a true copy of this process with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading

☒ **SUBSTITUTE SERVICE:** By serving a true copy of this process with the date and hour of service endorsed thereon by me and a copy of Plaintiff's initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit Katherine Radetich, 40s 5'7" 130, brown hair w/f wife co-habitant, or to _____ spouse of defendant and, or to _____ manager of defendant business and informing such person of their contents pursuant to:
☐ F.S. 48.031 (2)(a)   ☐ F.S. 48.031 (2)(b).   ☒ F.S. 48.031.

☒ **CORPORATE SERVICE.** By serving a true copy of this process and a copy of Plaintiff's initial pleading to Alexander Radetich as Managing Partner of said corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving _____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving _____ as a registered agent in compliance with F.S. 48.091.

☐ **PARTNERSHIP SERVICE:** By serving _____, partner, or to _____ a designated employ" or person in charge of partnership.

☐ **POSTED:** ☐ COMMERCIAL, ☐ RESIDENTIAL, 1st Attempt ____ 2nd Attempt ____
☐ **NO SERVICE:** For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

**COMMENTS:** SERVICE OF PROCESS was made by f.s. 48.062(2), 48.062(4) and 48.031
Registered Agent address is vacant office, 2385 N.W. Executive Center Drive, #290
Boca Raton, FL 33431

Requesting Party:
JUSTIN B. ELEGANT, ESQ
BERGER SINGERMAN LLP
1450 Brickell Av #1900
Miami, FL 33301

I acknowledge that I have no interest in this action.
I acknowledge that I am a certified or Appointed Process Server in good standing in the jurisdiction which the Defendant was served. I have read the forgoing Verified Return of Service and under penalty of perjury, declare the facts stated to be true to the best of my knowledge.

Notary not required pursuant to F.S.92.525

Process Server: Walter Butler #pbc148

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED IN THE OFFICE OF THE PALM BEACH COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER. THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.
VISIT https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html TO VALIDATE THIS DOCUMENT

Digitally signed by The Honorable Joseph Abruzzo
Date: 2022.11.25 12:09:04 -05:00
Clerk of the Circuit Court & Comptroller, Palm Beach County
Location: 205 N. Dixie Highway, West Palm Beach, FL 33401

Filing # 159796712 E-Filed 10/24/2022 09:51:25 AM

### IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Advantage Sales & Marketing LLC,
Advantage Sales & Marketing Inc., Karman
Intermediate Corp., Advantage Solutions Inc.,
and Karman Topco L.P.,

Case No. 50-2022-CA-010374

Petitioners,

v.

Petruss Media Group, LLC f/k/a Take 5 Media
Group LLC, RJV Marketing Corp., Richard
Gluck, and Alexander Radetich,

Respondents.
_____/

**SUMMONS**

**THE STATE OF FLORIDA**

*[handwritten annotations: Katherine Wife / @ HPB, Radetch, per F.S. 48.031, 48.062(2), 48.062(4), 7:15 AM 10/28/22]*

To All Singular Sheriffs of Said State:

**YOU ARE HEREBY COMMANDED** to serve this SUMMONS and a copy of the PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF FINAL JUDGMENT in the above-styled cause upon the Defendant, PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC by serving:

*[handwritten: PBC 148]*

> PETRUSS MEDIA GROUP, LLC
> f/k/a TAKE 5 MEDIA GROUP, LLC
> By Serving its Registered Agent: Richard D. Gluck  *— Vacant office*
> 2385 N.W. Executive Center Drive
> Boca Raton, FL 33431

If service cannot be made on the Registered Agent because of the Agent's failure to be available for service of process as required by law, service may be made on (a) the president, vice-president or other head of the corporation; (b) in the absence of any person described in paragraph (a), on the cashier, treasurer, secretary or general manager; (c) in the absence of any person described in paragraphs (a) or (b), on any director; or (d) in the absence of any person described in paragraphs (a), (b) or (c), on any officer or business agent residing in the state.

Defendant is required to serve written defenses to the **Petition to Confirm Arbitration Award and For Entry of Final Judgment** on Justin B. Elegant, Esq., Plaintiff's attorney, whose address is Berger Singerman LLP, 1450 Brickell Avenue, Ste. 1900, Miami, FL 33131, **within twenty (20) days after service of this Summons** on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Petition.

**Oct 27 2022**

**WITNESS** my hand and seal of said Court this _____ day of October, 2022.



JOSEPH ABRUZZO
As Clerk of said Court

By: _____
As Deputy Clerk
**JOSIE LUCCE**

In accordance with the American with Disabilities Act, if you are a person with a disability who needs any accommodation in order to participate in this proceeding or program, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administrative Offices of the Court, Palm Beach County Courthouse, Room, 5.2400, West Palm Beach, Florida 33401 as far in advance as possible, but preferably at least seven (7) working days before your scheduled court appearance or other court activity; or immediately upon receiving your notification if the time before the scheduled appearance is less than seven (7) working days; the telephone number is 561-355-4380. If you are hearing or voice impaired, call 1-800-955-8771, Fax is 561-656-7662, E-mail at ADA@pbcgov.org.

*Conforme a la Ley sobre Estadounidenses con Discapacidades, si usted es una persona con una discapacidad que necesite alguna acomodación para poder participar en este procedimiento o programa, tiene el derecho, sin costo alguno para usted, a que le proporcionen cierta asistencia. Por favor, póngase en contacto con el Coordinador ADA de la Oficinas Administrativas Judiciales del Tribunal del Condado de Palm Beach, Habitación 5.2400, West Palm Beach, FL 33401; con el mayor tiempo de antelación posible, pero preferiblemente, por lo menos (7) días laborales antes de su fecha de comparecencia u otra actividad judicial; o inmediatamente después de haber sido notificado, si el tiempo antes de su fecha de comparecencia es de menos de (7) días laborales: el número de teléfono es el 561-355-4380, si usted tiene alguna dificultad auditiva o en el habla, llame al 1-800-955-8771, el Fax es 561-656-7662, Envíe un e-mail a ADA@pbcgov.org*

*Dapre lwa Ameriken pou moun ki andikape yo, si w se yon moun andikape ki bezwen yon akomodasyon rezonab pou w kab patisipe nan pwosedi oswa pwogram sa a, lalwa ba w dwa pou w jwenn yon seten fòm asistans san w pa bezwen peye pou sa. Tanpri, kontakte Kòdonatris ADA nan biwo administrasyon tribinal rejyon Palm Beach la nan Sal 5.2400, West Palm Beach, Florida 33401 pi vit posib, men l'ap pi bon toujou si w fè sa pmwen sèt (7) jou alavans avan dat ou gen pou vin nan tribinal la oswa nan lòt aktivite jidisyè a; oswa imedyatman apre ou fin resevwa notifikasyon sa a, si dat randevou pou konparèt nan tribinal la mwens pase sèt (7) jou ouvrab; nimewo telefòn nan se 561-355-4380. Si w se yon moun ki pa tande byen oswa ki pa pale byen akoz yon twoub langaj kèlkonk, rele 1-800-955-8771, faks la se 561-656-7662, imèl la se ADA@pbcgov.org.*

- 2 -