# Exhibit 82

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Limited Liability Company
PETRUSS MEDIA GROUP, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L14000030212 |
| **FEI/EIN Number** | 46-5027755 |
| **Date Filed** | 02/21/2014 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/25/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

2385 NW EXECUTIVE CENTER DRIVE
SUITE 290
BOCA RATON, FL 33431

Changed: 01/27/2016

**Mailing Address**

2385 NW EXECUTIVE CENTER DRIVE
SUITE 290
BOCA RATON, FL 33431

Changed: 01/27/2016

**Registered Agent Name & Address**

GLUCK, RICHARD D
2385 NW Executive Center Dr
Boca Raton, FL 33431

Address Changed: 09/22/2016

**Authorized Person(s) Detail**

**Name & Address**

Title Managing Partner

Radetich, Alexander

2385 NW EXECUTIVE CENTER DRIVE
SUITE 200
BOCA RATON, FL 33431

Title Managing Partner

Gluck, Richard
2385 NW EXECUTIVE CENTER DRIVE
SUITE 200
BOCA RATON, FL 33431

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2017 | 03/09/2017 |
| 2018 | 03/07/2018 |
| 2019 | 02/07/2019 |

### Document Images

| | |
| --- | --- |
| 02/07/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2018 -- LC Name Change | View image in PDF format |
| 03/07/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/09/2017 -- ANNUAL REPORT | View image in PDF format |
| 09/22/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/27/2016 -- ANNUAL REPORT | View image in PDF format |
| 12/16/2015 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/17/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2014 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations