# Exhibit 83



# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Clerk of the Circuit Court & Comptroller, Palm Beach County |
| **Clerk of the Circuit Court:** | The Honorable Joseph Abruzzo |
| **Date Issued:** | 11/25/2022 12:09:07 PM |
| **Unique Reference Number:** | CAA-FBH-BCAJJ-CAAHIBDIG-FBBGJI-F |
| **Case Number:** | 502022CA010374XXXXMB |
| **Case Docket:** | SERVICE RETURN- NOT SERVED |
| **Requesting Party Code:** | 517 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Joseph Abruzzo, Clerk of the Circuit Court & Comptroller, Palm Beach County, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Clerk of the Circuit Court & Comptroller, Palm Beach County. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting
https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html .

**The web address shown above contains an embedded link to the verification page for this particular document.



## VERIFIED RETURN OF SERVICE

IN THE CIRCUIT COURT OF THE JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Advantage Sales & Marketing, LLC et al

**Case # 50-2022-CA-010374**

vs.

Petruss Media Group, LLC, RJV Marketing Corp, Richard Gluck, Alexander Radetich

**TYPE OF PROCESS**
☒ 20 DAY SUMMONS AND COMPLAINT
☐ NOTICE TO APPEAR
☒ ORDER FOR CASE MANAGEMENT

**PARTY TO BE SERVED**
Richard Gluck
484 E. Royal Palm Road
Boca Raton, FL 33432

RECEIVED THIS PROCESS ON 10/27/22, 10 AM AND ON 10/29/2022 at 1PM

I SERVED IT ON THE WITHIN NAMED Richard Gluck IN Palm Beach COUNTY, FLORIDA

☐ INDIVIDUAL SERVICE: By serving upon the within named (Defendant/Witness) a true copy of this process with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading

☒ SUBSTITUTE SERVICE: By serving a true copy of this process with the date and hour of service endorsed thereon by me and a copy of Plaintiff's initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing the age of 15 years or older to wit Reginald Grigler, 20s w/m 6'+ short brown hair 150# co-habitant _____, or to _____ spouse of defendant and, or to _____ manager of defendant business and informing such person of their contents pursuant to:
☐ F.S. 48.031 (2)(a)   ☐ F.S. 48.031 (2)(b).   ☒ F.S. 48.031.

☐ CORPORATE SERVICE. By serving a true copy of this process and a copy of Plaintiff's initial pleading to _____ as _____ of said corporation in the absence of any superior officer as defined in F.S. 48.081, or by serving _____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving _____ as a registered agent in compliance with F.S. 48.091.

☐ PARTNERSHIP SERVICE: By serving _____, partner, or to _____ a designated employ" or person in charge of partnership.

☐ POSTED: ☐ COMMERCIAL, ☐ RESIDENTIAL, 1st Attempt ____ 2nd Attempt ____
☐ NO SERVICE: For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

COMMENTS: Refused to accept service after Process Server identified self. Identified Reginald Grigler from picture after he said he lived at this address. Informed him I was leaving papers as he walked away.

Requesting Party:
JUSTIN B. ELEGANT, ESQ
BERGER SINGERMAN LLP
1450 Brickell Av #1900
Miami, FL 33301

I acknowledge that I have no interest in this action.
I acknowledge that I am a certified or Appointed Process Server in good standing in the jurisdiction which the Defendant was served. I have read the forgoing Verified Return of Service and under penalty of perjury, declare the facts stated to be true to the best of my knowledge.

Notary not required pursuant to F.S.92.525

Process Server: Walter Butler #pbc148

*** FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 11/08/2022 02:26:06 PM ***

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED IN THE OFFICE OF THE PALM BEACH COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER. THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.
VISIT https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html TO VALIDATE THIS DOCUMENT

Digitally signed by The Honorable Joseph Abruzzo
Date: 2022.11.25 12:09:54 -05:00
Clerk of the Circuit Court & Comptroller, Palm Beach County
Location: 205 N. Dixie Highway, West Palm Beach, FL 33401

Filing # 159796712 E-Filed 10/24/2022 09:51:25 AM

### IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
### IN AND FOR PALM BEACH COUNTY, FLORIDA

Advantage Sales & Marketing LLC,
Advantage Sales & Marketing Inc., Karman
Intermediate Corp., Advantage Solutions Inc.,
and Karman Topco L.P.,

Case No. 50-2022-CA-010374

    Petitioners,

v.

Petruss Media Group, LLC f/k/a Take 5 Media
Group LLC, RJV Marketing Corp., Richard
Gluck, and Alexander Radetich,

    Respondents.

_____/

**SUMMONS**

**THE STATE OF FLORIDA**

To All Singular Sheriffs of Said State:

*[Handwritten notations: Reginald Grigler 6/HAB, 10-29.22 Z, 1PM, @ PBC/48 #, w/m 6'2" 150lb, short BN Hair, 20ʃ]*

**YOU ARE HEREBY COMMANDED** to serve this SUMMONS and a copy of the PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF FINAL JUDGMENT in the above-styled cause upon the Defendant, RICHARD GLUCK, by serving:

    RICHARD GLUCK
    484 E. Royal Palm Road
    Boca Raton, FL 33432

Defendant is required to serve written defenses to the **Petition to Confirm Arbitration Award and for Entry of Final Judgment** on Justin B. Elegant, Esq., Plaintiff's attorney, whose address is Berger Singerman LLP, 1450 Brickell Avenue, Ste. 1900, Miami, FL 33131, **within twenty (20) days after service of this Summons** on Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Petition.

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 10/24/2022 09:51:25 AM

**Oct 27 2022**

**WITNESS** my hand and seal of said Court this _____ day of October, 2022.



JOSEPH ABRUZZO
As Clerk of said Court

By: _____
As Deputy Clerk
**JOSIE LUCCE**

## IMPORTANTE

Usted hasido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**JUSTIN B. ELEGANT, ESQ.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33301
(305) 755-9500**

## IMPORTANT

Des poursuites judicires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Unique Code : CAA-FBH-BCAJJ-CAAHIBDIG-FBBGJI-F   Page 3 of 3