**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PETRUSS MEDIA GROUP, LLC f/k/a
TAKE 5 MEDIA GROUP, LLC, et al.,

*Petitioners*,

v.

ADVANTAGE SALES & MARKETING
LLC, et al.,

*Respondents*.

Case No. 1:22-cv-3278-RC

**<u>DECLARATION OF REGINALD CRIGLER</u>**

I, Reginald Crigler, declare under penalty of perjury as follows:

1.      I make this declaration based on my own personal knowledge and could testify competently thereto if called as a witness.

2.      I am the stepson of Richard Gluck.

3.      On October 29, 2022, I was visiting my stepfather's and mother's home located at 484 E. Royal Palm Road, Boca Raton, FL 33432. The home has a gated driveway and a fence surrounding it.

4.      That day, a man I did not recognize approached the gate of the home.

5.      I was getting clothes from the backseat of my truck.  I turned around to head back inside.  I saw a man on the other side of the front gate and he asked me "are you Reggie?"

6.      I now understand that the man was a process server.

7.      The man never asked about my stepfather.

8.      The process proceeded to throw the documents over the gate and onto my stepfather's driveway and lawn after I was already inside the house.

9.    The process server did not explain what the documents were or what they contained.

10.    I never agreed to accept service on behalf of my stepfather.

11.    I am a fulltime college student at Vincennes University and predominantly reside on campus at 117 N 2nd St. Apt. 3, Vincennes, IN 47591. My stepfather's address is listed as my address on my driver's license because it is my primary address during periods of time that I am not at school.

12.    At the time of the attempted service, I came by the house after a road trip to shower and rest up for a few weeks with plans to visit family and move to Alabama.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2022, in Boca Raton, Florida.

_____
Reginald Crigler