IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETRUSS MEDIA GROUP, LLC f/k/a
TAKE 5 MEDIA GROUP, LLC, et al.,

    *Petitioners*,

v.

ADVANTAGE SALES & MARKETING
LLC, et al.,

    *Respondents*.

Case No. 1:22-cv-3278-RC

## DECLARATION OF RICHARD GLUCK

I, Richard Gluck, declare under penalty of perjury as follows:

1. I make this declaration based on my own personal knowledge and could testify competently thereto if called as a witness.

2. I am the registered agent for Petruss Media Group, LLC f/k/a Take 5 Media Group, LLC ("Take 5") and the only person authorized to accept service on its behalf.

3. Alexander Radetich is the former Managing Partner of Take 5.

4. Mr. Radetich is not the registered agent for Take 5 and is not authorized to accept service on its behalf.

5. Katherine Radetich is the wife of Mr. Radetich.

6. Mrs. Radetich is not the registered agent for Take 5, is not and has never held a position at Take 5, and is not and never has been authorized to accept service on its behalf.

7. The Radetichs reside at 2121 N.W. 30th Road, Boca Raton, FL 33431. This is not the address listed for Take 5.

1

8. My understanding is that a process server attempted to serve Mrs. Radetich with papers on behalf of both Mr. Radetich and on behalf of Take 5 on October 28, 2022, at her home at 2121 N.W. 30th Road, Bocoa Raton, FL 33431.

9. Take 5's address is registered with the Florida Secretary of State as: 2385 NW Executive Center Drive, Suite 290, Boca Raton, Fl 33431.

10. My personal address is 484 E. Royal Palm Road, Boca Raton, FL 33432.

11. My understanding is that service was attempted on me in my personal capacity at my personal address on October 29, 2022. I was out of the country at that time and the process servers thus attempted to serve my stepson, Reginald Crigler, who was visiting his mother from college.

12. My understanding is that when Mr. Crigler asked the process servers to leave, they instead threw the envelope containing the papers with which they were attempting to serve me over the gate at my home and onto my driveway and lawn.

13. I am not aware that the process servers ever attempted to serve me in my capacity as registered agent for Take 5 at any time, whether on, before, or after October 28, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2022, in _Budapest_.
_Hungary_

Richard Gluck