## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, et al.,<br><br>*Petitioners*,<br><br>v.<br><br>ADVANTAGE SALES & MARKETING LLC, et al.,<br><br>*Respondents*. | Case No. 1:22-cv-3278-RC |

### [PROPOSED] ORDER DENYING
### MOTION TO DISMISS PETITION TO VACATE ARBITRATION AWARDS DUE TO A SEPARATE PENDING ACTION TO CONFIRM AWARDS OR, IN THE ALTERNATIVE, TO STAY PETITION AND MOTION TO VACATE

The Court having reviewed respondents' Motion to Dismiss Petition to Vacate Arbitration Awards due to a Separate Pending Action to Confirm Awards or, in the Alternative, to Stay Petition and Motion to Vacate (ECF No. 15), the opposition thereto, and any reply, it is hereby:

**ORDERED** that respondents' motion to dismiss or stay (ECF No. 15) is **DENIED**. The Court will not decline its jurisdiction over the petition to vacate (ECF No. 1) or the motion to vacate (ECF No. 3).

**SO ORDERED.**

Dated: _____       _____
                                     RUDOLPH CONTRERAS
                                     United States District Judge