**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, et al.<br><br>Petitioners,<br><br>v.<br><br>ADVANTAGE SALES & MARKETING LLC, et al.,<br><br>Respondents. | Case No. 1:22-cv-3278 |

**DECLARATION OF MICHAEL H. STRUB, JR. IN SUPPORT OF RESPONDENTS' REPLY IN SUPPORT OF MOTION TO DISMISS PETITION TO VACATE ARBITRATION AWARDS DUE TO A SEPARATE PENDING ACTION TO CONFIRM AWARDS OR, IN THE ALTERNATIVE, TO STAY PETITION AND <u>MOTION TO VACATE</u>**

## **DECLARATION OF MICHAEL H. STRUB, JR.**

I, Michael H. Strub, Jr., declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am an inactive member of the District of Columbia bar (Bar No. 460268). I am with the law firm of Greenberg Gross LLP, counsel of record in this action for Respondents Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P. (the "Advantage Parties"). The facts stated herein are within my personal knowledge and, if called upon to testify, I can truthfully and competently do so as to all matters herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Advantage Parties' Response to Respondents' Opposition to Amended Petition to Confirm Arbitration Awards, Motion to Quash, and Motion to Vacate Arbitration Awards, which was filed on December 5, 2022, in the matter styled *Advantage Sales & Marketing LLC v. Petruss Media Group, LLC, f/k/a/ Take 5 Media Group, LLC, et al.*, Case No. 50-2022-CA-10374 (the "Amended Petition").

3. Attached hereto as Exhibit B is a true and correct copy of an automatic email message generated by the Florida Courts E-Filing Portal confirming that the Amended Petition was served on Asra A. Chatham, Kelly Shami, and Lauren H. Evans, attorneys at McDermott Will & Emery who are counsel of record for Petruss Media Group LLC, f/k/a Take 5 Media Group, LLC, Alexander Radetich, Richard Gluck, and RJV Marketing Corp.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on December 5, 2022.

Michael H. Strub Jr.