# EXHIBIT B

| | |
|---|---|
| **From:** | Brooke Lewis Humphrey <bhumphrey@bergersingerman.com> |
| **Sent:** | Friday, December 2, 2022 9:55 AM |
| **To:** | Brooke Lewis Humphrey |
| **Subject:** | FW: SERVICE OF COURT DOCUMENT CASE NUMBER 502022CA010374XXXXMB ADVANTAGE SALES AND MARKETING LLC - PETRUSS MEDIA GROUP LLC |

**From:** eservice@myflcourtaccess.com <eservice@myflcourtaccess.com>
**Sent:** Monday, November 21, 2022 2:41:07 PM (UTC-05:00) Eastern Time (US & Canada)
**Subject:** SERVICE OF COURT DOCUMENT CASE NUMBER 502022CA010374XXXXMB ADVANTAGE SALES AND MARKETING LLC - PETRUSS MEDIA GROUP LLC

[External E-mail]

## Notice of Service of Court Documents

## Filing Information

| | |
|---|---|
| Filing #: | 161654359 |
| Filing Time: | 11/21/2022 02:40:50 PM ET |
| Filer: | Justin B. Elegant 305-982-4069 |
| Court: | Fifteenth Judicial Circuit in and for Palm Beach County, Florida |
| Case #: | 502022CA010374XXXXMB |
| Court Case #: | 50-2022-CA-010374-XXXX-MB |
| Case Style: | ADVANTAGE SALES AND MARKETING LLC - PETRUSS MEDIA GROUP LLC |

| Title | File |
|---|---|
| Petition | Advantage - Amended Petition to Confirm Arbitration |

| Name | Email Address |
|---|---|
| Asra A Chatham | achatham@mwe.com |
| | jkohlasch@mwe.com |
| Brooke Lewis Humphrey | bhumphrey@bergersingerman.com |

1

| Name | Email Address |
|---|---|
|  | amooney@bergersingerman.com |
|  | drt@bergersingerman.com |
| Justin B. Elegant | jelegant@bergersingerman.com |
|  | fsellers@bergersingerman.com |
|  | drt@bergersingerman.com |
| Kelly Shami | kshami@mwe.com |
|  | Jkohlasch@mwe.com |
|  | mblancoaleman@mwe.com |
| Lauren H Evans | levans@mwe.com |

| Name | Email Address |
|---|---|
| No Matching Entries |  |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

Thank you,
The Florida Courts E-Filing Portal

   request_id#:161654359;Audit#:551481541;UCN#:502022CA010374XXXXMB;