Case No. 1:22-cv-3278

EXHIBIT B



# ARBITRATION ANSWERING STATEMENT AND COUNTERCLAIM OR JOINDER/CONSOLIDATION REQUEST

| | |
|---|---|
| Name of Claimant: Petruss Media Group, LLC, f/k/a Take 5 Media Group, LLC | Name of Representative (if known): Ashley R. Altschuler |
| Address: 433 Plaza Real | Name of Firm (if applicable): McDermott Will & Emery LLP |
| | Representative's Address: 1007 North Orange Street, 4th Floor |
| City: Boca Raton   State: FL   Zip Code: 33432 | City: Wilmington   State: DE   Zip Code: 19801 |
| Phone No.: 561-819-0245   Fax No.: | Phone No.: 302-485-3910   Fax No.: 302-351-6722 |
| Email Address: aradetich@yahoo.com | Email Address: aaltschuler@mwe.com |
| AAA Case No. (if known): 01-19-0002-7532 | Filing a Counterclaim: ☑ Yes  ☐ No  *If yes, please describe nature of counterclaim in space below.* |

Please answer Claimant's Demand for Arbitration (and describe your counterclaim, if applicable): *Attach additional pages as necessary.*

Please see attached Answer and Counterclaim

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?  ☐ Yes  ☑ No

Joinder/Consolidation Request. Provide the contact information for parties to be joined, and the case number(s) if consolidation is requested, on a separate attachment.

| | |
|---|---|
| Dollar Amount of Claim or Counterclaim: $ 100,000,000 | Other Relief Sought:  ☑ Attorneys Fees  ☑ Interest  ☑ Arbitration Costs  ☐ Punitive/Exemplary  ☐ Other |
| Filing Fee: (if any) $ 20,000 | In accordance with Fee Schedule:  ☐ Flexible Fee Schedule  ☑ Standard Fee Schedule |

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

A single arbitrator, who is a licensed attorney chosen from the AAA roster of arbitrators in the State of Delaware and experienced in Delaware Law and handling disputes of the type presented in the Dispute.

Hearing locale:   *(check one)*  ☑ Agree to requested locale   ☐ Objection to locale  Proposed alternative locale:

Estimated time needed for hearings overall:         hours or  10  days

| | |
|---|---|
| Signature (may be signed by a representative): /s/ Robert W. Perrin | Date: September 19, 2019 |
| Name of Respondent: Advantage Sales & Marketing, LLC | Name of Representative: Robert W. Perrin |
| Address (to be used in connection with this case): 18100 Von Karman Ave. #1000 | Name of Firm (if applicable): Latham & Watkins LLP |
| | Representative's Address: 355 South Grand Ave., Suite 100 |
| City: Irvine   State: CA   Zip Code: 92612 | City: Los Angeles   State: CA   Zip Code: 90071 |
| Phone No.: 949-797-2900   Fax No.: | Phone No.: 213-891-8140   Fax No.: 213-891-8763 |
| Email Address: bryce.robinson@advantagesolutions.net | Email Address: robert.perrin@lw.com |

Please send a copy of this Answering Statement to all other case participants and the AAA. If you are filing a counterclaim, please include the appropriate Filing Fee, if any, per the applicable Rules.

*Please visit our website at www.adr.org if you would like to file this online. If you have questions, please contact your AAA case representative. If you do not know who your representative is, please contact Customer Service at 1-800-778-7879 for assistance.*