Case No. 1:22-cv-3278

EXHIBIT E

| | |
|---|---|
| **From:** | Richman, Lisa <Lrichman@mwe.com> |
| **Sent:** | Tuesday, October 25, 2022 2:26 PM |
| **To:** | Michael H. Strub; dennis@richardandrichard.com; melissa@richardandrichard.com |
| **Cc:** | Desiree N. Murray; Edward A. Danielyan; Cheryl Winsten; Paul Steven Singerman; Justin B. Elegant |
| **Subject:** | [EXT] RE: Service of Petition |

Dear Michael,

With apologies for the delay in responding to your inquiry of last week, the Respondents have advised me that I am not authorized to accept service on their behalf.

Best,
Lisa


LISA M. RICHMAN
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8090    **Mobile** +1 202 285 4738    **Email** lrichman@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

**From:** Michael H. Strub <MStrub@GGTrialLaw.com>
**Sent:** Friday, October 21, 2022 4:53 PM
**To:** Richman, Lisa <Lrichman@mwe.com>; dennis@richardandrichard.com; melissa@richardandrichard.com
**Cc:** Desiree N. Murray <DMurray@GGTrialLaw.com>; Edward A. Danielyan <EDanielyan@GGTrialLaw.com>; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Paul Steven Singerman <Singerman@bergersingerman.com>; Justin B. Elegant <JElegant@bergersingerman.com>
**Subject:** RE: Service of Petition

**[ External Email ]**
Thank you for the update, Lisa.  Please let us know on Monday.  Have a good weekend.

Best,

**Michael H. Strub Jr.**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2770 | Fax 949.383.2801
MStrub@GGTrialLaw.com | www.GGTrialLaw.com



**From:** Richman, Lisa <Lrichman@mwe.com>
**Sent:** Friday, October 21, 2022 1:16 PM
**To:** Michael H. Strub <MStrub@GGTrialLaw.com>; dennis@richardandrichard.com; melissa@richardandrichard.com
**Cc:** Desiree N. Murray <DMurray@GGTrialLaw.com>; Edward A. Danielyan <EDanielyan@GGTrialLaw.com>; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Paul Steven Singerman <Singerman@bergersingerman.com>; Justin B. Elegant

<JElegant@bergersingerman.com>
**Subject:** [EXT] RE: Service of Petition

Dear Michael,

By way of an update, I have been unable to speak to all of my clients to obtain a response from them to your question about service. I have just managed to secure time on all of their schedules on Monday morning (which was everyone's first availability) and should therefore be in a position to give you an answer early in the day on Monday.

Best,
Lisa


LISA M. RICHMAN
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8090    **Mobile** +1 202 285 4738    **Email** lrichman@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

---

**From:** Richman, Lisa
**Sent:** Thursday, October 20, 2022 5:13 PM
**To:** Michael H. Strub <MStrub@GGTrialLaw.com>; dennis@richardandrichard.com; melissa@richardandrichard.com
**Cc:** Desiree N. Murray <DMurray@GGTrialLaw.com>; Edward A. Danielyan <EDanielyan@GGTrialLaw.com>; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Paul Steven Singerman <Singerman@bergersingerman.com>; Justin B. Elegant <JElegant@bergersingerman.com>
**Subject:** RE: Service of Petition

Dear Michael,

Thank you for your email, receipt of which I confirm. I do not know the answer to your question and am not presently authorized to accept service. However, I have reached out and will let you know as soon as I hear back.

Best regards,
Lisa


LISA M. RICHMAN
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8090    **Mobile** +1 202 285 4738    **Email** lrichman@mwe.com
Biography | Website | vCard | Twitter | LinkedIn

---

**From:** Michael H. Strub <MStrub@GGTrialLaw.com>
**Sent:** Thursday, October 20, 2022 4:05 PM
**To:** Richman, Lisa <Lrichman@mwe.com>; dennis@richardandrichard.com; melissa@richardandrichard.com
**Cc:** Desiree N. Murray <DMurray@GGTrialLaw.com>; Edward A. Danielyan <EDanielyan@GGTrialLaw.com>; Cheryl Winsten <CWinsten@GGTrialLaw.com>; Paul Steven Singerman <Singerman@bergersingerman.com>; Justin B. Elegant <JElegant@bergersingerman.com>
**Subject:** Service of Petition

**[ External Email ]**
Counsel:

We filed today a petition to confirm the arbitration award and a request for entry of final judgment. The filing number is referenced, and the case number is forthcoming.

Would you please let us know by tomorrow whether you are representing the Respondents and are willing to accept service on their behalf?

Regards,

**Michael H. Strub Jr.**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2770 | Fax 949.383.2801
MStrub@GGTrialLaw.com | www.GGTrialLaw.com



This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

*********************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.
This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.