Case No. 1:22-cv-3278

EXHIBIT K

AMERICAN ARBITRATION ASSOCIATION

-------------------------------------------x
PETRUSS Media Group LLC,
    f/k/a Take 5 Media Group, LLC,

              Claimant,

      -vs-

ADVANTAGE SALES & MARKETING, LLC,

              Respondent.
-------------------------------------------x
ADVANTAGE SALES & MARKETING, LLC,
et al.,

       Counter-Claimant and Cross-Claimants,

      -vs-

PETRUSS Media Group, LLC,
    f/k/a Take 5 Media Group, LLC, et al.,

      Counter-Respondents and Cross Respondent.

AAA Case No. 01-19-0002-7532
-------------------------------------------x

              (Via remote videoconference)

              May 18, 2021
              10:03 a.m. Eastern


         Videotaped Videoconference

  Deposition of MICHAEL BOY, before Kristi Cruz,

  a Notary Public of the State of New York.

                                 Michael Boy
                                 May 18, 2021

 1

 2   A P P E A R A N C E S:

 3

 4   THE ROTH LAW FIRM PLLC

 5   Attorneys for the Take 5 parties

 6        295 Madison Avenue, 22nd Floor

 7        New York, New York 10017

 8   BY:  RICHARD ROTH, ESQ.

 9        LANCE WILLOUGHBY, ESQ.

10        212.542.8882

11        rich@rrothlaw.com

12        lance@rrothlaw.com

13

14   RICHARD AND RICHARD, P.A.

15   Attorneys for the Take 5 parties

16        825 Brickell Bay Drive, Suite 1748

17        Miami, Florida 33131

18   BY:  MELISSA MACKIEWICZ, ESQ.

19        melissa@richardandrichard.com

20

21

22

23

24

25

Michael Boy
May 18, 2021

```
 1
 2   A P P E A R A N C E S:  (Cont'd)
 3
 4   GREENBERG GROSS LLP
 5   Attorneys for the Advantage parties
 6        650 Town Center Drive, Suite 1700
 7        Costa Mesa, California 92626
 8   BY:  ARIELLE A. SEIDMAN, ESQ.
 9        949.383.2795
10        aseidman@ggtriallaw.com
11
12   ALSO PRESENT:
13        BRYCE ROBINSON, Advantage In-House Counsel
14        JOSE RIVERA, Remote Video Technician
15
16
17
18
19
20
21
22
23
24
25
```

Michael Boy
May 18, 2021

```
 1                        M. BOY
 2     don't know.  All right?
 3          A.    Okay.
 4          Q.    And then a couple more.  One is if
 5     at any time you want to take a break, we'll
 6     take a break.  There's no endurance test.
 7     We're not here to -- you need a bathroom
 8     break, you want to talk to your lawyer, that's
 9     totally fine.  There are break rooms set up.
10     I would ask you to do it after you answer a
11     question; not in the middle while a question
12     is pending.
13                And then, finally, you understand
14     you're under oath, correct?
15          A.    Correct.
16          Q.    Okay.  Mr. Boy, what's your current
17     relationship with Advantage?
18          A.    I'm currently an employee of
19     Advantage Media Solutions.
20          Q.    And are you W-2'd?  You get a W-2
21     every year?
22          A.    Yes, I do.
23          Q.    And what's your salary?
24          A.    Could you be more specific?  What's
25     my --
```

Michael Boy
May 18, 2021

```
 1                        M. BOY
 2        Q.    Sure.
 3        A.    -- current salary?
 4        Q.    Current salary.  What are you
 5   getting paid by Advantage?
 6        A.    I believe $40,000 annually.
 7        Q.    40,000 a year?
 8        A.    Correct.
 9        Q.    Okay.  Is it a full-time job?
10        A.    Correct.  I'm full -- I'm fully
11   employed.
12        Q.    And which entity are you employed
13   by?
14        A.    Please explain the question.
15        Q.    Sure.  There's Advantage -- there's
16   a couple different Advantage companies.
17   There's an Inc., there's an LLC.  Do you know
18   which entity?
19        A.    I believe it's Advantage Solutions.
20        Q.    I'm sorry?
21        A.    I believe it's Advantage Solutions.
22        Q.    Solutions.  Okay.
23              And how often do you communicate
24   with Advantage?
25        A.    I would say, probably during the
```

 1                     M. BOY
 2     course of the last couple of years, every
 3     couple of months.
 4          Q.    How about in the last six months?
 5     You talk to them one every two months?
 6          A.    I mean, I honestly -- I can't recall
 7     how often I discuss anything with --
 8          Q.    But do I understand that they're
 9     paying you $40,000 a year, and there may have
10     been two or three -- let's say take it a year.
11     You communicate with them every couple of
12     months.  You've had six conversations, and
13     you're being paid $40,000 for the year, give
14     or take?  Give or take on the conversations;
15     not on the salary.  Is that accurate?
16          A.    I don't know the exact amount of
17     conversations I've had, but we've had multiple
18     conversations during this time period.
19          Q.    You've just said every couple of
20     months.  How often do you communicate with
21     them now?
22          A.    When Advantage requires me to do
23     something for them, I respond.
24          Q.    And how often is that?
25          A.    Again, I don't have the exact

```
 1                      M. BOY
 2     information in front of me.
 3         Q.    When was the last time Advantage
 4     asked you to do something, prior to preparing
 5     for your deposition?
 6         A.    Probably a month ago.
 7         Q.    So tell me, to the best of your
 8     recollection, how many hours you put in on an
 9     annual basis while you were working at
10     Advantage.
11         A.    Currently, it's a very -- that's a
12     very vague question.  Are you talking about
13     overall since my employment, or are you
14     talking about over the last six-month period?
15         Q.    I'm saying commencing May 19, 2020
16     to May 18, 2021, exactly the last 12 months,
17     how many hours have you put in working for
18     Advantage?  Give me an estimate.  I know you
19     can't give me an exact number.  What's an
20     estimate?
21         A.    Probably anywhere between, I don't
22     know, two hours, three hours.
23         Q.    Two hours for the whole year?
24         A.    No, not for the whole year.  I
25     wouldn't say the whole year, but probably when
```

```
 1
 2                    C E R T I F I C A T E
 3
    STATE OF NEW YORK      )
 4
                           ) SS.:
 5
    COUNTY OF SUFFOLK      )
 6
 7            I, KRISTI CRUZ, a Notary Public
 8       within and for the State of New York, do
 9       hereby certify:
10            That the witness whose deposition
11       is hereinbefore set forth was duly
12       sworn by me and that such deposition is
13       a true record of the testimony given by
14       such witness.
15            I further certify that I am not
16       related to any of the parties to this
17       action by blood or marriage; and that I
18       am in no way interested in the outcome
19       of this matter.
20            IN WITNESS WHEREOF, I have
21       hereunto set my hand this 24th day of
22       May 2021.
23
                           _____
24
                                KRISTI CRUZ
25
```