Case No. 1:22-cv-3278

EXHIBIT L

**To:** David Johnson[David.Johnson@hygenicsdata.com]; Tanya Coker[tcoker@take5s.com]
**Cc:** jobrequest[jobrequest@hygenicsdata.com]
**From:** Alex Radetich[/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEX55648]
**Sent:** Wed 4/29/2015 2:33:34 PM Coordinated Universal Time
**Subject:** RE: Old Date Questions

I am with you. Between data being self reported and then liberally "salt & peppered" at the source, truth is elusive, but I am hoping to do the best we can. I can't afford to throw the baby out with the bathwater until I have a chance to really confirm the event data info.

In the meantime, please keep the life event dates consistent only for the Acxiom file and do not mix it with Misty. Thanks!

Alex Radetich
Managing Partner



2385 NW Executive Center Drive, Suite 200, Boca Raton, FL 33431
Phone: 561-819-5555 x112 | Fax: 561.819.0245
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** David Johnson [mailto:David.Johnson@hygenicsdata.com]
**Sent:** Wednesday, April 29, 2015 9:48 AM
**To:** Alex Radetich; Tanya Coker
**Cc:** jobrequest
**Subject:** RE: Old Date Questions

Hi Alex,
We get Pre/Post natal, wedding and divorce data that contains "yyyymm" of the supposed event. Yes it seems bogus to me, as the exact same people had different wedding dates on a file three months running. Or child birth dates that would be April 2015 and next month December 2014 and then June 2015 the following month. Or even duplicates within the file with different dates. Or I would cross check against a HygenicsData truth file and there would be 80 year old women having children.

If you want me to populate the action dates into the Acxiom files I can do that.

David Johnson
720-359-7641
2095 West 6th Ave, Suite 210
Broomfield, CO 80020
david.johnson@hygenicsdata.com

www.hygenicsdata.com
CONFIDENTIALITY NOTE: This e-mail message from HygenicsData, LLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Alex Radetich [mailto:alex@take5s.com]
**Sent:** Wednesday, April 29, 2015 7:43 AM
**To:** Tanya Coker
**Cc:** David Johnson
**Subject:** RE: Old Date Questions

Ok, thanks.

DJ, I hear where you are coming from and I share your concerns. When was the last time you saw actual MM/YYYY information on the children?

Also, did the wedding data, divorce data ever have any dates associated with it? I assume yes, but it was bogus?

Rather than corrupt Misty with bogus info, can we have the output to Acxiom contain action dates for above categories going forward? they have frankly not complained even when the data had the dates on it, and neither did other licensees, like State

Farm.

Please advise soonest.

We have a call with Acxiom in about 20 minutes.

Thanks!

Alex Radetich
Managing Partner



2385 NW Executive Center Drive, Suite 200, Boca Raton, FL 33431
Phone: 561-819-5555 x112 | Fax: 561.819.0245
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** Tanya Coker
**Sent:** Wednesday, April 29, 2015 9:35 AM
**To:** Alex Radetich
**Subject:** RE: Old Date Questions

Hi Alex,

This is what Hygenics stated:

Regarding the ages of the youngest children... we haven't seen new data from Take5s with children DOB in a long time, so no it does not surprise me that we are not getting child ages.
The same holds true for college graduation, wedding and divorce. I have expressed my concerns over the prenatal/wedding/divorce data. I have discussed with Take5s in the past about not wanting to pollute a good data set with known crummy data. If you tell me to populate Misty with the wedding/child DOB/Divorce dates from a provider that I have proven time and time again is providing bad and outright lies of data, I will do that. I don't recommend that; but ultimately it is your data.

I hope this answers your questions.

Thanks,
**Tanya Coker**

2385 NW Executive Center Drive, Suite 200 Boca Raton, FL 33431
Phone: 561-819-5555 x147 | Fax: 561.819.0245
TCoker@take5s.com | www.take5solutions.com

**From:** Alex Radetich
**Sent:** Wednesday, April 29, 2015 7:41 AM
**To:** Tanya Coker
**Subject:** Fwd: Old Date Questions

Ahead of our talk with acxiom this am can you pls have Hygenics comment on below. We will need it. Thx!!

Sent from my iPhone
Begin forwarded message:

> **From:** Reid Janiece - jareid <Janiece.Reid@acxiom.com>
> **Date:** April 23, 2015 at 3:46:07 PM EDT
> **To:** Tanya Coker <tcoker@take5s.com>, Alex Radetich <alex@take5s.com>
> **Cc:** Reid Janiece - jareid <Janiece.Reid@acxiom.com>
> **Subject: Old Date Questions**
>
> Tanya,

I also know there were questions early on concerning many of the date fields. I am attaching one of the emails that I was able to locate but I could not find anything after that since I have had a laptop crash since then. The date fields were highlighted by Alex and stated that further research was being done with your service bureau. Just curious if you have that information handy also. Below is just the date fields and my questions from 2013.

| field name | Start | End | description | format/VALUES | Questions on Specific Fields | | Replies |
|---|---|---|---|---|---|---|---|
| child1_dob | 317 | 8 | date of birth of the youngest child in household | yyyymmdd | should this contain 2013 data? | | |
| child1_gender | 325 | 1 | gender of the youngest child in household | M=male, F=female | | | |
| child2_dob | 326 | 8 | date of birth of the second youngest child in household | yyyymmdd | should this contain 2012 and 2013 data? | | |
| child2_gender | 334 | 1 | gender of the second youngest child in household | M=male, F=female | | | |
| child3_dob | 335 | 8 | date of birth of the third youngest child in household | yyyymmdd | should this contain 2011, 2012 and 2013 data? | | |
| child3_gender | 343 | 1 | gender of the third youngest child in household | M=male, F=female | | | |
| child4_dob | 344 | 8 | date of birth of the fourth youngest child in household | yyyymmdd | should this contain 2010, 2011, 2012 and 2013 data? | | |
| college_grad_year | 363 | 4 | year of college graduation for individual | yyyy | why does it only contain the year 2010 | | |
| wedding_date | 419 | 6 | wedding date of individual | yyyymm | why no dates before 2006 and after 2011 | | |
| divorce_date | 425 | 6 | divorce date of individual | yyyymm | why no dates before 2007 and after 2010 | | |

Appreciate your help as always. Thanks,
Janiece

Janiece Reid
Delivery Analyst – Data Management Team