Case No. 1:22-cv-3278

EXHIBIT M

**To:** Alexander Radetich[alex@take5mg.com]; Don Morris[dmorris@take5mg.com]; Beth Jenkins[bjenkins@take5mg.com]
**Cc:** Sherri Wallace[swallace@take5mg.com]; Richard Gluck[rgluck@take5mg.com]
**From:** Eva Hodgens[/O=EXG7/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EHODGENS75743]
**Sent:** Wed 7/5/2017 9:26:48 PM Coordinated Universal Time
**Subject:** RE: New Test Packages for Ad Taxi

Hello Alex and Don,

I think we are really missing the true complexity of this. If we sell this as email with 20% opens to AdTaxi, we as I mentioned have to supplement. Now with AdTaxi and in supplementing they are going to see PPC metrics, which means higher bounce rates, low time on site, which will cause red flags for them and does not follow the typical email story they are looking for.

For us to focus on a digital campaign as the packages are being sold, to report on opens would be incorrect. Opens are the opens of the actual physical email and will not be the case with the digital aspect. If we can eliminate our in our reporting the word opens to reach or impressions would be more realistic to what is happening then we are comfortable with the 20% and would align with digital stats they will be seeing.

Regards,
**Eva Hodgens**
**Director Of Fulfillment**
**Take 5 Media Group**



2385 NW Executive Center Drive, Suite 200 Boca Raton, FL  33431
Phone: 561-819-5555 x292 | Fax: 561.819.0245
ehodgens@take5mg.com | www.take5mg.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

---

**From:** Alexander Radetich
**Sent:** Wednesday, July 5, 2017 5:04 PM
**To:** Don Morris <dmorris@take5mg.com>; Beth Jenkins <bjenkins@take5mg.com>; Eva Hodgens <ehodgens@take5mg.com>
**Cc:** Sherri Wallace <swallace@take5mg.com>; Richard Gluck <rgluck@take5mg.com>
**Subject:** RE: New Test Packages for Ad Taxi

Remember, they (AdTaxi clients) will still use GA to verify results (whether its email or combination of channels), so they have to jive.  I also think that 2-3% CTR is going to be hard to attain continuously without higher COGs and utilizing custom audiences.  I know that emails yields now at it is at 1%.

---

**From:** Don Morris
**Sent:** Wednesday, July 5, 2017 5:00 PM
**To:** Beth Jenkins <bjenkins@take5mg.com>; Eva Hodgens <ehodgens@take5mg.com>
**Cc:** Sherri Wallace <swallace@take5mg.com>; Alexander Radetich <alex@take5mg.com>; Richard Gluck <rgluck@take5mg.com>
**Subject:** RE: New Test Packages for Ad Taxi

Beth,

I don't believe that those number are aggressive enough to cause alarms to go off; and remember email under these packages is now just a cog in the wheel and not the whole show so the spotlight will not be as bright to begin with.

Having the other channels involved from the start and also obtaining three month commitments will also help.  I think we want to move away from one send email only campaigns as much as possible as that business is just not sustainable.

**Don R. Morris**
*Chief Revenue Officer*



2385 NW Executive Center Drive, Suite 290, Boca Raton, FL  33431
Phone: 561-819-5555 x133 | Cell: 561-644-5146 | Fax: 561.819.0245
dmorris@take5mg.com | www.take5mg.com



EXHIBIT A-56
4.29.21    K.C.

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** Beth Jenkins
**Sent:** Wednesday, July 5, 2017 4:55 PM
**To:** Don Morris <dmorris@take5mg.com>; Eva Hodgens <ehodgens@take5mg.com>
**Cc:** Sherri Wallace <swallace@take5mg.com>; Alexander Radetich <alex@take5mg.com>; Richard Gluck <rgluck@take5mg.com>
**Subject:** RE: New Test Packages for Ad Taxi

Don

Those results are not realistic and will be questioned by a knowledgeable person, are you certain want to go down that road?

**Beth Jenkins**
Chief Financial Officer



2385 NW Executive Center Drive, Suite 290 Boca Raton, FL  33431
Phone: 561-819-5555 x110| Fax: 561.997.0461
bjenkins@take5mg.com / www.take5mg.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

---

**From:** Don Morris
**Sent:** Wednesday, July 5, 2017 4:49 PM
**To:** Eva Hodgens <ehodgens@take5mg.com>
**Cc:** Beth Jenkins <bjenkins@take5mg.com>; Sherri Wallace <swallace@take5mg.com>; Alexander Radetich <alex@take5mg.com>; Richard Gluck <rgluck@take5mg.com>
**Subject:** RE: New Test Packages for Ad Taxi

Thanks Eva; growing the business with Ad Taxi will require us to shift into a direction where email is no longer the star player of the show so to speak. This allows us to do that. They are in favor of this actually. Less reliance on GA tracking of email, etc.

