Case No. 1:22-cv-3278

# EXHIBIT N



3:27                                    LTE

MB
Maryjo ›

Kerder know we lost our
source like you said in
the case of InfoGroup?
Thanks

> To be clear, I never
> mentioned to Tim that
> we had student data by
> school, or major. When
> you say "we" being in
> their offices telling them
> anything to the effect
> you probably mean you.
> As we discussed today,
> our college information
> never contained this
> level of data – what you
> portrayed to the client is

I meant we collectively
years ago, Richie was
there, too. I will begin





EXHIBIT

A-15

4.27.21        K.C.



3:27    ·ıl LTE 🔋

‹

MB

Maryjo ›

portrayed to the client is

I meant we collectively years ago, Richie was there, too. I will begin declining such counts. Please let me know how you would like me to handle client as Laura, Asim, Armanda,even Tanya have run counts by school with formulas in place similar to the ones client services use for Auto Intenders. The back has always fulfilled them never pushing back that we don't have this. We can chat tomorrow.

iMessage



3:27    •ıll LTE 🔋

MB
Maryjo ›

them never pushing back that we don't have this. We can chat tomorrow.

Like Tara and Mike, you've built client expectations that I do not support or condone. And, you have done so without my knowledge or approval

I was plenty clear on what is acceptable or not acceptable when it comes to college data. This is the first time I'm hearing that our college data is selectable by school name.

iMessage

A-15.0003



3:28    ᴸᵀᴱ

MB

Maryjo ›

We can discuss tomorrow. I am quite surprised by this because this was discussed on many calls and lunch, too. I have always been transparent with you and Richie and learned from being on the road with you both my first year. I will handle however you would like me to and inform client we do not offer this data. I worked very closely with you for many years so I'm not sure where this is coming from. I never kept anything from you

iMessage

A-15.0004



well and we can speak
tomorrow.

Your relationship with
Richie is clearly different
than with me - but
Richie was never part of
ant Refuel meetings.
He did not know who
Tim Gerstmeyer was
until last year. "selling
data" the way you are
pitching and now the
ensuing client
expectations does not
sit well with me.

You are putting us in a
situation that we cannot
support or hope to fulfill

A-15.0005

