Case No. 1:22-cv-3278

EXHIBIT O

**To:** Tara Finger[tfinger@take5mg.com]
**From:** Alexander Radetich[/O=EXG7/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEX63399]
**Sent:** Mon 5/2/2016 2:08:09 PM Coordinated Universal Time
**Subject:** RE: new inquiry from Weintraub

Ok, I'll shoot him adjusted and let you know what's next.

**From:** Tara Finger
**Sent:** Monday, May 2, 2016 10:07 AM
**To:** Alexander Radetich <alex@take5mg.com>
**Subject:** Re: new inquiry from Weintraub

i ran teachers and professors as we don't have grade level

count was 358,184…maybe lower to 209,973

**Regards,**



Tara Eliel-Finger
director of business development



2385 NW Executive Center Drive, Suite 290, Boca Raton, FL  33431
Phone: 561-819-5555 x115 | Cell: 954-444-5518 | Fax: 561.819.0245
tfinger@take5mg.com| www.take5mg.com



CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

> On May 2, 2016, at 9:43 AM, Alexander Radetich <alex@take5mg.com> wrote:
>
> Can you run this and get me the counts for teachers K-12:
>
> Looking for a national list. They have tested another source and are getting a 3.5% conversion. I told him you let them test maybe a 1000 names in a star to see if the quality is same. Can you get such a list?
>
> Alex Radetich
> Managing Partner

\<image001.png\>

2385 NW Executive Center Drive, Suite 290, Boca Raton, FL  33431
Phone: 561-819-5555 x112 | Fax: 561.819.0245
alex@take5mg.com | www.take5mg.com

\<image002.jpg\>

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.