Case No. 1:22-cv-3278

EXHIBIT P

**To:** Dana Gilbert[dgilbert@take5mg.com]
**Cc:** Tanya Coker[tcoker@take5mg.com]; Cory Warris[cwarris@take5mg.com]; Rachel Allen[rallen@take5mg.com]
**From:** Alex Radetich[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C1E5BEC354BB4DF69E67488D7D57C292-ALEX RADETI]
**Sent:** Wed 6/5/2019 12:00:07 AM Coordinated Universal Time
**Subject:** Re: May Meredith Match

Ok perfect

Sent from my iPhone

On Jun 4, 2019, at 4:55 PM, Dana Gilbert <dgilbert@take5mg.com> wrote:

> Alex,
> David said since we are ok with keeping the different emails, then the initial counts provided were for unique records between Mandy and Misty.
>
> Dana
>
> **From:** Alex Radetich
> **Sent:** Tuesday, June 4, 2019 4:18 PM
> **To:** Dana Gilbert <dgilbert@take5mg.com>
> **Cc:** Tanya Coker <tcoker@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
> **Subject:** Re: May Meredith Match
>
> Let's keep it. We need to load this boat people
>
> Sent from my iPhone
> On Jun 4, 2019, at 4:16 PM, Dana Gilbert <dgilbert@take5mg.com> wrote:
>
>> Alex,
>> This is the response from Hygenics, please let me know what you want them to do:
>> Here's an example of a record.
>> Email (From consumer): CHEETAHMOMMY3@AOL.COM
>> MandyEmail: CHEETAHMOMMY3@CS.COM
>>
>> Do you want me to discard the Mandy count because there is a consumer record? Or do you want to keep that as a Mandy count because it's a different email from consumer?
>>
>> Thanks,
>> Dana
>>
>> **From:** Dana Gilbert
>> **Sent:** Tuesday, June 4, 2019 3:29 PM
>> **To:** Alex Radetich <alex@take5mg.com>
>> **Cc:** Tanya Coker <tcoker@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
>> **Subject:** RE: May Meredith Match
>>
>> I thought they were 2 separate and unique files. I will check with Hygenics, stay tuned!
>>
>> Dana
>>
>> **From:** Alex Radetich
>> **Sent:** Tuesday, June 4, 2019 2:53 PM
>> **To:** Dana Gilbert <dgilbert@take5mg.com>
>> **Cc:** Tanya Coker <tcoker@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
>> **Subject:** Re: May Meredith Match
>>
>> I know. But is Mandy suppressed against Misty results?
>>
>> Sent from my iPhone
>> On Jun 4, 2019, at 1:57 PM, Dana Gilbert <dgilbert@take5mg.com> wrote:
>>
>>> No, I had them rerun it at the HH level.
>>>
>>> **From:** Alex Radetich
>>> **Sent:** Tuesday, June 4, 2019 1:56 PM
>>> **To:** Dana Gilbert <dgilbert@take5mg.com>
>>> **Cc:** Tanya Coker <tcoker@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
>>> **Subject:** Re: May Meredith Match



A. RADETICH
07/01/21
**A184**
C. Haab, CSR No. 13600

Are these two suppressed from each other ?

Sent from my iPhone
On Jun 4, 2019, at 12:39 PM, Dana Gilbert <dgilbert@take5mg.com> wrote:

Alex,
Below are the HH and Mandy counts:

| Total | DB Match | CleanEmail | email | MANDYEmail |
|---|---|---|---|---|
| 81,845,704 | 68,784,192 | 5,533,334 | 32,022,168 | 9,864,888 |

This was the original match on individuals:

| FileName | Total recv'd | DB Match | Total Email Match | CleanEmail |
|---|---|---|---|---|
| TAKE5(B).csv | 81,845,704 | 61,558,024 | 29,153,797 | 5,067,593 |

The May file is scheduled to be delivered to the client today, and as we discussed, we lowered the match rate to the client to 49,558,024 and will continue to drop it every month.

Please let me know how we should proceed for the June file. We have time, it usually arrives around the 15th of each month.

Thanks,
Dana

---

**From:** Alex Radetich
**Sent:** Monday, June 3, 2019 2:56 PM
**To:** Dana Gilbert <dgilbert@take5mg.com>
**Cc:** Tanya Coker <tcoker@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** Re: May Meredith Match

Thanks!

