Case No. 1:22-cv-3278

# EXHIBIT Q

**To:** john cloyes[john.cloyes@gmail.com]
**From:** Alex Radetich [/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEX55648]
**Sent:** Fri 11/14/2014 4:01:36 PM (UTC)
**Subject:** RE: Bankruptcy Information for KBM

We need to load the boat as much as possible ☺

## Alex Radetich

**Managing Partner**



**2385 NW Executive Center Drive, Suite 200, Boca Raton, FL 33431**
**Phone: 561-819-5555 x112 | Fax: 561.819.0245**
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** john cloyes [mailto:john.cloyes@gmail.com]
**Sent:** Friday, November 14, 2014 10:58 AM
**To:** Alex Radetich
**Subject:** Re: Bankruptcy Information for KBM

I'll find out if he has state omits.

On Fri, Nov 14, 2014 at 10:56 AM, Alex Radetich <alex@take5s.com> wrote:
That works.   I will provide state by state counts.  Are there any state omits?

## Alex Radetich

**Managing Partner**



**2385 NW Executive Center Drive, Suite 200, Boca Raton, FL 33431**
**Phone: 561-819-5555 x112 | Fax: 561.819.0245**
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

A. RADETICH
07/01/21
**A185**
C. Haab, CSR No. 13600

F06833-001758865

A-185.0001

**From:** john cloyes [mailto:john.cloyes@gmail.com]
**Sent:** Friday, November 14, 2014 10:47 AM
**To:** Alex Radetich
**Subject:** Re: Bankruptcy Information for KBM

Ok.  I'm going to tell Todd the cpm is $85/m and we'll provide up to 48,039 records per month.  I would like to propose that we send him state counts for the months we are over so he can select the states he wants.
Will your guy provide the counts or will you do it?

Let me know if you agree and I'll send to Todd R.

John

On Fri, Nov 14, 2014 at 10:08 AM, Alex Radetich <alex@take5s.com> wrote:
I spoke to him.  The projected counts will be around 50K – 70K per month, so let's go with that.
The data is reported by credit agencies to the states and the states take their sweet time to report them.   That is why you have lumpy hotlines after 120 days.  If there is more, we will go back to Todd and figure it out.

**Alex Radetich**

Managing Partner



**2385 NW Executive Center Drive, Suite 200, Boca Raton, FL  33431**
**Phone:** 561–819–5555 x112 | **Fax:** 561.819.0245
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** john cloyes [mailto:john.cloyes@gmail.com]
**Sent:** Thursday, November 13, 2014 4:43 PM
**To:** Alex Radetich
**Subject:** Re: Bankruptcy Information for KBM

Hopefully tomorrow.  I don't want Todd going to Plan B if there is one.

On Thu, Nov 13, 2014 at 4:29 PM, Alex Radetich <alex@take5s.com> wrote:
Not yet.  Working on him.

**Alex Radetich**

Managing Partner



**2385 NW Executive Center Drive, Suite 200, Boca Raton, FL 33431**
**Phone: 561-819-5555 x112 | Fax: 561.819.0245**
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** john cloyes [mailto:john.cloyes@gmail.com]
**Sent:** Thursday, November 13, 2014 3:47 PM
**To:** Alex Radetich
**Subject:** Re: Bankruptcy Information for KBM

Alex,

Any update from your source on the monthly counts?

John

On Wed, Nov 12, 2014 at 12:43 PM, Alex Radetich <alex@take5s.com> wrote:
 Will ping him.

 Sent from my iPhone
 On Nov 12, 2014, at 12:14 PM, john cloyes <john.cloyes@gmail.com> wrote:

    Alex,

    Did you get a response from your source on the Bankruptcy hotline counts?

    John

    On Tue, Nov 11, 2014 at 11:52 AM, Alex Radetich <alex@take5s.com> wrote:
     On it.

    **Alex Radetich**
    Managing Partner

    <image002.jpg>
    **2385 NW Executive Center Drive, Suite 200, Boca Raton, FL 33431**
    **Phone: 561-819-5555 x112 | Fax: 561.819.0245**
    alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, use of or reliance upon any of the information contained in this transmission is strictly

prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** john cloyes [mailto:john.cloyes@gmail.com]
**Sent:** Tuesday, November 11, 2014 11:38 AM
**To:** Alex Radetich
**Subject:** Re: Bankruptcy Information for KBM

Price it on both.  I would say current only given the pricing situation.

On Tue, Nov 11, 2014 at 11:04 AM, Alex Radetich <alex@take5s.com> wrote:
And we are still talking both BK discharges and currently in BK?

**Alex Radetich**

**Managing Partner**

<image003.jpg>
**2385 NW Executive Center Drive, Suite 200, Boca Raton, FL  33431**
**Phone: 561–819–5555 x112 | Fax: 561.819.0245**
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** john cloyes [mailto:john.cloyes@gmail.com]
**Sent:** Tuesday, November 11, 2014 10:24 AM
**To:** Alex Radetich
**Subject:** Re: Bankruptcy Information for KBM

Hi Alex,

Did you speak with your source on pricing?  I want to get back to Todd so we can hopefully move this forward.

