Case No. 1:22-cv-3278

EXHIBIT R

| | |
|---|---|
| **To:** | Mike Angelis[mangelis@take5s.com] |
| **From:** | Alex Radetich[/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEX55648] |
| **Sent:** | Fri 3/6/2015 5:15:03 PM (UTC) |
| **Subject:** | RE: Licensing Data |

We are going to load the boat, and take obese, handicapped and both diabetes types, as well as any MS, vision impaired, etc.   When you get a chance later today.

**Alex Radetich**
Managing Partner



**2385 NW Executive Center Drive, Suite 200, Boca Raton, FL  33431**
**Phone: 561-819-5555 x112 | Fax: 561.819.0245**
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** Mike Angelis
**Sent:** Friday, March 6, 2015 10:50 AM
**To:** Alex Radetich
**Subject:** RE: Licensing Data

National obese all avail count 324861

**From:** Alex Radetich
**Sent:** Friday, March 06, 2015 10:21 AM
**To:** Mike Angelis
**Subject:** Re: Licensing Data

What about fat people?

Sent from my iPhone
On Mar 6, 2015, at 10:14 AM, Mike Angelis <mangelis@take5s.com> wrote:

> Type 1: 258246
> Type 2: 874923

**From:** Alex Radetich
**Sent:** Friday, March 06, 2015 10:03 AM
**To:** Mike Angelis
**Subject:** Re: Licensing Data

Whoever is running these counts needs to total them on the bottom. I am at Peter's school recital.



F06833-001754647

A-186.0001

Sent from my iPhone
On Mar 6, 2015, at 9:34 AM, Mike Angelis <mangelis@take5s.com> wrote:

> Attached is the breakout type 1 vs type 2
>
> ---
>
> **From:** Alex Radetich
> **Sent:** Friday, March 06, 2015 9:14 AM
> **To:** Mike Angelis
> **Subject:** Re: Licensing Data
>
> Yes.  Type 2 for sure.   What is the total count for broken out by 2 types?
>
> Sent from my iPhone
> On Mar 6, 2015, at 9:04 AM, Mike Angelis <mangelis@take5s.com> wrote:
>
>> Your counts for "diabetes type 1", "diabetes type 2", and "diabetic"  (all combined)  by state are below. This includes all ages. Do we really want to include this in the Disabled/Handicapped file?

| State | Count |
|---|---:|
| AK | 3206 |
| AL | 247978 |
| AR | 58792 |
| AZ | 59920 |
| CA | 413337 |
| CO | 30513 |
| CT | 190819 |
| DC | 5382 |
| DE | 7327 |
| FL | 170719 |
| GA | 72732 |
| HI | 4664 |
| IA | 31345 |
| ID | 15279 |
| IL | 95302 |
| IN | 58353 |
| KS | 24165 |

F06833-001754647

A-186.0002

| | |
|---|---:|
| KY | 68065 |
| LA | 64020 |
| MA | 48253 |
| MD | 59254 |
| ME | 14521 |
| MI | 183540 |
| MN | 44535 |
| MO | 60092 |
| MS | 77197 |
| MT | 9318 |
| NC | 82858 |
| ND | 4102 |
| NE | 308231 |
| NH | 13047 |
| NJ | 57771 |
| NM | 18430 |
| NV | 14959 |
| NY | 155943 |
| OH | 297112 |
| OK | 44062 |
| OR | 34955 |
| PA | 127716 |
| RI | 11377 |
| SC | 73962 |
| SD | 8137 |
| TN | 93889 |

| State | Count |
|---|---|
| TX | 185594 |
| UT | 13606 |
| VA | 63911 |
| VT | 2944 |
| WA | 56431 |
| WI | 46755 |
| WV | 26015 |
| WY | 5325 |

**From:** Alex Radetich
**Sent:** Thursday, March 05, 2015 4:50 PM
**To:** Mike Angelis
**Subject:** RE: Licensing Data

What is the diabetics only count, all types?

# Alex Radetich

Managing Partner

<image001.jpg>
**2385 NW Executive Center Drive, Suite 200, Boca Raton, FL 33431**
**Phone:** 561-819-5555 x112 | **Fax:** 561.819.0245
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** Mike Angelis
**Sent:** Thursday, March 5, 2015 4:49 PM
**To:** Alex Radetich
**Subject:** RE: Licensing Data

This was the count.

Counts by state are below.

Disabled/Handicapped Consumers Postal Masterfile Mailing List:

F06833-001754647

A-186.0004

| State | Count |
|---|---|
| AK | 142 |
| AL | 1190 |
| AR | 758 |
| AZ | 1070 |
| CA | 5630 |
| CO | 787 |
| CT | 704 |
| DC | 85 |
| DE | 215 |
| FL | 3833 |
| GA | 1943 |
| HI | 227 |
| IA | 648 |
| ID | 403 |
| IL | 2230 |
| IN | 1413 |
| KS | 618 |
| KY | 928 |
| LA | 940 |
| MA | 1009 |
| MD | 1183 |
| ME | 284 |
| MI | 1982 |
| MN | 927 |
| MO | 1370 |
| MS | 655 |

| State | Value |
|---|---|
| MT | 190 |
| NC | 2148 |
| ND | 161 |
| NE | 357 |
| NH | 305 |
| NJ | 1580 |
| NM | 369 |
| NV | 547 |
| NY | 3205 |
| OH | 2529 |
| OK | 902 |
| OR | 765 |
| PA | 2888 |
| RI | 199 |
| SC | 950 |
| SD | 167 |
| TN | 1369 |
| TX | 4064 |
| UT | 391 |
| VA | 1510 |
| VT | 142 |
| WA | 1326 |
| WI | 1207 |
| WV | 506 |
| WY | 106 |

F06833-001754647