Case No. 1:22-cv-3278

EXHIBIT S

**To:** Sean Albert[Sean_Albert@microbilt.com]
**Cc:** Tanya Coker[tcoker@take5s.com]
**From:** Alex Radetich[/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEX55648]
**Sent:** Fri 4/3/2015 4:15:07 PM (UTC)
**Subject:** RE: confirmation

Ok, we will load the boat, let you know when the file is ready and provide an IO.


**Alex Radetich**
Managing Partner



**2385 NW Executive Center Drive, Suite 200, Boca Raton, FL  33431**
**Phone: 561-819-5555 x112 | Fax: 561.819.0245**
alex@take5s.com | www.take5s.com


CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

---

**From:** Sean Albert [mailto:Sean_Albert@microbilt.com]
**Sent:** Friday, April 3, 2015 12:03 PM
**To:** Alex Radetich
**Cc:** Tanya Coker
**Subject:** Re: confirmation

Contact is good business details are even better

---

**From:** Alex Radetich
**Date:** Friday, April 3, 2015 at 11:59 AM
**To:** Sean Albert
**Cc:** Tanya Coker
**Subject:** confirmation

Hi Sean –

I was able to append additional 3600 records.

Are you looking for just contact info, title, email/phone, company address, etc. or do you need NAICs, enterprise size, etc.?

Please confirm, as those will carry extra cost.

Thanks,



F06833-001765854

A-187.0001

**Alex Radetich**
Managing Partner



2385 NW Executive Center Drive, Suite 200, Boca Raton, FL  33431
Phone: 561-819-5555 x112 | Fax: 561.819.0245
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**Sean Albert**
SVP & Chief Marketing Officer

1640 Airport Rd | Suite 115 | Kennesaw GA 30144
tel 800-884-4747 ext. 4884 | mobile 215-534-1988

website | email

This email may contain confidential and/or private information.If you received this email in error delete and notify sender.

F06833-001765854

A-187.0002