Case No. 1:22-cv-3278

EXHIBIT T

**To:** Heather Speizman[hspeizman@take5s.com]
**Cc:** Mike Angelis[mangelis@take5s.com]; Tanya Coker[tcoker@take5s.com]
**From:** Alex Radetich[/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEX55648]
**Sent:** Wed 4/8/2015 7:10:50 PM Coordinated Universal Time
**Subject:** Re: ALC For the Box Account

They are misreading this and it was not meant for them anyway. I want them to dig deep through even dirtiest email that have no postal match also please. I need them to load the boat.

Sent from my iPhone

On Apr 8, 2015, at 3:07 PM, Heather Speizman <hspeizman@take5s.com> wrote:

> From Hygienic:
>
> We performed an email match and append, just the same as we've done a bunch of times previously.
>
> We hadn't yet heard back from you when we kicked off the job, so we ran the match on both uppercase and lowercase email MD5 matches just to make sure we were covered.
>
> Would you happen to know what other request we performed where the match rate was substantially higher, such that it would indicate an issue with this request?
>
> ---
>
> **From:** Alex Radetich
> **Sent:** Wednesday, April 8, 2015 2:48 PM
> **To:** Mike Angelis
> **Cc:** Heather Speizman; Tanya Coker
> **Subject:** Re: ALC For the Box Account
>
> Heather, pls confirm that Hygenics ran everything in accordance per below client specs? Thx b
>
> Sent from my iPhone
> On Apr 8, 2015, at 2:42 PM, Mike Angelis <mangelis@take5s.com> wrote:
>
> > Alex, from Bryan at ALC:
> >
> > Can you run it against the combined hashed permissioned and non permissioned that are linked to postal for the postal match rate?
> >
> > On a side note your match rate was significantly lower than others – are we sure that the hash methodology is the same? Ie ours is lowercase, trimmed spaces, md5
> >
> > ---
> >
> > **From:** Alex Radetich
> > **Sent:** Wednesday, April 08, 2015 2:17 PM
> > **To:** Mike Angelis; Heather Speizman
> > **Cc:** Tanya Coker
> > **Subject:** RE: ALC For the Box Account
> >
> > This run was for only opted-in email with 100% matching postals. Heather, please check with Hygenics if they bumped the ALC file against all available email?
> >
> > Alex Radetich
> > Managing Partner
> >
> > <image001.jpg>
> > 2385 NW Executive Center Drive, Suite 200, Boca Raton, FL 33431
> > Phone: 561-819-5555 x112 | Fax: 561.819.0245
> > alex@take5s.com | www.take5s.com

A. RADETICH
07/01/21
**A188**
C. Haab, CSR No. 13600

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** Mike Angelis
**Sent:** Wednesday, April 8, 2015 2:05 PM
**To:** Heather Speizman
**Cc:** Alex Radetich; Tanya Coker
**Subject:** RE: ALC For the Box Account

Question from my client:

Was the match to both permissioned email and postal. Did you include the use of the "non permissioned" emails (hashed) to be used to attempt to link the hash on the ALC file to a Take 5 postal record?

---

**From:** Heather Speizman
**Sent:** Wednesday, April 08, 2015 1:39 PM
**To:** Mike Angelis
**Cc:** Alex Radetich; Tanya Coker
**Subject:** RE: ALC For the Box Account

I have the following files:

"Copy of alc-hashes_Matched.csv" and "Copy of alc-hashes_Unmatched.csv" have been posted. There were 42,966 matches out of 300k records received.

Please advise what the next steps are.

Thanks!

---

**From:** Mike Angelis
**Sent:** Wednesday, April 8, 2015 12:44 PM
**To:** Heather Speizman
**Cc:** Alex Radetich; Tanya Coker
**Subject:** Re: ALC For the Box Account

I believe the matched fields back but let Alex confirm.

Sent from my iPhone
On Apr 8, 2015, at 12:39 PM, Heather Speizman <hspeizman@take5s.com> wrote:

> From hygenics:
>
> On #3, I read that as the entire record needed to be MD5'd. If yo0u just need the matched fields back, that's super easy.
>
> Please advise

---

**From:** Alex Radetich
**Sent:** Wednesday, April 8, 2015 12:28 PM
**To:** Heather Speizman; Tanya Coker; Mike Angelis
**Subject:** RE: ALC For the Box Account

Answers below in red:

Alex Radetich
Managing Partner

<image001.jpg>
2385 NW Executive Center Drive, Suite 200, Boca Raton, FL  33431
Phone: 561-819-5555 x112 | Fax: 561.819.0245
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

---

**From:** Heather Speizman
**Sent:** Wednesday, April 8, 2015 12:23 PM

**To:** Alex Radetich; Tanya Coker; Mike Angelis
**Subject:** RE: ALC For the Box Account

Alex,

Here are some questions from Hygenics:

Just a few questions on this request:

1) Were the email addresses uppercased or lowercased before the MD5 was applied? Case matters with MD5s. Lowercase
2) All Take5 email addresses in the consumer data have a corresponding postal address, so there's only one set of matches to count. Is this OK? That's OK
3) Can you please clarify what you mean by #3? What exactly are we returning? You can't MD5 a set of fields, only one string at a time. We need actual postal addresses and names of consumers whose Md5 hash matches ours on email. If still a problem, then forget it. The match rates are more important right now.

Thanks,

---

**From:** Alex Radetich
**Sent:** Tuesday, April 7, 2015 10:45 AM
**To:** Tanya Coker; Mike Angelis
**Cc:** Heather Speizman
**Subject:** RE: ALC For the Box Account

Here is the essence of the project that needs to be completed for ALC:

- ALC will be posting 300,000 MD5 hashes to the account below
- Once received, please forward to Hygenics for matching
- Hygenics will need to provide 1) flagged Md5 hashes with presence of email from our files
  2) flagged Md5 hashes back with presence of email and postal / names from our files
  3) a file of Md5 hashed records with actual matched names and addresses (no emails) from our files

Any questions, please let me know.

Thanks,

Alex Radetich
Managing Partner

<image002.jpg>
2385 NW Executive Center Drive, Suite 200, Boca Raton, FL 33431
Phone: 561-819-5555 x112 | Fax: 561.819.0245
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

---

**From:** Tanya Coker
**Sent:** Tuesday, April 7, 2015 10:09 AM
**To:** Mike Angelis; Alex Radetich
**Cc:** Heather Speizman
**Subject:** RE: ALC For the Box Account

Hi Mike

We have created the Box.com folder for Susan at ALC. She will receive an e-mail to join.

Here is the link in case she needs it.

https://take5.box.com/signup/collablink/d_3396958872/72d0a7aefb138

I have also added Heather to this folder. Please let her know when you need the files pulled or uploaded.

Thanks,
**Tanya Coker**
<image003.jpg>
**2385 NW Executive Center Drive, Suite 200 Boca Raton, FL 33431**
**Phone: 561-819-5555 x147 | Fax: 561.819.0245**
TCoker@take5s.com | www.take5solutions.com

---

**From:** Mike Angelis
**Sent:** Tuesday, April 7, 2015 10:04 AM
**To:** Alex Radetich
**Cc:** Tanya Coker
**Subject:** ALC For the Box Account

Alex, here is Susan's contact info to set up the box account as we discussed.

susan.rudy@alc.com

<image004.png>    **Susan Rudy | *Senior Vice President***
750 College Road East | Suite 201 | Princeton, NJ 08540
O: 609.580.2840 | F: 609.580.2945 | www.alc.com