Case No. 1:22-cv-3278

# EXHIBIT U

**To:** Tara Finger[tfinger@take5s.com]
**Cc:** Richard Gluck[rgluck@take5s.com]
**From:** Alex Radetich[/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEX55648]
**Sent:** Tue 4/21/2015 3:53:41 PM (UTC)
**Subject:** RE: college bookstores?

We need to load the boat.

### Alex Radetich
Managing Partner



2385 NW Executive Center Drive, Suite 200, Boca Raton, FL  33431
Phone: 561-819-5555 x112 | Fax: 561.819.0245
alex@take5s.com | www.take5s.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** Tara Finger
**Sent:** Tuesday, April 21, 2015 11:42 AM
**To:** Alex Radetich
**Cc:** Richard Gluck
**Subject:** Re: college bookstores?

Jen and I have contacts at Starcom..trying to get a meeting....Jen is still working on Sears and Apartments.com...I have also reached out to Leo Burnett...I will send you others we are working on

Draft I need to be careful with as TMA works very close with them..

On Apr 21, 2015, at 11:37 AM, Alex Radetich wrote:

> OK, my plan is May 5- 7th.  (right now, but it can change)…. I am trying to get Discover to commit.  We also need other agencies, like Draft, Starcom, Leo Burnett, etc.
>
> ### Alex Radetich
> Managing Partner
>
> <image002.jpg>
> 2385 NW Executive Center Drive, Suite 200, Boca Raton, FL  33431
> Phone: 561-819-5555 x112 | Fax: 561.819.0245
> alex@take5s.com | www.take5s.com



CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is

intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** Tara Finger
**Sent:** Tuesday, April 21, 2015 11:33 AM
**To:** Alex Radetich
**Cc:** Richard Gluck
**Subject:** Fwd: college bookstores?

i heard you are heading back to chicago in may…i think we need to visit her and knock SMS totally out of the picture as she is still sending them a ton of auto biz

Begin forwarded message:

**From:** Laura Rayman <Laura.Rayman@mxm.com>
**Date:** April 21, 2015 11:28:24 AM EDT
**To:** Tara Finger <tfinger@take5s.com>
**Subject: RE: college bookstores?**

I am back as of yesterday! ☺ We are doing well. Lucy had her palate surgery on 4/3 but she is nearly fully recovered now. Of course there have been moments where the transition has been hard on each child in different ways, but overall things are going really, really well. ☺ So grateful!

……………………
**Laura Rayman**
**p:** 972.744.6593  **m:** 847.275.0223  **e:** laura.rayman@mxm.com

**From:** Tara Finger [mailto:tfinger@take5s.com]
**Sent:** Tuesday, April 21, 2015 9:20 AM
**To:** Laura Rayman
**Subject:** Re: college bookstores?
**Importance:** High

checking!

are you back??? how is everything???

On Apr 21, 2015, at 10:16 AM, Laura Rayman wrote:

Hi Tara,

Can you let me know please if you all have any college/university bookstores on your lists? Kraft has a postal mailing in mind… need quickly, of course. ☺

……………………
**Laura Rayman**

F06833-001765192

A-189.0002

Sr. Manager, Campaign Strategy, **MXM**
#ContentMarketingAgencyoftheYear
**p:** 972.744.6593  **m:** 847.275.0223  **e:** laura.rayman@mxm.com

This electronic message, including any attachments, may contain proprietary, confidential or privileged information for the sole use of the intended recipient(s). You are hereby notified that any unauthorized disclosure, copying, distribution, or use of this message is prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete it.

This electronic message, including any attachments, may contain proprietary, confidential or privileged information for the sole use of the intended recipient(s). You are hereby notified that any unauthorized disclosure, copying, distribution, or use of this message is prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete it.