Case No. 1:22-cv-3278

EXHIBIT V

**To:** Jonathan Gluck[jgluck@take5mg.com]
**From:** Alexander Radetich[/o=EXG7/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=alex63399]
**Sent:** Mon 11/9/2015 9:42:15 PM (UTC)
**Subject:** RE: Ad Taxi regions

I think that Hygenics can also do some basic cleaning, believe it or not. You may want to check in with them.

---

**From:** Jonathan Gluck
**Sent:** Monday, November 9, 2015 4:38 PM
**To:** Alexander Radetich <alex@take5mg.com>
**Subject:** RE: Ad Taxi regions

I sent the layout to Jason from Hygienics, waiting on the records, they told me it will take some time.
Once I get it we will talk, maybe hygienics and then make a deal with xVerify or split it between the XV and BV.

J

---

**From:** Alexander Radetich
**Sent:** Monday, November 9, 2015 4:24 PM
**To:** Jonathan Gluck <jgluck@take5mg.com>
**Subject:** RE: Ad Taxi regions

Load the boat sunshine.

---

**From:** Jonathan Gluck
**Sent:** Monday, November 9, 2015 3:02 PM
**To:** Alexander Radetich <alex@take5mg.com>
**Subject:** RE: Ad Taxi regions

Ok. I will have them run the counts on the stats and Zips in the file. I will request 10 mill to start will might end up to around 4 mill.
I will let you know when I receive it from Hygienics. I would like to create a new FTP sub directory for Jason, I will talk to Bill about it.

Jon

---

**From:** Alexander Radetich
**Sent:** Monday, November 9, 2015 2:54 PM
**To:** Jonathan Gluck <jgluck@take5mg.com>
**Subject:** FW: Ad Taxi regions

Based on this, can you please go back to Hygenics and have them run counts on available email data? Thanks. Then we can talk about cleaning, etc.

---

**From:** Sherri Wallace
**Sent:** Monday, November 9, 2015 1:40 PM
**To:** Alexander Radetich <alex@take5mg.com>
**Cc:** Jonathan Gluck <jgluck@take5mg.com>; Alex Brady <abrady@take5mg.com>
**Subject:** RE: Ad Taxi regions

A. RADETICH
07/01/21
A190
C. Haab, CSR No. 13600

Alex based on your question of where the geo targeted areas are located for Ad Taxi, although the orders are truly spread nationwide ith not many from the Midwestern States .
My quick answer would be to utilize the major cities DMA's of the following States as a starting ground
CO
UT

F06833-001298892

A-190.0001

CA
Eastern MI
FL
Mostly South FL ( dade broward palm beach)
But north FL as well like Orlando & St Augustine
MA
CT
PA
TX
As well as
The major cities DMA of
NC
OH
MN
NM
AZ
NV
WA
NY
NJ

In addition, we also have a lot of orders from Tribune Broadcasting and Graham Digital Nationwide
Graham has orders from San Antonio TX Houston TX, MI and FL but Tribune for example, attached you can see one client Spitzer and the 12 tabs of geo we deploy monthly – a count was run for them 15,30 & 60 mile radiuses of the dealerships located from OH to FL

Does this help you ? or shall I dig deeper and get you more specific info

Let me know and Ill happily assist

*Best Regards,*

Sherri Wallace
**Account Manager**



2385 NW Executive Center Drive, Suite 290, Boca Raton, FL 33431
Phone: 561-819-5555 x175 | Fax: 561.819.0245
swallace@take5mg.com | www.take5mg.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

---

**From:** Alex Brady
**Sent:** Monday, November 9, 2015 12:49 PM
**To:** Alexander Radetich <alex@take5mg.com>; Sherri Wallace <swallace@take5mg.com>
**Cc:** Jonathan Gluck <jgluck@take5mg.com>
**Subject:** RE: Ad Taxi regions

Lowell is MA.