To answer your question, if anything, I would prefer that the email open/click stats get somewhat better. Reason being, this package will be sold as "Super Responder" data that includes purchase intent, lifestyle triggers, etc. so they would expect superior metrics from that kind of data that is more targeted.

I would like to see opens in the low 20s and clicks at 2-3 percent standard for email within these packages if possible.

**Don R. Morris**
Chief Revenue Officer

2385 NW Executive Center Drive, Suite 290, Boca Raton, FL  33431
Phone: 561-819-5555 x133 | Cell: 561-644-5146 | Fax: 561.819.0245
dmorris@take5mg.com | www.take5mg.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

---

**From:** Eva Hodgens
**Sent:** Wednesday, July 5, 2017 4:35 PM
**To:** Don Morris <dmorris@take5mg.com>
**Cc:** Beth Jenkins <bjenkins@take5mg.com>; Sherri Wallace <swallace@take5mg.com>; Alexander Radetich <alex@take5mg.com>; Richard Gluck <rgluck@take5mg.com>
**Subject:** RE: New Test Packages for Ad Taxi

Hello Don,

The packages below look very good!!! I don't see any changes or red flags. I am curious… with these packages are we aiming for our standard CTRs of 2%? Also, are you making any guarantees on impressions, CTRs? Thanks.

**Regards,**
**Eva Hodgens**
**Director Of Fulfillment**
**Take 5 Media Group**



2385 NW Executive Center Drive, Suite 200 Boca Raton, FL 33431
Phone: 561-819-5555 x292 | Fax: 561.819.0245
ehodgens@take5mg.com |www.take5mg.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** Don Morris
**Sent:** Wednesday, July 5, 2017 4:12 PM
**To:** Eva Hodgens <ehodgens@take5mg.com>
**Cc:** Beth Jenkins <bjenkins@take5mg.com>; Sherri Wallace <swallace@take5mg.com>; Alexander Radetich <alex@take5mg.com>; Richard Gluck <rgluck@take5mg.com>
**Subject:** New Test Packages for Ad Taxi
**Importance:** High

Hi Eva,

I had a call with the top Sales VP at Ad Taxi this morning and he is very interested in developing "packages" for his teams to sell that are simple and cost effective. This is basically a hybrid of Al's program for Tier 3. I am going to outline each of these for you so you can view and confirm if these are within your parameters/cost structures:

**Silver Package**
Two separate email deployments to 10,000 records each
Social Media targeting via Facebook, Twitter, Instagram
Postal Data of Entire deployment file for sales verification
Proposed Cost to Ad Taxi = $2,000 per month
Maximum Standard COGs = $500

**Gold Plan**
Two separate email deployments to 20,000 records each
Social Media targeting via Facebook, Twitter, Instagram
Geo-Fenced advertising within 2 mile radius once per month (up to 10,000 impressions)
Postal Data of Entire deployment file for sales verification
Proposed Cost to Ad Taxi = $3,000 per month
Maximum Standard COGs = $750

**Platinum Plan**
Two separate email deployments to 25,000 records each
Social media targeting via Facebook, Twitter, Instagram
Geo-Fenced advertising within 2 mile radius twice per month (up to 10,000 impressions each)
One Reblast to openers of first two email campaigns
Postal Date of Entire deployment file for sales verification
Proposed Cost to Ad Taxi = $4,000 per month
Maximum Standard COGs = $1,000

Keep in mind they will sell these packages in three month commitments (blocks). This helps take the focus off of email and onto more of a pure blend of digital traffic which is beneficial for a number of reasons. Please review the above and let me know your thoughts on solutions offered and the proposed pricing associated with each package. We can revise if needed but keep in mind that they will be very price sensitive as they are a large volume partner under contract. We would use these packages primarily for automotive at first but the intention would be to offer them to other local campaigns well if the reception is positive.

Thanks,

**Don R. Morris**
*Chief Revenue Officer*



2385 NW Executive Center Drive, Suite 290, Boca Raton, FL 33431
Phone: 561-819-5555 x133 | Cell: 561-644-5146 | Fax: 561.819.0245
dmorris@take5mg.com | www.take5mg.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.