Sent from my iPhone
On Jun 3, 2019, at 2:32 PM, Dana Gilbert <dgilbert@take5mg.com> wrote:

Alex,
It's running now, will advise.

Thanks,
Dana

---

**From:** Alex Radetich
**Sent:** Monday, June 3, 2019 2:12 PM
**To:** Dana Gilbert <dgilbert@take5mg.com>; Tanya Coker <tcoker@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** RE: May Meredith Match

Thanks Dana and Tanya –

While this is ongoing, let's also have Hygenics do an all-available match per household address, as well as potentially using Mandy, if we are short.

Dana, please let us know how the results turn out.

Tx.
Alex

---

**From:** Dana Gilbert
**Sent:** Monday, June 3, 2019 1:32 PM
**To:** Tanya Coker <tcoker@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Cc:** Alex Radetich <alex@take5mg.com>
**Subject:** RE: May Meredith Match

Tanya,
As we discussed, and confirmed with Alex, we will continue to provide the matched quantity to Meredith based on the postal records, but we will lower the quantity every month so that we can eventually be in line with only providing matches for emails.

Once Rachel provides this month's quantity for the Active Engagers, we can figure out how many matches to report to Meredith.

Tanks,
Dana

---

**From:** Dana Gilbert
**Sent:** Monday, June 3, 2019 12:48 PM
**To:** Tanya Coker <tcoker@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Cc:** Alex Radetich <alex@take5mg.com>
**Subject:** RE: May Meredith Match

They believe it's all email

---

**From:** Tanya Coker
**Sent:** Monday, June 3, 2019 12:47 PM
**To:** Dana Gilbert <dgilbert@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Cc:** Alex Radetich <alex@take5mg.com>
**Subject:** RE: May Meredith Match

Balance of the email matches or postal?



**Tanya Coker**
*director account team*
*Tel: 561-819-5555 x272*
Email: tcoker@take5mg.com
2385 NW Executive Center Drive - Suite 290
Boca Raton, FL 33431

<image002.png>   CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

---

**From:** Dana Gilbert
**Sent:** Monday, June 3, 2019 12:43 PM
**To:** Tanya Coker <tcoker@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Cc:** Alex Radetich <alex@take5mg.com>
**Subject:** RE: May Meredith Match

Tanya,
They have indicated that they pull what they can first from the active audience (form. Openers and clickers) and then they supplement with the balance of the file if they still need more quantity.

Dana

---

**From:** Tanya Coker
**Sent:** Monday, June 3, 2019 12:10 PM
**To:** Dana Gilbert <dgilbert@take5mg.com>; Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Cc:** Alex Radetich <alex@take5mg.com>
**Subject:** RE: May Meredith Match

Dana,

Just confirming that the client is requesting deployment on the 61MM matches. How are we going to deploy for those records that we do not have emails for? This is the issue we have now because the client is requesting deployment on those postal records that we do not have email for.

Thanks,

**Tanya Coker**
director account team
Tel: 561-819-5555 *x272*
Email: tcoker@take5mg.com
2385 NW Executive Center Drive - Suite 290
Boca Raton, FL 33431



<image002.png>   CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

---

**From:** Dana Gilbert
**Sent:** Monday, June 3, 2019 12:05 PM
**To:** Cory Warris <cwarris@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Cc:** Alex Radetich <alex@take5mg.com>; Tanya Coker <tcoker@take5mg.com>
**Subject:** RE: May Meredith Match

Rachel/Cory,
I spoke with Alex and we are going report to the client that we have 61MM+ matches with emails. Please provide the count I can report to the client as being flagged as Active responders and confirm when the file has been posted to the Meredith ftp.

Thanks,
Dana

---

**From:** Dana Gilbert
**Sent:** Monday, June 3, 2019 11:51 AM
**To:** Tanya Coker <tcoker@take5mg.com>
**Cc:** Alex Radetich <alex@take5mg.com>
**Subject:** FW: May Meredith Match
**Importance:** High

Tanya,
Per below…these are the flags for the file from Hygenics:

| FileName | Total recv'd | DB Match | Total Email Match | CleanEmail |
|---|---|---|---|---|
| TAKE5(B).csv | 81,845,704 | 61,558,024 | 29,153,797 | 5,067,593 |

Also attached is the email I sent last month for the test file, and it shows that the number we provided for matched to our data base as 52MM+ and they believe that those all had email addresses.