Thanks,
John

On Thu, Nov 6, 2014 at 11:35 AM, john cloyes <john.cloyes@gmail.com> wrote:
Alex,

Attached is the document I wanted to review with you for KBM.

Call me when you have a chance.

Thanks,
John

On Tue, Nov 4, 2014 at 11:30 AM, Alex Radetich <alex@take5s.com> wrote:

F06833-001758865

A-185.0004

I don't know if there a lot of room for everyone under $50K, but I will ask.

In the meantime, here is additional detail on the data (you might have missed it):

Data contains bankruptcy indicator and also contains where available   the following fields:
Filing Date
Discharge Date
Bankruptcy Type
Gender
Email Address
Ethnicity
100% Public Record compiled

Mortage aps are consumer self-reported, as are  credit card applications.   No credit headers.

**Alex Radetich**

**Managing Partner**

<image004.jpg>
**2385 NW Executive Center Drive, Suite 200, Boca Raton, FL  33431**
**Phone: 561-819-5555 x112 | Fax: 561.819.0245**
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** john cloyes [mailto:john.cloyes@gmail.com]
**Sent:** Tuesday, November 4, 2014 10:34 AM
**To:** Alex Radetich
**Subject:** Fwd: Bankruptcy Information for KBM

Alex,

See Todd's response below. You had another with 1.7 million records.  Was that from public records?

Also, when you say you source from mortgage apps and credit card apps is the bankruptcy info coming off credit reports from the Big 3?

Not sure how far south on the $50k he needs to be either but we can nail him down on that.

John
---------- Forwarded message ----------
From: **Ratliff, Todd** <Todd.Ratliff@kbmg.com>
Date: Tue, Nov 4, 2014 at 10:28 AM
Subject: RE: Bankruptcy Information from Take 5 Solutions
To: john cloyes <john.cloyes@gmail.com>

F06833-001758865

This might not be the right fit. We are looking for a source that is collected from public records. Our current source is collected from public records and we pay an annual flat fee. We would need to be south of $50K annually.

Thanks,

**Todd Ratliff** | Director, Data Acquisition & Strategy | **KBM Group** | (Tel) 972 664 3728 | todd.ratliff@kbmg.com

**From:** john cloyes [mailto:john.cloyes@gmail.com]
**Sent:** Tuesday, November 04, 2014 9:13 AM
**To:** Ratliff, Todd
**Subject:** Re: Bankruptcy Information from Take 5 Solutions

Todd,

Thanks for taking the time to meet with me and Alex Radetich from Take 5 at the DMA.

As a follow-up you were going to let us know the proposed royalties you would be willing to pay for the Take 5 Bankruptcy data.
Please provide the counts you are currently getting and pricing arrangement.

I'll then share that information with Alex to discuss moving forward with his data.

Thanks,
John

On Tue, Oct 7, 2014 at 5:48 PM, Ratliff, Todd <Todd.Ratliff@kbmg.com> wrote:
I appreciate the information. We are doing some looking ourselves and will let you know if we want to look into this source further.

**Todd Ratliff** | Director, Data Acquisition & Strategy | **KBM Group** | (Tel) 972 664 3728 | todd.ratliff@kbmg.com

**From:** john cloyes [mailto:john.cloyes@gmail.com]
**Sent:** Tuesday, October 07, 2014 1:52 PM
**To:** Ratliff, Todd
**Subject:** Bankruptcy Information from Take 5 Solutions

Todd,

Here is what I was able to find out from Take 5 Solutions:

Records compiled from private data ( Mortgage applications , Credit card application and loan applications )

30 days  ( 43,912) at .10 per record
60 days  ( 52,871)  at .08 per record

90 days to 12 months   ( 671,654 ) @ .06 per record.

This data has contact information email and  bankruptcy indicator  and may contain filing data as well as personal finance information.

Let me know if you want to discuss with them.

--
John Cloyes
Tele: 609-558-4418
Email: john.cloyes@gmail.com

--
John Cloyes
Tele: 609-558-4418
Email: john.cloyes@gmail.com

--
John Cloyes
Tele: 609-558-4418
Email: john.cloyes@gmail.com

--
John Cloyes
Tele: 609-558-4418
Email: john.cloyes@gmail.com

--
John Cloyes
Tele: 609-558-4418
Email: john.cloyes@gmail.com

--
John Cloyes
Tele: 609-558-4418
Email: john.cloyes@gmail.com

--
John Cloyes
Tele: 609-558-4418
Email: john.cloyes@gmail.com

--
John Cloyes
Tele: 609-558-4418

F06833-001758865

--
John Cloyes
Tele: 609-558-4418
Email: john.cloyes@gmail.com


--
John Cloyes
Tele: 609-558-4418
Email: john.cloyes@gmail.com


--
John Cloyes
Tele: 609-558-4418
Email: john.cloyes@gmail.com

F06833-001758865