F06833-001298892

A-190.0002



Alex Brady
*Director Of Digital Media*



2385 NW Executive Center Drive, Suite 200, Boca Raton, FL  33431
Phone: 561-819-5555 x174 | Fax: 561.819.0245
abrady@take5mg.com | www.take5mg.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** Alexander Radetich
**Sent:** Monday, November 9, 2015 12:48 PM
**To:** Sherri Wallace <swallace@take5mg.com>
**Cc:** Jonathan Gluck <jgluck@take5mg.com>; Alex Brady <abrady@take5mg.com>
**Subject:** RE: Ad Taxi regions

I just need exact geos.  What is Lowell / Fitchburg?   Is that in MA?

**From:** Sherri Wallace
**Sent:** Monday, November 9, 2015 12:45 PM
**To:** Alexander Radetich <alex@take5mg.com>
**Cc:** Jonathan Gluck <jgluck@take5mg.com>
**Subject:** RE: Ad Taxi regions

Certainly

The abbreviation is the Sales Region code the Property is now next to them keep in mind they may have different properties within as well like for example

LANG:  Los Angeles News Group
1 sub property is :  Daily News
I do not have the list of all the sub properties within the properties but I can get it if you need

F06833-001298892

A-190.0003

NENI – New England
BANG – The Bay Area News Group
LANG:  Los Angeles News Group
NorCal- Northern California
Lowell/Fitch –East Coast
York/East- Western part of PA
Denver (Mountain) mainly Colorado & Utah
PMP (Mountain)- All the small newspapers in CO
TexMex- Texas
Twin Cities- Mid West
Salt Lake Digital
Philly Cluster
NY Cluster
Connecticut Cluster
Ohio Cluster
Michigan Cluster
National-The company is National Advertisers based out of Michigan but it is Nationwide
Alliance – Albuquerque NM
Alliance Arizona
Alliance Dallas
Alliance Graham- Nationally Based Media Company EAST COAST
Alliance MG is Media General
Alliance San Diego
Alliance Seattle
Alliance Winnipeg

Alliance Toronto
Alliance Austrailia (NewsCorp or News Limited Alliance Tribune


Please note York and Tex Mex have been taken over by Gannett

Best Regards,

Sherri Wallace
Account Manager



2385 NW Executive Center Drive, Suite 290, Boca Raton, FL  33431
Phone: 561-819-5555 x175 | Fax: 561.819.0245
swallace@take5mg.com | www.take5mg.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.

**From:** Alexander Radetich
**Sent:** Monday, November 9, 2015 12:18 PM
**To:** Sherri Wallace <swallace@take5mg.com>
**Cc:** Jonathan Gluck <jgluck@take5mg.com>

**Subject:** RE: Ad Taxi regions

Thanks. Can you give us better definition of some of these, like NENI, BANG, Lowell/Fitch…? A lot of them are not obvious.

Thanks!

**From:** Sherri Wallace
**Sent:** Monday, November 9, 2015 12:12 PM
**To:** Alexander Radetich <alex@take5mg.com>
**Cc:** Jonathan Gluck <jgluck@take5mg.com>
**Subject:** Ad Taxi regions

Hi Alex these are the regions – We have primary regions we do daily but this the full list. Just let me know if you need the main ones marked. Also let me know if I need to explain in detail which property is under each region like for example

LANG is the Los Angeles News Group


NENI
BANG
LANG
NorCal
Lowell/Fitch
York/East
Denver (Mountain)
PMP (Mountain)
TexMex
Twin Cities
Salt Lake Digital
Philly Cluster
NY Cluster
Connecticut Cluster
Ohio Cluster
Michigan Cluster
National
Alliance - Abq
Alliance Arizona
Alliance Dallas
Alliance Graham
Alliance MG
Alliance San Diego
Alliance Seattle
Alliance Winnipeg


Alliance Toronto
Alliance Austrailia (NewsCorp or News Limited Alliance Tribune

*Best Regards,*

Sherri Wallace

Account Manager



2385 NW Executive Center Drive, Suite 290, Boca Raton, FL  33431
Phone: 561-819-5555 x175 | Fax: 561.819.0245
swallace@take5mg.com | www.take5mg.com

CONFIDENTIALITY NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary and confidential information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use of or reliance upon any of the information contained in this transmission is strictly prohibited. Any inadvertent or unauthorized disclosure shall not compromise or waive the confidentiality of this transmission.