They are looking for the file now (it was supposed to be delivered on Friday), please let mw know what you want me to give them.

Thanks,
dana

---

**From:** David Johnson <djjohnson@apprisssafety.com>
**Sent:** Tuesday, May 21, 2019 4:42 PM
**To:** Dana Gilbert <dgilbert@take5mg.com>; HDI_jobrequest@appriss.com
**Cc:** Tanya Coker <tcoker@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** RE: May Meredith Match

Hi Dana,
The count with an email: 29,153,797

David Johnson
720-359-7641
350 Interlocken Blvd, Suite 375
Broomfield, CO 80021
david.johnson@hygenicsdata.com

CONFIDENTIALITY NOTE: This e-mail message from HygenicsData, LLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-

mail and destroy all copies of the original message.

---

**From:** Dana Gilbert <dgilbert@take5mg.com>
**Sent:** Tuesday, May 21, 2019 1:43 PM
**To:** David Johnson <djjohnson@apprisssafety.com>; HDI_jobrequest@appriss.com
**Cc:** Tanya Coker <tcoker@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** RE: May Meredith Match

Thanks David. Please provide the counts for All emails matched.

Dana

---

**From:** David Johnson <djjohnson@apprisssafety.com>
**Sent:** Tuesday, May 21, 2019 3:18 PM
**To:** Dana Gilbert <dgilbert@take5mg.com>; HDI_jobrequest@appriss.com
**Cc:** Tanya Coker <tcoker@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** RE: May Meredith Match

Hi Dana,
No re-run needed; that's what I did.

I added three columns.
DB Match (simple flag)
Clean Email (is there a clean email associated – simple flag)
Email (all emails – actual data)

David Johnson
720-359-7641
350 Interlocken Blvd, Suite 375
Broomfield, CO 80021
david.johnson@hygenicsdata.com

CONFIDENTIALITY NOTE: This e-mail message from HygenicsData, LLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Dana Gilbert <dgilbert@take5mg.com>
**Sent:** Tuesday, May 21, 2019 12:47 PM
**To:** David Johnson <djjohnson@apprisssafety.com>; HDI_jobrequest@appriss.com
**Cc:** Tanya Coker <tcoker@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** RE: May Meredith Match

David,
I need to clarify/confirm something about the emails that were appended to the file. Below you have a count for the matches from the "clean email" file, but I need to have ALL emails appended to the file. So theoretically we are looking at 3 matches.one which would be a DB match, which is based on a matching record, regardless of whether it has an associated email. The 2nd would be for all the appended emails available, and then the 3rd would be identifying the emails that have been flagged as a Clean email. Does this make sense to you?

I assume you will need to rerun the file, please advise.

Thanks,
Dana

---

**From:** David Johnson <djjohnson@apprisssafety.com>
**Sent:** Tuesday, May 21, 2019 11:02 AM
**To:** Dana Gilbert <dgilbert@take5mg.com>; HDI_jobrequest@appriss.com
**Cc:** Tanya Coker <tcoker@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** RE: May Meredith Match

Posted to today's FTP folder:
TAKE5_(B)

David Johnson
720-359-7641
350 Interlocken Blvd, Suite 375
Broomfield, CO 80021
david.johnson@hygenicsdata.com

CONFIDENTIALITY NOTE: This e-mail message from HygenicsData, LLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** David Johnson
**Sent:** Tuesday, May 21, 2019 8:00 AM
**To:** Dana Gilbert <dgilbert@take5mg.com>; HDI_jobrequest@appriss.com
**Cc:** Tanya Coker <tcoker@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** RE: May Meredith Match

Hi Dana,
Final file is zipping up; could take a couple of hours for that to finish.

Here's your stats:

| FileName | Total | DB Match | CleanEmail |
|---|---|---|---|
| TAKE5(B).csv | 81845704 | 61558024 | 5067593 |

David Johnson
720-359-7641
350 Interlocken Blvd, Suite 375
Broomfield, CO 80021
david.johnson@hygenicsdata.com

CONFIDENTIALITY NOTE: This e-mail message from HygenicsData, LLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Dana Gilbert <dgilbert@take5mg.com>
**Sent:** Monday, May 20, 2019 3:23 PM
**To:** David Johnson <djjohnson@apprisssafety.com>; HDI_jobrequest@appriss.com
**Cc:** Tanya Coker <tcoker@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** RE: May Meredith Match

David,
Please make them 2 columns and you can label them as DB Match and Clean emails. Please also note per below that I want the email appended as well this time.

Thanks,
Dana

---

**From:** David Johnson <djjohnson@apprisssafety.com>
**Sent:** Monday, May 20, 2019 5:21 PM
**To:** Dana Gilbert <dgilbert@take5mg.com>; HDI_jobrequest@appriss.com
**Cc:** Tanya Coker <tcoker@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** RE: May Meredith Match

Hi Dana,
Is this in one column? Or separate columns? What do you want to call the column(s)?

"Y for any record that matches a record against our Consumer Database
C for any record that matched a record against our Clean Emails file."

David Johnson
720-359-7641
350 Interlocken Blvd, Suite 375
Broomfield, CO 80021
david.johnson@hygenicsdata.com

CONFIDENTIALITY NOTE: This e-mail message from HygenicsData, LLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Dana Gilbert <dgilbert@take5mg.com>

**Sent:** Monday, May 20, 2019 2:34 PM
**To:** HDI_jobrequest@appriss.com
**Cc:** Tanya Coker <tcoker@take5mg.com>; Rachel Allen <rallen@take5mg.com>
**Subject:** May Meredith Match

Good afternoon,
Please pull the file named: **TAKE5.zip**

From the FTP using the credentials below:
ftp host:        ftp.mytake5.com
Username:     t5dgilbertfttm
Password:     same as last month, lmk if you need me to send.
Port:              21

Then create 2 flags...
Y for any record that matches a record against our Consumer Database
C for any record that matched a record against our Clean Emails file.

Lastly, please append emails to any record where you have an email available.

Layout is below.  Please let me know if you have any questions and advise when the file is posted.

Thanks,
Dana

The following table lists the fields in the output file.

| Field No | | Data Type | Field Name | Data Type |
|---|---|---|---|---|
| 1 | Party_Id | CHAR(12) | | |
| 2 | Household_Id | CHAR(12) | | |
| 3 | First_Name | CHAR(25) | | |
| 4 | Middle_Initial | CHAR(1) | | |
| 5 | Last_Name | CHAR(30) | | |
| 6 | Business_Name | CHAR(50) | | |
| 7 | Addressline1 | CHAR(30) | | |
| 8 | Addressline2 | CHAR(30) | | |
| 9 | City_Name | CHAR(30) | | |
| 10 | State_Province | CHAR(2) | | |
| 11 | Postal_Code9 | CHAR(9) | | |
| 12 | filler1 | VARCHAR(12) | | |
| 13 | filler2 | VARCHAR(10) | | |
| 14 | filler3 | VARCHAR(10) | | |
| 15 | filler4 | VARCHAR(10) | | |

**HOLIDAY CUTOFF:**

April 19th – Good Friday/Passover

Friday, April 19th - all approvals by 12:00pm EST for deployments Friday, April 19th (afternoon)

– Monday, April 22nd (until 11am)

**Dana Gilbert**
*account manager – client services*
Tel: 561-819-5555 **x296**
Email: dgilbert@take5mg.com
2385 NW Executive Center Drive Suite 290
Boca Raton, FL 33431



<image002.png>  CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is proprietary and/or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any

unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system immediately without copying or forwarding it, and notify the sender of the error by replying via email, so that our address record can be corrected.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is proprietary and/or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system immediately without copying or forwarding it, and notify the sender of the error by replying via email, so that our address record can be corrected.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is proprietary and/or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system immediately without copying or forwarding it, and notify the sender of the error by replying via email, so that our address record can be corrected.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is proprietary and/or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system immediately without copying or forwarding it, and notify the sender of the error by replying via email, so that our address record can be corrected.

F06833-000023621
A-184.0008