Case No. 1:22-cv-3278

EXHIBIT X

# AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| Petruss Media Group, LLC, f/k/a Take 5 Media Group, LLC, | Case No. 01-19-0002-7532 |
| Claimant, | **DEPOSITION DESIGNATIONS OF MARY JO BENJOSEPH** |
| v. | |
| Advantage Sales & Marketing LLC, a California limited liability company, | |
| Respondent. | |

Advantage Sales & Marketing LLC,
Advantage Sales & Marketing Inc., Karman
Intermediate Corp., Advantage Solutions Inc.,
and Karman Topco L.P.,

      Counter-Claimant and Cross-
      Claimants,

   v.

Petruss Media Group, LLC f/k/a Take 5 Media
Group LLC, RJV Marketing Corp., Richard
Gluck, and Alexander Radetich,

      Counter-Respondent and Cross-
      Respondents.

Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P. ("Advantage Parties") hereby submit the deposition designations of Mary Jo Benjoseph.

Designation Run Reports, attached hereto as **Exhibit A** (volume 1) and **Exhibit B** (volume 2), include both parties' designations of Ms. Benjoseph's deposition testimony, and employ the following color scheme:

The Advantage Parties' designations are reflected in blue font;

The Take 5 Parties' designations are reflected in red font;

The Advantage Parties' counter-designations are reflected in green font; and

Portions of the designated testimony that the parties object to are highlighted in yellow.

The Take 5 Parties and the Advantage Parties seek a ruling from Your Honor on objections to the following designations:

| Party | Designation | Vol. | Objection |
|-------|-------------|------|-----------|
| Take 5 Parties | 115:24–116:15 | 1 | Objections at 116:4 and 116:15 |
| Take 5 Parties | 135:24–136:6 | 1 | Objection at 136:6 |
| Take 5 Parties | 192:5–22 | 2 | Objections at 192:9 and 192:12 |
| Take 5 Parties | 200:12–201:6 | 2 | Objection at 201:6 |
| Take 5 Parties | 323:8–324:4 | 2 | Objections at 323:19 and 324:2 |

| Party | Designation | Vol. | Objection |
|-------|-------------|------|-----------|
| Advantage Parties | 51:10–14 | 1 | Objection at 51:13 |
| Advantage Parties | 51:10–14 | 1 | Objection at 51:15–16 |
| Advantage Parties | 57:25–58:5 | 1 | Objection at 58:6 |
| Advantage Parties | 85:23–24; 86:3–7 | 1 | Objection at 85:25–86:2 |
| Advantage Parties | 348:23–349:23 | 2 | Objection at 349:7–8 |
| Advantage Parties | 348:23–349:23 | 2 | Objection at 349:24 |
| Advantage Parties | 356:20–357:05 | 2 | Objection at 357:3–4 |

The video excerpts of Ms. Benjoseph's deposition testimony, reflecting both parties' designations, have been uploaded to the Box.

1

DATED:  May 11, 2022                 Respectfully submitted,

                                     GREENBERG GROSS LLP

                                     By:
                                     _____
                                        Wayne R. Gross
                                        Michael H. Strub Jr.
                                        Desiree N. Murray
                                        Edward A. Danielyan

                                        Attorneys for Advantage Sales & Marketing LLC,
                                        Advantage Sales & Marketing Inc., Karman
                                        Intermediate Corp., Advantage Solutions Inc., and
                                        Karman Topco L.P.

# EXHIBIT A

**Designation Run Report**

# Benjoseph_04262021

---

**Benjoseph, Mary 04-26-2021**

---

| | |
|---|---|
| **Advantage  00:22:57** | |
| **Take 5  00:23:06** | |
| **Advantage Counter  00:05:16** | |

**Total Time  00:51:19**



| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

| Page/Line | Source | ID |
|---|---|---|
| 8:23 - 9:07 | **Benjoseph, Mary 04-26-2021 (00:00:21)** | Benjoseph_04262021.1 |
| | 8:23  Q. Ms. Benjoseph, my name is Melissa | |
| | 8:24 Mackiewicz, and I represent the Take 5 parties | |
| | 8:25 in this arbitration matter against the | |
| | 9:1 M. BENJOSEPH | |
| | 9:2 Advantage parties.  We are here to take your | |
| | 9:3 deposition today. | |
| | 9:4 Will you state your full name for | |
| | 9:5 the record? | |
| | 9:6  A. Yes.  It's Mary Josephine Bellavia | |
| | 9:7 Benjoseph. | |
| 15:11 - 15:15 | **Benjoseph, Mary 04-26-2021 (00:00:23)** | Benjoseph_04262021.2 |
| | 15:11  Q. Moving away from the documents for a | |
| | 15:12 minute, when were you hired by Take 5 Media? | |
| | 15:13  A. So I was -- I believe the legal name | |
| | 15:14 was Take 5 Solutions when I was hired, and I | |
| | 15:15 believe it was approximately December of 2013. | |
| 16:10 - 16:15 | **Benjoseph, Mary 04-26-2021 (00:00:23)** | Benjoseph_04262021.3 |
| | 16:10  Q. What was the business of Take 5 | |
| | 16:11 Media Group Take 5 Media Group? | |
| | 16:12  A. We were a data provider, and we | |
| | 16:13 would tie a media strategy to the data, and | |
| | 16:14 then the production and fulfillment team would | |
| | 16:15 deploy and fulfill the campaign. | |
| 18:08 - 19:03 | **Benjoseph, Mary 04-26-2021 (00:01:28)** | Benjoseph_04262021.5 |
| | 18:8  Q. I just want you to briefly describe | |
| | 18:9 the different types of products that Take 5 | |
| | 18:10 Media Group offered to client prospects. | |
| | 18:11  A. Okay.  So email marketing, which | |
| | 18:12 would be direct marketing to a consumer or a | |
| | 18:13 business.  Retargeting would be retargeting | |
| | 18:14 the openers of the email campaign via a | |
| | 18:15 different channel.  Display, ad display are | |
| | 18:16 display boxes.  So if you're online and you | |
| | 18:17 see an ad, that would be display. | |
| | 18:18 Programatic, I really am not familiar with it | |
| | 18:19 and would go to Alex Radetich on all -- | |
| | 18:20 anything like that. | |
| | 18:21 Social media, to my knowledge, I | |
| | 18:22 believe we mainly just did Facebook.  Direct | |

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

18:23 mail would be a list of names and addresses of
18:24 people's home addresses.  Content marketing,
18:25 it was a new area and I really never
19:1 M. BENJOSEPH
19:2 thoroughly understood content marketing.  And
19:3 then there was another data solutions.  The

| 19:03 - 19:06 | **Benjoseph, Mary 04-26-2021 (00:00:12)** | Benjoseph_04262021.6 |

19:3 then there was another data solutions.  The
19:4 majority of those would fall under Alex's
19:5 guidance if we had something that fell under
19:6 there.

| 19:07 - 19:15 | **Benjoseph, Mary 04-26-2021 (00:00:32)** | Benjoseph_04262021.7 |

19:7   Q. Would you describe your specialty in
19:8 sales at Take 5 Media Group as the email
19:9 marketing and then the retargeting?
19:10   A. I would say the majority of what we
19:11 did was email marketing, and then later they
19:12 mixed in being able to do a retargeting and
19:13 social.  But a lot of clients already had
19:14 those types of programs running, so the
19:15 majority of it was probably email.

| 19:16 - 19:24 | **Benjoseph, Mary 04-26-2021 (00:00:28)** | Benjoseph_04262021.8 |

19:16   Q. And you specifically, was your focus
19:17 email?
19:18   A. I wouldn't say my focus was email.
19:19 My focus was really just learning from the
19:20 client what their needs were and then trying
19:21 to offer all of our product solutions and see
19:22 what they would most likely feel would be an
19:23 ideal fit for their client or for themselves
19:24 if they were the client.

| 20:25 - 21:08 | **Benjoseph, Mary 04-26-2021 (00:00:25)** | Benjoseph_04262021.9 |

20:25   Q. I'm going to identify some employees
21:1 M. BENJOSEPH
21:2 of the Take 5 Media Group, and can you tell me
21:3 where they fit in into those different
21:4 departments for identification purposes, if
21:5 you would.
21:6 Mark Adams?
21:7   A. I believe he was in sales and also

| Page/Line | Source | ID |
|---|---|---|
| | **Benjoseph_04262021** | |

| Page/Line | Source | ID |
|---|---|---|
| 21:11 - 21:14 | 21:8 ran the content division at one point. | Benjoseph_04262021.10 |
| | **Benjoseph, Mary 04-26-2021 (00:00:15)** | |
| | 21:11   Q. Tanya Coker? | |
| | 21:12   A. She ran client services and was Alex | |
| | 21:13 Radetich's assistant processing his own book | |
| | 21:14 of business.  She would handle his processing. | |
| 22:08 - 22:13 | **Benjoseph, Mary 04-26-2021 (00:00:27)** | Benjoseph_04262021.11 |
| | 22:8   Q. Michael Boy? | |
| | 22:9   A. So Michael Boy, he was -- I want to | |
| | 22:10 say a department lead, but I don't know if | |
| | 22:11 that's a hundred percent accurate.  He was | |
| | 22:12 more of a protege to Eva Hodgens, who did | |
| | 22:13 oversee production and I believe fulfillment. | |
| 22:25 - 23:05 | **Benjoseph, Mary 04-26-2021 (00:00:22)** | Benjoseph_04262021.12 |
| | 22:25   Q. Beth Jenkins? | |
| | 23:1 M. BENJOSEPH | |
| | 23:2   A. So Beth was a part of the executive | |
| | 23:3 team.  I believe she was either the CEO or COO | |
| | 23:4 and human resources and pretty much Rich and | |
| | 23:5 Alex's go-to executive team. | |
| 23:06 - 23:18 | **Benjoseph, Mary 04-26-2021 (00:00:47)** | Benjoseph_04262021.13 |
| | 23:6   Q. As part of the sales team, and I | |
| | 23:7 think you described yourself as part of the | |
| | 23:8 senior sales team in the later years at Take 5 | |
| | 23:9 Media Group, can you describe your duties and | |
| | 23:10 responsibilities? | |
| | 23:11   A. Yeah.  I mean, it was basically cold | |
| | 23:12 calling, prospecting, doing a lot of research, | |
| | 23:13 looking to reach the decision-maker at an | |
| | 23:14 organization that would listen to our product | |
| | 23:15 offerings.  And then after we were able to get | |
| | 23:16 a call set, take them through our product | |
| | 23:17 offerings and see if there were any | |
| | 23:18 opportunities to potentially work together. | |
| 26:19 - 26:24 | **Benjoseph, Mary 04-26-2021 (00:00:17)** | Benjoseph_04262021.14 |
| | 26:19   Q. And who was the VP of sales in the | |
| | 26:20 earlier years? | |
| | 26:21   A. So that position was filled and kind | |
| | 26:22 of rotated numerous times, but I would say Don | |
| | 26:23 Morris held it for probably the longest period | |

| Benjoseph_04262021 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

26:24 of time.

| 27:12 - 27:15 | **Benjoseph, Mary 04-26-2021 (00:00:22)** | Benjoseph_04262021.1 5 |

27:12   Q. And can you explain what this sales
27:13 order, which is number 45686, for the record,
27:14 dated November 2, 2017, can you explain what
27:15 this campaign is?

| 27:16 - 27:23 | **Benjoseph, Mary 04-26-2021 (00:00:31)** | Benjoseph_04262021.1 6 |

27:16   A. Okay.  Can I break this into pieces
27:17 for you?
27:18   Q. Yes, please.
27:19   A. Okay.  So the first portion would
27:20 have been 219,262 emails, that would be one
27:21 deployment going to that quantity to the
27:22 target audiences labelled under "Select."  So
27:23 that would be email number one.

| 28:07 - 30:02 | **Benjoseph, Mary 04-26-2021 (00:02:45)** | Benjoseph_04262021.1 7 |

28:7   Q. Okay.  So let's stop there for a
28:8 second.  So the first thing to happen for this
28:9 particular client in connection with this
28:10 sales order is to send out two thousand -- I'm
28:11 sorry, 219,262 emails on February 15, 2018 to
28:12 the selects that the client identified.  And
28:13 what happens next in the process in connection
28:14 with this campaign?
28:15   A. As far as this -- you want me to
28:16 continue with this invoice?  Is that what
28:17 you're asking me?
28:18   Q. Just this portion.  I want to know,
28:19 now that the client has identified I want this
28:20 to happen, I want to know, inside Take 5,
28:21 what's the next step in the process?
28:22   A. So once it deployed?  I'm sorry.
28:23   Q. No.  I want to get to the
28:24 deployment.  So I want to talk about, you got
28:25 the sales order in.  Now I want to talk --
29:1 M. BENJOSEPH
29:2   A. Okay.  So once I got the sales
29:3 order, it really wouldn't be me at that point.
29:4 It really is the client services rep
29:5 obtains -- we send them the sales order, she

| Page/Line | Source | ID |
|---|---|---|
| | **Benjoseph_04262021** | |

29:6 receives it, and then she would wait for the
29:7 assets for the campaign.  So if we didn't
29:8 receive the assets prior to 2/15, she would
29:9 follow up for the assets.  And then those
29:10 assets -- I'm not really sure how that worked
29:11 from there.  They would go to the back, as we
29:12 called it, as far as production and
29:13 fulfillment, and they would issue a test, and
29:14 I would be on that test, the clients would be
29:15 on that test, client services would be on that
29:16 test, and the client services rep would then
29:17 reach out to the client and say we've tested
29:18 this campaign, is it approved or do you have
29:19 feedback, and if they approved it, client
29:20 services would acknowledge in an email that
29:21 they scheduled it to go live.  How it went
29:22 live on the back end, that I couldn't answer.
29:23 And then after that, about seven
29:24 days post deployment we would receive a
29:25 tracking report and then we would deliver that
30:1 M. BENJOSEPH
30:2 tracking report to the client.

| 30:18 - 30:21 | **Benjoseph, Mary 04-26-2021 (00:00:24)** | Benjoseph_04262021.18 |

30:18  Q. We're going to look at Exhibit T-08
30:19 and T-08A together.
30:20 And T-08 is a, at the top, a
30:21 February 22, 2018 email from Laura Scott to --

| 30:22 - 30:23 | **Benjoseph, Mary 04-26-2021 (00:00:04)** | Benjoseph_04262021.19 |

30:22 I'm sorry, it's a very small -- Isabel
30:23 Mendoza.  And for the record, it is

| 30:24 - 31:04 | **Benjoseph, Mary 04-26-2021 (00:01:06)** | Benjoseph_04262021.20 |

30:24 document F06833-0029999856.
30:25 And T-08A is the attachment to that
31:1 M. BENJOSEPH
31:2 email, which is a February 22, 2018 tracking
31:3 report for sales order 45686, invoice 47654,
31:4 job 17464, and it is document identifier

| 31:05 - 31:06 | **Benjoseph, Mary 04-26-2021 (00:00:11)** | Benjoseph_04262021.21 |

31:5 F06833-0029999856.0001.
31:6 I would like you to on the one

**Benjoseph_04262021**

| Page/Line | Source | ID |
|---|---|---|
| 31:07 - 31:12 | **Benjoseph, Mary 04-26-2021 (00:00:20)** | Benjoseph_04262021.2 2 |

31:7 that's marked T-08, scroll down to page -- if
31:8 we go to page 7 of 31 at the top.
31:9   A. Okay.
31:10   Q. And then on the bottom of that page,
31:11 there's an email from you that is dated
31:12 February 14, 2018, at 10:18 a.m.  This is an

| Page/Line | Source | ID |
|---|---|---|
| 31:13 - 32:13 | **Benjoseph, Mary 04-26-2021 (00:01:44)** | Benjoseph_04262021.2 3 |

31:13 email exchange between you and Ernesto
31:14 Carreon, and it appears to me, I just would
31:15 like your confirmation, that you're having a
31:16 dialogue over the test email related to this
31:17 campaign that's set to deploy on February 15th?
31:18   A. Yes.  He's questioning the test
31:19 campaign, why it had the word "test" in the
31:20 subject line.
31:21   Q. And then if we -- we're moving
31:22 forward now to page 6 of 31.
31:23   A. Okay.
31:24   Q. The bottom email from Armanda Desir
31:25 to Medelyn Collado is identifying that the
32:1 M. BENJOSEPH
32:2 test -- the new test is out for review and
32:3 asking for approval?  Do I have that correct?
32:4   A. Yes.
32:5   Q. And then the email on top of that
32:6 responding, Medelyn Collado to Armanda Desir
32:7 on which you're copied, February 14, 2018, at
32:8 7:04 p.m.  The email is approved by the
32:9 client.
32:10   A. I see Wednesday, February 14th, at
32:11 7:18 p.m.  Is that the one you're referring
32:12 to?
32:13   Q. I see 7:04 p.m. on page 6 of 31.

| Page/Line | Source | ID |
|---|---|---|
| 32:14 - 33:16 | **Benjoseph, Mary 04-26-2021 (00:01:16)** | Benjoseph_04262021.2 4 |

32:14   A. Oh, 6, I'm sorry.  So this is not
32:15 the actual approval at 704.
32:16   Q. Okay.  I see what you're saying.  It
32:17 says, "They're making one last change for me."
32:18   A. Yeah.  So that's not an approval.

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

32:19   Q. Okay.  So "We're waiting for one
32:20 more person from the client to give their
32:21 approval."  So then if we scroll up to page 5
32:22 of 31.
32:23   A. Right.
32:24   Q. Laura Scott is advising Medelyn
32:25 Collado, "We need the approval.  We can't
33:1 M. BENJOSEPH
33:2 schedule it for deployment until we have that
33:3 final approval."  And then I see what you're
33:4 saying, February 14th, at 7:18 p.m., we get
33:5 the final approval --
33:6   A. That's correct.
33:7   Q. -- for the emails to deploy?
33:8   A. Yes.
33:9   Q. So now we know that the email
33:10 deploys.  Laura Scott's email on the bottom of
33:11 page 4 of 31 says, "We're all set for this
33:12 email campaign to deploy," on February 15,
33:13 2018, at 11 a.m. Eastern Standard Time, and
33:14 she's already getting ready for drop 2 on the
33:15 sales order that we haven't talked about yet?
33:16   A. That's correct.

| 36:20 - 36:23 | **Benjoseph, Mary 04-26-2021 (00:00:05)** | Benjoseph_04262021.2 5 |

36:20   Q. You're familiar with the fact that a
36:21 client can track campaigns through Google
36:22 Analytics?
36:23   A. Correct.

| 37:05 - 37:10 | **Benjoseph, Mary 04-26-2021 (00:00:26)** | Benjoseph_04262021.2 6 |

37:5   Q. To your knowledge, did Take 5 Media
37:6 Group's clients place pixels within their
37:7 campaigns for tracking purposes?
37:8   A. I really don't know.  I do know they
37:9 used UTMA tags, if that's what you're
37:10 referring to.  I've heard that term before.

| 38:09 - 38:13 | **Benjoseph, Mary 04-26-2021 (00:00:14)** | Benjoseph_04262021.2 7 |

38:9   Q. Okay.  In your experience, did the
38:10 clients that you worked with at Take 5 Media
38:11 Group track campaigns on their own?
38:12   A. I would say some of them did and

| Page/Line | Source | ID |
|---|---|---|

| | 38:13 some of them didn't. | |
| 39:04 - 39:23 | **Benjoseph, Mary 04-26-2021 (00:01:16)** | Benjoseph_04262021.28 |
| | 39:4   Q. But a person, for example, if | |
| | 39:5 somebody doesn't open an email until -- this | |
| | 39:6 particular campaign went out on February 15, | |
| | 39:7 2018.  If a person didn't open their email | |
| | 39:8 until February 25th, ten days later, they're | |
| | 39:9 not prohibited from opening that email and | |
| | 39:10 clicking on the link and going to Mitsubishi | |
| | 39:11 and whatever the campaign was for, taking part | |
| | 39:12 in that campaign, correct? | |
| | 39:13   A. Yeah, I many, if it was in their | |
| | 39:14 inbox, they could certainly still click on it, | |
| | 39:15 I would imagine so. | |
| | 39:16   Q. If that's something that happened, | |
| | 39:17 for example, in my hypothetical on | |
| | 39:18 February 25th, it wouldn't show up on a report | |
| | 39:19 that was produced three days earlier by Take 5 | |
| | 39:20 Media Group for the client? | |
| | 39:21   A. No, ma'am.  Not if the consumer | |
| | 39:22 engaged with the email after the report was | |
| | 39:23 produced or while it was being produced. | |
| 47:24 - 48:05 | **Benjoseph, Mary 04-26-2021 (00:00:23)** | Benjoseph_04262021.29 |
| | 47:24   Q. Is the document that is marked as | |
| | 47:25 T-10A the invoice dated February 26, 2018, | |
| | 48:1 M. BENJOSEPH | |
| | 48:2 invoice number 47654, for the Mitsubishi | |
| | 48:3 campaign that we've been discussing here | |
| | 48:4 today? | |
| | 48:5   A. Yes. | |
| 48:06 - 48:09 | **Benjoseph, Mary 04-26-2021 (00:00:28)** | Benjoseph_04262021.30 |
| | 48:6   Q. For the record, this is document | |
| | 48:7 number 506833-002999672.0001. | |
| | 48:8 And now moving on to the document | |
| | 48:9 that is marked T-11, and if I can ask you to | |
| 48:10 - 48:16 | **Benjoseph, Mary 04-26-2021 (00:00:45)** | Benjoseph_04262021.31 |
| | 48:10 start on page 2, at the bottom of the page is | |
| | 48:11 Laura Scott's email dated February 26, 2018, | |
| | 48:12 at 11:21 a.m., to Medelyn Collado, on which | |
| | 48:13 you're copied.  And then above that, Medelyn | |

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

48:14 responds on March 21, 2018, at 12:33 p.m.  Do
48:15 you see that?
48:16  A. Yes, I do.

| 50:23 - 51:02 | **Benjoseph, Mary 04-26-2021 (00:00:11)** | Benjoseph_04262021.3 2 |

50:23  Q. Ms. Benjoseph, in connection with
50:24 the Mitsubishi campaign that we just spent
50:25 time reviewing, did Mitsubishi get what it was
51:1 M. BENJOSEPH
51:2 billed for?

| 51:03 - 51:03 | **Benjoseph, Mary 04-26-2021 (00:00:03)** | Benjoseph_04262021.8 1 |

51:3  A. I imagine so.

| 51:04 - 51:12 | **Benjoseph, Mary 04-26-2021 (00:00:24)** | Benjoseph_04262021.3 3 |

51:4  Q. Do you have any knowledge that it
51:5 didn't get what it was billed for --
51:6  A. No.
51:7  Q. -- taking the credit memo into
51:8 consideration?
51:9  A. No.
==51:10  Q. Did the clients that you managed at==
==51:11 Take 5 Media receive what they were billed for==
==51:12 in connection with Take 5 campaigns?==

| 51:14 - 51:14 | **Benjoseph, Mary 04-26-2021 (00:00:03)** | Benjoseph_04262021.3 4 |

==51:14  A. As far as I know, yes.==

| 52:13 - 52:23 | **Benjoseph, Mary 04-26-2021 (00:00:43)** | Benjoseph_04262021.3 5 |

52:13 Can you your familiarity with Take 5
52:14 Media Group's consumer database?
52:15  A. Well, I've never seen any data, but
52:16 I was told that we have a self-reported,
52:17 self-sourced database that the managing
52:18 partners had been aggregating going back to
52:19 2003 with more than 175 different demographic
52:20 and psychographic overlays so that we could
52:21 slice and dice the database to reach the
52:22 consumer -- to reach the advertiser's ideal
52:23 target audience.  It was a double opt-in

| 52:24 - 52:24 | **Benjoseph, Mary 04-26-2021 (00:00:04)** | Benjoseph_04262021.3 6 |

52:24 database.

| 52:25 - 54:12 | **Benjoseph, Mary 04-26-2021 (00:02:33)** | Benjoseph_04262021.3 7 |

52:25  Q. If I can have you look at deposition
53:1 M. BENJOSEPH

| Page/Line | Source | ID |
|---|---|---|

Benjoseph_04262021

53:2 Exhibit T-12 and T-12A.  And for
53:3 identification purposes, Deposition
53:4 Exhibit T-12 is an eight-page email document,
53:5 the top email being dated March 1, 2018, at
53:6 2:56 p.m., from Mike Angelis to Eric Smith,
53:7 copying Mary Jo Benjoseph.
53:8 And the attachment to that email,
53:9 which is marked as T-12A, is titled Take 5
53:10 Media Opt-In Process.  Do you see that,
53:11 Ms. Benjoseph?
53:12   A. Yes.
53:13   Q. And do you recognize the attachment?
53:14   A. I recognize the attachment, yes.
53:15   Q. And is this a demonstrative of the
53:16 Take 5 Media opt-in -- data collection and
53:17 opt-in process?
53:18   A. I mean, this is the visual that we
53:19 shared.  I mean, I don't know what went on
53:20 behind the scenes as to the actual collecting
53:21 of the data, but this is what we were trained
53:22 on, yes.
53:23   Q. And "we" being the sales team at
53:24 Take 5 Media Group?
53:25   A. Yeah, anyone that would be trained
54:1 M. BENJOSEPH
54:2 to know about the data, where it was coming
54:3 from and how it was sourced.
54:4   Q. And this is the information that you
54:5 shared with client prospects and clients of
54:6 Take 5 Media Group?
54:7   A. Not all of them, but if they asked
54:8 for a sourcing document, then this would be
54:9 shared.  I think that this was part of one of
54:10 the many decks that they had, and there was
54:11 different versions of this throughout the
54:12 years.

**55:23 - 56:08** — **Benjoseph, Mary 04-26-2021 (00:00:33)**   Benjoseph_04262021.3 8

55:23   Q. And when you say counts, what does
55:24 that mean?
55:25   A. So a count is basically an estimate

Advantage          Take 5          Advantage Counter

| Page/Line | Source | ID |
|---|---|---|

Benjoseph_04262021

56:1 M. BENJOSEPH
56:2 of the reach that we have to the advertiser's
56:3 requested target audience.
56:4  Q. And the reach would come from within
56:5 Take 5 Media Group's database?
56:6  A. It would come from Take 5, from what
56:7 I understand, and it would be supplemented
56:8 through outside sources.

**56:09 - 57:22**     **Benjoseph, Mary 04-26-2021 (00:02:41)**     Benjoseph_04262021.3
9

56:9  Q. And if we scroll up through this
56:10 email chain, the same day you then ask Asim
56:11 Farooqi in Take 5 to pull those counts
56:12 requested by Ms. Boland, and Asim does that?
56:13  A. Yes, he does.
56:14  Q. And then what happens next?
56:15  A. I ask him to triple the email
56:16 quantity.
56:17  Q. And why do you do that?
56:18  A. Because we were instructed to give
56:19 the client estimates as to the all-available
56:20 reach, and it could be anywhere from three to
56:21 five times the initial counts.  There was
56:22 different formulas that were in place, and
56:23 those were put in place to the client services
56:24 team that Asim worked under or on by Tanya
56:25 Coker, Alex Radetich, Beth Jenkins.  I don't
57:1 M. BENJOSEPH
57:2 know what those were, but that's reasoning for
57:3 it.
57:4  Q. So in between the time that you
57:5 received the email from Asim with the counts
57:6 at 4:04 p.m. on February 8, 2018, and the time
57:7 that you responded at 9:17 p.m. on February 8,
57:8 2018, did you have a conversation with
57:9 somebody before you responded, "Triple the
57:10 quantity"?
57:11  A. I don't remember in this particular
57:12 case, but most of the time, if I did have a
57:13 data question or a counts question, the
57:14 conversation would take place with either Alex

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

| Page/Line | Source | ID |
|---|---|---|
| | 57:15 Radetich or Tanya Coker, or Laura may have | |
| | 57:16 spoken with her sister Tanya; I don't know. | |
| | 57:17  Q. But prior to sending the email back | |
| | 57:18 to Mr. Farooqi, you satisfied yourself that | |
| | 57:19 the reach would be what Take 5 Media Group had | |
| | 57:20 within its own database and three times that | |
| | 57:21 with supplementing outside the database from | |
| | 57:22 other sources? | |
| 57:23 - 57:24 | **Benjoseph, Mary 04-26-2021** | Benjoseph_04262021.40 |
| | 57:23  A. Yeah.  It's an estimate at this | |
| | 57:24 point; this is not an order.  So yes. | |
| 57:25 - 58:05 | **Benjoseph, Mary 04-26-2021 (00:00:14)** | Benjoseph_04262021.41 |
| | 57:25  Q. Was it your experience, during your | |
| | 58:1 M. BENJOSEPH | |
| | 58:2 employment with Take 5 Media Group, that for | |
| | 58:3 the campaigns on which you worked, when emails | |
| | 58:4 were promised, emails were delivered as | |
| | 58:5 promised for those campaigns? | |
| 58:07 - 58:09 | **Benjoseph, Mary 04-26-2021 (00:00:06)** | Benjoseph_04262021.42 |
| | 58:7  Q. You could answer. | |
| | 58:8  A. Oh, I'm sorry, I did.  Yes, as far | |
| | 58:9 as I know, yes. | |
| 61:24 - 62:14 | **Benjoseph, Mary 04-26-2021 (00:00:46)** | Benjoseph_04262021.43 |
| | 61:24  Q. After ASM acquired Take 5 Media | |
| | 61:25 Group, did there come a time where there was a | |
| | 62:1 M. BENJOSEPH | |
| | 62:2 change to the commission structure within the | |
| | 62:3 sales team? | |
| | 62:4  A. Yes. | |
| | 62:5  Q. And how exactly did the commission | |
| | 62:6 structure change? | |
| | 62:7  A. So I believe I think it may have | |
| | 62:8 changed a couple of times, I don't really | |
| | 62:9 recall, but I know it was more of a tiered | |
| | 62:10 system.  So if you achieved X amount of | |
| | 62:11 revenue for the company or X amount in orders, | |
| | 62:12 you received a certain amount of commission, | |
| | 62:13 and if it was lower, your commission was | |
| | 62:14 lower. | |
| 62:15 - 63:15 | **Benjoseph, Mary 04-26-2021 (00:01:35)** | Benjoseph_04262021.44 |

| Page/Line | Source | ID |
|---|---|---|

Benjoseph_04262021

62:15  Q. Going back to when you were employed
62:16 by Take 5 Media Group, did you receive
62:17 bonuses?
62:18  A. Bonuses?  When I first started
62:19 there, they would have, like, different
62:20 incentives, contests.  Oh, oh, you know what?
62:21 They did put a bonus structure in place.  I
62:22 don't know how long it was for.  Maybe 6
62:23 months, approximately.
62:24  Q. That was Take 5 Media Group you're
62:25 referring to?
63:1 M. BENJOSEPH
63:2  A. Yes, yes, I believe so.
63:3  Q. And now going back forward in time,
63:4 after ASM had acquired Take 5 Media Group, was
63:5 there an issue with ASM paying bonuses?
63:6  A. I think in their structure, they had
63:7 it structured to where you could achieve a
63:8 little bit more.  I don't know if it was
63:9 structured in the form of a bonus or just more
63:10 commission.  But I think that they had
63:11 something in it.  I haven't seen it in a long
63:12 time, I don't recall.  But I think that there
63:13 was something in there that they could
63:14 possibly -- you could possibly get something
63:15 more.

**63:16 - 64:02    Benjoseph, Mary 04-26-2021 (00:00:48)**    Benjoseph_04262021.4 6

63:16  Q. After Advantage Sales & Marketing,
63:17 ASM, acquired Take 5 Media Group in 2018, did
63:18 ASM cancel the holiday party that year?
63:19  A. I was not told that they cancelled
63:20 it.  I was just told that they had to -- that
63:21 we had to do it at a lower budget.  So we
63:22 actually had it at a bowling alley.
63:23  Q. Where had you had it -- where had
63:24 you had the holiday party in prior years under
63:25 Take 5 Media Group?
64:1 M. BENJOSEPH
64:2  A. At the Boca Raton Resort.

**85:23 - 85:24    Benjoseph, Mary 04-26-2021 (00:00:06)**    Benjoseph_04262021.4 7

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

| | 85:23   Q. Were the clients you managed at | |
| | 85:24 Take 5 Media Group generally satisfied? | |
| 86:03 - 86:07 | **Benjoseph, Mary 04-26-2021 (00:00:13)** | Benjoseph_04262021.4 8 |
| | 86:3   Q. You can answer. | |
| | 86:4   A. Yes, the majority of my clients or | |
| | 86:5 the clients that I managed, and I think as a | |
| | 86:6 whole for the company, were with us for longer | |
| | 86:7 periods of time. | |
| 86:08 - 86:20 | **Benjoseph, Mary 04-26-2021 (00:00:44)** | Benjoseph_04262021.4 9 |
| | 86:8   Q. What was the concept of a make good | |
| | 86:9 at Take 5 Media Group? | |
| | 86:10   A. I believe a make good is basically | |
| | 86:11 when a client was not satisfied for some | |
| | 86:12 reason and then it would go the executive team | |
| | 86:13 to come up with a resolution, and quite often | |
| | 86:14 that resolution was to redeploy the campaign | |
| | 86:15 for them. | |
| | 86:16   Q. And would it be redeploying the | |
| | 86:17 campaign for them at no cost to the client for | |
| | 86:18 that redeployment? | |
| | 86:19   A. I would say yes, yeah.  They | |
| | 86:20 typically would not charge. | |
| 90:03 - 90:09 | **Benjoseph, Mary 04-26-2021 (00:00:24)** | Benjoseph_04262021.5 0 |
| | 90:3   Q. In the time since Advantage | |
| | 90:4 permanently shut down ASM's Take 5's business | |
| | 90:5 unit, have you heard any details since then | |
| | 90:6 about what happened, what the circumstances | |
| | 90:7 surrounding the shutdown were? | |
| | 90:8   A. I think I heard the phrase or term | |
| | 90:9 that they failed an IPO audit. | |
| 90:22 - 90:25 | **Benjoseph, Mary 04-26-2021 (00:00:13)** | Benjoseph_04262021.5 1 |
| | 90:22   Q. What was your reaction to seeing | |
| | 90:23 posts on LinkedIn that ASM's Take 5 business | |
| | 90:24 unit was shut down because of misreporting? | |
| | 90:25   A. I was -- I was very surprised. | |
| 91:05 - 91:06 | **Benjoseph, Mary 04-26-2021 (00:00:06)** | Benjoseph_04262021.5 2 |
| | 91:5   Q. Was your experience at ASM's Take 5 | |
| | 91:6 business unit that there was misreporting? | |
| 91:09 - 91:11 | **Benjoseph, Mary 04-26-2021 (00:00:17)** | Benjoseph_04262021.5 3 |
| | 91:9   A. Not to my knowledge, no. | |

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

91:10  Q. Was your experience at Take 5 Media
91:11 Group that there was misreporting?

91:14 - 91:14    **Benjoseph, Mary 04-26-2021 (00:00:02)**    Benjoseph_04262021.54

91:14  A. No.

93:09 - 94:02    **Benjoseph, Mary 04-26-2021 (00:01:16)**    Benjoseph_04262021.55

93:9   Q. Did you have, while you were at
93:10 Take 5 Media Group, clients who were
93:11 specifically looking for a click rate to
93:12 determine a successful campaign?
93:13   A. I think that's a measurement used in
93:14 the industry just as a whole, and I think, you
93:15 know, some clients may base the success of a
93:16 campaign based on those types of metrics.
93:17   Q. While you were at Take 5 Media
93:18 Group, did you have clients that you managed
93:19 who measured the success of campaigns based on
93:20 conversions that resulted from the campaign?
93:21   A. I think at the end of the day, all
93:22 clients are looking for conversions.  Some
93:23 were looking for more immediate conversions
93:24 than others, but I think that's the goal of
93:25 all marketing channels and all marketing
94:1 M. BENJOSEPH
94:2 strategies.

99:17 - 100:07    **Benjoseph, Mary 04-26-2021 (00:00:46)**    Benjoseph_04262021.56

99:17   Q. Based on some of the testimony that
99:18 you gave earlier, it seemed to me that there
99:19 was little interaction between the fulfillment
99:20 group and the sales group prior to this point
99:21 at the end when you were interacting with
99:22 Michael Boy.  Is that a fair statement?
99:23   A. Yes, it is a fair statement.
99:24   Q. Why was there little interaction
99:25 between the sales group and the fulfillment
100:1 M. BENJOSEPH
100:2 group?
100:3   A. Is I guess just if there was --
100:4 that's just the way the company was
100:5 structured, and if we had a question, we were
100:6 told to go through the chain of command and

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

101:11 - 102:06

100:7 just send an email.

**Benjoseph, Mary 04-26-2021 (00:01:10)**

Benjoseph_04262021.57

101:11   Q. You testified in response to some
101:12 earlier questions about double opt-in emails
101:13 from database, and you said you were told that
101:14 these were double opt-in.  You were told by
101:15 whom?
101:16   A. Richie and Alex.  That's what we
101:17 were trained on, that they owned a double
101:18 opt-in database.
101:19   Q. Who gave that training?
101:20   A. Rich and Alex.  Mainly -- so the way
101:21 it was structured at the company is that Alex
101:22 was really the data guy.  I mean, he was the
101:23 data guy and Rich was the sales guy.  So a lot
101:24 of the sales training, you know, how to tee up
101:25 a call, how to speak with a client, how to
102:1 M. BENJOSEPH
102:2 prospect, how to push for the yes, how to push
102:3 for the no, things like that, that was all
102:4 from Richard Gluck.  And then anything data
102:5 and fulfillment, that was all -- that
102:6 education came autopsy from Alex Radetich.

102:07 - 102:14

**Benjoseph, Mary 04-26-2021 (00:00:27)**

Benjoseph_04262021.58

102:7   Q. Okay.  So if we're looking at the
102:8 exhibit in front of us, T-06, and, for
102:9 example, the second bullet point in the upper
102:10 left says "160 million plus double opt-in
102:11 emails," that would be something that, in your
102:12 experience at Take 5, Mr. Radetich would have
102:13 told about and spoken to you about; is that
102:14 correct?

102:16 - 103:11

**Benjoseph, Mary 04-26-2021 (00:01:20)**

Benjoseph_04262021.59

102:16   A. So Alex Radetich would speak about
102:17 the data, yes; how they sourced the data, who
102:18 were the data sources.  So if someone asked a
102:19 question where does your mobile device data
102:20 come from, I would go to him on that if I
102:21 didn't know, if I didn't have experience using
102:22 that particular file.  Yes, he was more the

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

102:23 data centric guy and Alex -- I mean and Rich
102:24 was more of the sales trainer.
102:25  Q. And if we look under the Ad Display
103:1 M. BENJOSEPH
103:2 Marketing, "275 plus separate demographic and
103:3 lifestyle," and it goes on from there, that
103:4 was something you were trained on by
103:5 Mr. Radetich, it's not something you
103:6 independently verified.  Am I correct?
103:7  A. Yeah, all of this was, you know,
103:8 their blueprint of the company and operation
103:9 and how we are -- how we are to sell it.  And
103:10 this is actually a more robust version with
103:11 more detail, this particular media kit.

**111:03 - 111:07**    **Benjoseph, Mary 04-26-2021 (00:00:12)**    Benjoseph_04262021.6 0

111:3  Q. Refuel Agency is a digital marketing
111:4 company that targets military, college teens,
111:5 and multicultural demographics, right, in your
111:6 experience?
111:7  A. Yes.

**111:08 - 111:13**    **Benjoseph, Mary 04-26-2021 (00:00:22)**    Benjoseph_04262021.6 1

111:8  Q. You were the person at Take 5 who
111:9 managed the relationship with Refuel Agency;
111:10 am I correct?
111:11  A. Yes.  If I could also add to that,
111:12 Alex was also involved with this client
111:13 because they did license the data, as well.

**113:22 - 114:03**    **Benjoseph, Mary 04-26-2021 (00:00:16)**    Benjoseph_04262021.6 2

113:22  Q. In the email, Donovan Walton asked
113:23 the team to pull email counts for 14 states
113:24 segmented by college freshmen, college
113:25 sophomore, college junior, and college senior.
114:1 M. BENJOSEPH
114:2 Do you see that?
114:3  A. Yes, sir.

**115:10 - 116:03**    **Benjoseph, Mary 04-26-2021 (00:00:56)**    Benjoseph_04262021.6 3

115:10  Q. And the third one reads, "If we
115:11 can't pull exact audience, notify contact when
115:12 submitting count requests back."  What does
115:13 that mean?

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

115:14   A. So I think that's just a standard
115:15 verbiage that they put on a lot -- or when
115:16 they were using this particular form.  So, for
115:17 example, let's say they wanted to reach, I
115:18 don't know, hockey enthusiasts and they were
115:19 looking for 25,000 and we didn't have it, then
115:20 we could go back to them and say, well, you
115:21 know, we can also mix in baseball enthusiasts
115:22 or other ice sports.  So I think it was more
115:23 or less our recommendations back to them.
115:24   Q. The point being that there should be
115:25 a flow of communication between Take 5 and the
116:1 M. BENJOSEPH
116:2 client about how the data's being populated.
116:3 Is that true?

**116:05 - 116:14**   **Benjoseph, Mary 04-26-2021 (00:00:26)**   Benjoseph_04262021.64

116:5   A. Can you ask me that question again,
116:6 please?
116:7   Q. Sure.  In these requests, the client
116:8 here, Refuel Agency, is asking that Take 5
116:9 provide the information about how the email
116:10 grouping is being populated; that is, what are
116:11 the demographics, just tell us, if you're
116:12 making any adjustments, tell us what you're
116:13 doing.
116:14   A. Yes.

**119:06 - 119:17**   **Benjoseph, Mary 04-26-2021 (00:00:30)**   Benjoseph_04262021.65

119:6 MR. STRUB:  Let's take a look at tab
119:7 8, Adrianna.  We'll mark as Exhibit A-4.
119:8 (Exhibit A-4, Email thread, first
119:9 email from Armada Desir to Mary Benjoseph
119:10 and Laura Scott, marked for
119:11 identification, as of this date.)
119:12   Q. Ms. Benjoseph, when you have tab 8
119:13 in your Box, if you could let us know.
119:14   A. Tab 8?
119:15   Q. A-4, I apologize.
119:16   A. Oh, A-4?
119:17   Q. Yes, ma'am.

**119:18 - 119:18**   **Benjoseph, Mary 04-26-2021 (00:00:02)**   Benjoseph_04262021.82

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

119:18  A. Okay.  I have it.

119:19 - 120:06     **Benjoseph, Mary 04-26-2021 (00:00:48)**     Benjoseph_04262021.6 7

119:19  Q. If we look at this exhibit -- well,

119:20 first of all, if you could scroll through it

119:21 and tell me, is this a true and correct copy

119:22 of an email exchange that you had with Katya

119:23 Libizova of Refuel Agency in October of 2018?

119:24 MS. MACKIEWICZ:  Objection.

119:25  A. Yeah, I mean, it looks to be like

120:1 M. BENJOSEPH

120:2 our communications going back and forth.

120:3  Q. This was sent -- you had this

120:4 communication in connection with performing

120:5 your job at Take 5.  Am I correct?

120:6  A. That's correct.

120:08 - 120:13     **Benjoseph, Mary 04-26-2021 (00:00:17)**     Benjoseph_04262021.6 8

120:8  Q. In this email, Ms. Libizova is

120:9 asking for specific counts for Refuel Agency's

120:10 client, Boston University, to target 18- to

120:11 24-year-old college-bound and current college

120:12 students, correct?

120:13  A. Yes, sir.

120:14 - 123:07     **Benjoseph, Mary 04-26-2021 (00:03:53)**     Benjoseph_04262021.6 9

120:14  Q. And then Laura Scott, in the next

120:15 email up, at 2:57 p.m., provides you with two

120:16 tables of counts.  The first table is

120:17 college-bound.  Do you see that?

120:18  A. The 18 to 24 unique, is that what

120:19 you're talking about?

120:20  Q. I'm talking about the -- this is

120:21 going to be -- the email splits across the

120:22 fourth --

120:23  A. Number five?

120:24  Q. Gentlemen, it splits across the

120:25 fourth and fifth page of the document.

121:1 M. BENJOSEPH

121:2  A. Okay, yeah, I have it.

121:3  Q. You see there's two tables; one is

121:4 college bound, and one is current college

121:5 students?

| Page/Line | Source | ID |
|---|---|---|

121:6   A. Oh, yes, I see it.

121:7   Q. The first column, college bound,

121:8 unfortunately you have to go to the bottom of

121:9 page four to see this, but it says, above

121:10 college bound, "Ace; HS diploma 18 to 24;

121:11 unique."  Do you see that?

121:12   A. Oh, yeah, I see that.

121:13   Q. Right next to it, for current

121:14 college students, it says ace; 18 to 24;

121:15 unique; HS diploma, not specified; some

121:16 college.  Do you see that?

121:17   A. Yes, I do.

121:18   Q. Do you have any understanding as to

121:19 how Ms. Scott generated the information that's

121:20 in these two tables based on the label that

121:21 she put in the top column?

121:22   A. So I believe Ace was the name of the

121:23 count system.  So I think she's just basically

121:24 saying, okay, in Ace they ran -- there are

121:25 different boxes you could check, so she's

122:1 M. BENJOSEPH

122:2 probably telling me high school diploma, age

122:3 18 to 24 and unique, meaning one per -- one

122:4 email per person.  The other one she's saying,

122:5 okay, in this yellow scenario I'm running also

122:6 an Ace, I'm running age 18 to 24 unique high

122:7 school diploma, and then not specified, and

122:8 some college.  So these were -- each of those

122:9 were little checks you could put within the

122:10 count system.

122:11   Q. So in the second column, "Current

122:12 College Students," those would be, to your

122:13 understanding of the information Ms. Scott is

122:14 giving you, individuals in the database who

122:15 didn't specify whether they had a high school

122:16 diploma, but did have some college?

122:17 MR. SHOHAT:  Objection.

122:18   A. Yes.

122:19   Q. Okay.  Now, if you look up on

122:20 page 4, the email you sent to Ms. Scott and

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

Benjoseph_04262021

122:21 Ms. Desir at 3:08, you say, "These look very
122:22 low.  Run all available 18 to 29 and let me
122:23 see when they look like."
122:24 Did I read that correctly?
122:25  A. Yes.
123:1 M. BENJOSEPH
123:2  Q. And what you were telling Ms. Scott
123:3 to do is to go back to the database and,
123:4 rather than focusing just on 18 to 24, expand
123:5 the age group to 18 to 29 and let you know
123:6 what the result was of that expansion?
123:7  A. Correct.

**123:08 - 123:11**    **Benjoseph, Mary 04-26-2021 (00:00:26)**    Benjoseph_04262021.7
0

123:8  Q. If you go to page -- the bottom --
123:9 very, very bottom of page 3 over to page 4,
123:10 Ms. Desir sends you and Ms. Scott new counts.
123:11  A. Yes.

**123:12 - 123:17**    **Benjoseph, Mary 04-26-2021 (00:00:21)**    Benjoseph_04262021.7
1

123:12  Q. Then on the very first page of this
123:13 email, second email down, you told Ms. Desir
123:14 to pause because they are running another
123:15 similar count that you need to compare.  Do
123:16 you see that?
123:17  A. That's correct.

**132:14 - 132:15**    **Benjoseph, Mary 04-26-2021 (00:00:08)**    Benjoseph_04262021.7
2

132:14  Q. Okay.  Actually, put that aside for
132:15 a second.  Let's go to A-2 and go to page 5,

**132:16 - 133:05**    **Benjoseph, Mary 04-26-2021 (00:00:33)**    Benjoseph_04262021.7
3

132:16 and go down to the bottom of page 5.
132:17  A. Okay.
132:18  Q. And this is an email that you sent
132:19 to Mr. Farooqi, copied to Ms. Scott and
132:20 Mr. Coker, on October 3, 2018, at 3:41 p.m.
132:21 Do you see that?
132:22  A. Uh-huh.
132:23  Q. And you're asking --
132:24  A. Yes.
132:25  Q. -- his help, that you say, "Asim,
133:1 M. BENJOSEPH
133:2 can you help with this?  We need this counts

| Page/Line | Source | ID |
|---|---|---|

Benjoseph_04262021

| | 133:3 broken out by state; freshmen, sophomore, | |
| | 133:4 juniors, seniors." Do you see that? | |
| | 133:5  A. Yes. | |
| 133:06 - 133:17 | **Benjoseph, Mary 04-26-2021 (00:00:41)** | Benjoseph_04262021.7 4 |
| | 133:6  Q. Then at 3:48 p.m., Mr. Farooqi sends | |
| | 133:7 you an Excel spreadsheet that says, "Hi MJ. | |
| | 133:8 Please find enclosed attachment for counts." | |
| | 133:9 And then, in all bolded caps, he writes, | |
| | 133:10 "Please don't send it to client directly, | |
| | 133:11 formulas are still in the spreadsheet for your | |
| | 133:12 reference.  Thanks." | |
| | 133:13 Do you see that? | |
| | 133:14  A. Yes. | |
| | 133:15  Q. And you received many communications | |
| | 133:16 like this from Mr. Farooqi, didn't you? | |
| | 133:17  A. Yes. | |
| 134:12 - 134:18 | **Benjoseph, Mary 04-26-2021 (00:00:19)** | Benjoseph_04262021.7 5 |
| | 134:12  Q. Now, based on that, can you confirm | |
| | 134:13 that Exhibit A-8 appears to you to be a true | |
| | 134:14 and correct copy of the Excel spreadsheet that | |
| | 134:15 you received from Mr. Farooqi in response to | |
| | 134:16 your request for unique counts broken out by | |
| | 134:17 state, freshmen, sophomores, juniors, and | |
| | 134:18 seniors? | |
| 134:20 - 135:14 | **Benjoseph, Mary 04-26-2021 (00:00:50)** | Benjoseph_04262021.7 6 |
| | 134:20  A. Can you repeat the question one more | |
| | 134:21 time?  I'm sorry, I got distracted looking at | |
| | 134:22 the spreadsheet. | |
| | 134:23  Q. Yes, ma'am.  So you'll see Adrianna | |
| | 134:24 has put on the screen your October 3, 2018, | |
| | 134:25 3:41 p.m. email to Asim Farooqi asking for | |
| | 135:1 M. BENJOSEPH | |
| | 135:2 these counts to be broken out by freshmen, | |
| | 135:3 sophomores, juniors, and seniors. | |
| | 135:4  A. Okay, yes. | |
| | 135:5  Q. And just look at the first number. | |
| | 135:6  A. Yes, I see it.  They match. | |
| | 135:7  Q. 735,334.  Now, if you go to A-8, the | |
| | 135:8 spreadsheet, you'll see under California in | |
| | 135:9 column E, 735,334, it's the same number.  Do | |

| Page/Line | Source | ID |
|---|---|---|
| | Benjoseph_04262021 | |

| Page/Line | Source | ID |
|---|---|---|
| | 135:10 you see that? | |
| | 135:11   A. Yes. | |
| | 135:12   Q. And it matches all the way through | |
| | 135:13 the table. | |
| | 135:14   A. Yes. | |
| 135:24 - 136:05 | **Benjoseph, Mary 04-26-2021 (00:00:19)** | Benjoseph_04262021.77 |
| | 135:24   Q. The reason Mr. Farooqi instructed | |
| | 135:25 you, in all caps in bold, not to send to the | |
| | 136:1 M. BENJOSEPH | |
| | 136:2 client directly is because Take 5 didn't want | |
| | 136:3 the customer to be aware that Take 5 was using | |
| | 136:4 formulas to generate those numbers, correct? | |
| | 136:5   A. Yes. | |
| 137:23 - 139:13 | **Benjoseph, Mary 04-26-2021 (00:02:07)** | Benjoseph_04262021.78 |
| | 137:23   Q. You received the spreadsheet, and so | |
| | 137:24 it was your understanding when you got the | |
| | 137:25 spreadsheet, without -- I'm not asking you to | |
| | 138:1 M. BENJOSEPH | |
| | 138:2 be an expert on Excel, but if you look at the | |
| | 138:3 label in column F, it says "Random 47 to | |
| | 138:4 63 percent," it was your understanding, as the | |
| | 138:5 recipient of this spreadsheet, that what the | |
| | 138:6 formula does is generate a random percentage | |
| | 138:7 between 47 and 63 percent. | |
| | 138:8   A. That's what it appears to do. | |
| | 138:9   Q. What it does, is it takes the number | |
| | 138:10 of students in column E and then generates the | |
| | 138:11 random number, the random percentage.  And | |
| | 138:12 then in column G, we'll go to another formula | |
| | 138:13 there, if you see that formula in column G, | |
| | 138:14 what that does is it multiplies the random | |
| | 138:15 percentage in column F times the number of | |
| | 138:16 students in column E, right? | |
| | 138:17   A. It -- this is not my area of | |
| | 138:18 expertise as far as Excel.  So what are you | |
| | 138:19 asking me? | |
| | 138:20   Q. What -- | |
| | 138:21   A. If E times F equals G? | |
| | 138:22   Q. Yes, ma'am. | |
| | 138:23   A. I don't know.  I guess so.  I mean, | |

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04262021**

138:24 if you get out a calculator, I guess we could
138:25 figure it out.  I'm not sure what --
139:1 M. BENJOSEPH
139:2   Q. Let me ask you this a different way.
139:3 Just taking a step back, your understanding,
139:4 when you got this spreadsheet that Mr. Farooqi
139:5 sent you, your understanding was that what
139:6 he's doing is he's got a random formula
139:7 between 47 and 63 percent in column F, and to
139:8 generate the actual number of students in
139:9 California for which Take 5 is going to say it
139:10 has data, that percentage is going to be
139:11 multiplied by the number of total students in
139:12 column E.  That was your understanding when
139:13 you got the spreadsheet, right?

**139:15 - 139:24   Benjoseph, Mary 04-26-2021 (00:00:39)**     Benjoseph_04262021.79

139:15   A. Yeah, so my understanding was that
139:16 if you ran a count by either total, all
139:17 available, or unique for college students in
139:18 general as a whole, and then you wanted to
139:19 break them out, they could be broken out by
139:20 freshmen, sophomore, junior, and senior.  And
139:21 how they did that was by taking a percentage
139:22 of that total to come up with the freshmen,
139:23 sophomore, junior, senior.  I don't know how
139:24 those numbers were validated.

**139:25 - 140:11   Benjoseph, Mary 04-26-2021 (00:00:45)**     Benjoseph_04262021.80

139:25   Q. So then if we go over to column I.
140:1 M. BENJOSEPH
140:2   A. I.  Okay.
140:3   Q. What that number does is to take the
140:4 information in column G and just simply divide
140:5 it by 4, but round it to the nearest whole
140:6 number.  Do you see that?
140:7   A. Yeah.  So if I'm reading this
140:8 correctly, you're taking the blue column, the
140:9 420,807 and dividing it by -- no, you're now
140:10 dividing it by four and coming up with
140:11 105,202?

| Page/Line | Source | ID |
|---|---|---|

Benjoseph_04262021

Advantage = 00:22:57
Take 5 = 00:23:06
Advantage Counter = 00:05:16
**Total Time = 00:51:19**

# EXHIBIT B

**Designation Run Report**

# Benjoseph_04272021

_____

**Benjoseph, Mary 04-27-2021**
_____

**Advantage  00:25:55**

**Take 5  00:15:50**

**Advantage Counter  00:00:31**

**Total Time  00:42:16**



**Benjoseph_04272021**

| Page/Line | Source | ID |
|---|---|---|
| 154:02 - 154:03 | **Benjoseph, Mary 04-27-2021 (00:00:04)** | Benjoseph_04272021. 1 |
| | 154:2 Ms. Benjoseph, I remind you you're under | |
| | 154:3 oath from yesterday's deposition. | |
| 163:15 - 164:05 | **Benjoseph, Mary 04-27-2021 (00:00:30)** | Benjoseph_04272021. 2 |
| | 163:15  Q. So I'm going to show you some | |
| | 163:16 screenshots of those formulas, and I just want | |
| | 163:17 to ask you to confirm that these were the | |
| | 163:18 formulas that we looked at yesterday. | |
| | 163:19 Adrianna is going to put them up on the | |
| | 163:20 screen, but she's also going to load them into | |
| | 163:21 the shared folder.  It's up to you.  It's just | |
| | 163:22 one page. | |
| | 163:23 You're welcome to go back to | |
| | 163:24 Exhibit A-8, if you need to, but these are | |
| | 163:25 just going to be screen captures, and the | |
| | 164:1 M. BENJOSEPH | |
| | 164:2 reason we're doing this is because you can't | |
| | 164:3 see those formulas unless you open it up, so | |
| | 164:4 we just wanted to get that evidence.  Okay. | |
| | 164:5 So -- | |
| 164:07 - 164:09 | **Benjoseph, Mary 04-27-2021 (00:00:08)** | Benjoseph_04272021. 3 |
| | 164:7  Q. I'm going to show you what we'll | |
| | 164:8 mark as Exhibit A-9, which is -- | |
| | 164:9 MR. STRUB:  Adrianna, that's tab 13. | |
| 164:14 - 164:16 | **Benjoseph, Mary 04-27-2021 (00:00:11)** | Benjoseph_04272021. 4 |
| | 164:14   Q. Can you confirm, Ms. Benjoseph, this | |
| | 164:15 is the formula we looked at yesterday that was | |
| | 164:16 for column F of the Excel spreadsheet, A-8? | |
| 165:03 - 165:04 | **Benjoseph, Mary 04-27-2021 (00:00:03)** | Benjoseph_04272021. 5 |
| | 165:3  Q. Okay.  Is this the formula we looked | |
| | 165:4 at yesterday, ma'am? | |
| 165:06 - 166:12 | **Benjoseph, Mary 04-27-2021 (00:01:34)** | Benjoseph_04272021. 6 |
| | 165:6  A. I believe so, but I honestly -- I | |
| | 165:7 looked at several numbers with you yesterday. | |
| | 165:8 I think it is, but I'm not a hundred percent | |
| | 165:9 sure. | |
| | 165:10  Q. Okay.  Let's -- | |
| | 165:11 MR. STRUB:  Can we go back to | |
| | 165:12 Exhibit A-8, please?  Adrianna, can you | |
| | 165:13 pull up Exhibit A-8?  There we go.  Can | |

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04272021**

165:14 you minimize that, please?  This might
165:15 make it easier -- not minimize it, I'm
165:16 sorry.  Reduce it, reduce it in size.
165:17   A. I can see it.  They match.
165:18   Q. Okay.
165:19   A. I can see it, yeah.  It's the same
165:20 one.
165:21   Q. Okay.  So now let's go -- let me
165:22 show you what we'll mark as Exhibit A-10.
165:23 MR. STRUB:  And Adrianna, that's tab
165:24 14.
165:25 (Exhibit A-10, formula matching
166:1 M. BENJOSEPH
166:2 column G of the Excel spreadsheet A-8,
166:3 marked for identification, as of this
166:4 date.)
166:5 MR. STRUB:  And then can you pull up
166:6 the Excel spreadsheet again and reduce it
166:7 in size so we can compare it, the Excel
166:8 spreadsheet, A-8, and highlight tab G.
166:9   Q. Ms. Benjoseph, can you confirm,
166:10 please, that the formula that is for the
166:11 calculation in column G in Exhibit A-8 matches
166:12 the formula that is in Exhibit A-10?

| 167:14 - 167:18 | **Benjoseph, Mary 04-27-2021 (00:00:12)** | Benjoseph_04272021.7 |

167:14   Q. Can you confirm, please, that the
167:15 formula in Exhibit A-10 is identical to
167:16 formula that we saw in the spreadsheet that we
167:17 marked as Exhibit A-8 for column G?
167:18   A. Yes.

| 167:20 - 167:20 | **Benjoseph, Mary 04-27-2021 (00:00:03)** | Benjoseph_04272021.8 |

167:20   Q. Let's go to Exhibit A-11.

| 168:25 - 169:07 | **Benjoseph, Mary 04-27-2021 (00:00:27)** | Benjoseph_04272021.9 |

168:25   Q. Ms. Benjoseph, can you confirm that
169:1 M. BENJOSEPH
169:2 the formula in Exhibit A-8 for column 9,
169:3 divided by four, is identical -- I'm sorry.
169:4 Let me withdraw that and ask it differently.
169:5 Can you confirm, please, the formula
169:6 in Exhibit A-11 for column I is identical to

| Benjoseph_04272021 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 169:7 the formula in Exhibit A-8 for column I? | |
| 169:13 - 170:02 | **Benjoseph, Mary 04-27-2021 (00:00:19)** | Benjoseph_04272021.1 0 |
| | 169:13   Q. Ma'am, can you answer my question, | |
| | 169:14 please? | |
| | 169:15   A. Am I confirming the number or the | |
| | 169:16 formula? | |
| | 169:17   Q. The formula. | |
| | 169:18   A. The formula is the same, yes, on | |
| | 169:19 both of these that are on the screen. | |
| | 169:20   Q. Okay.  Thank you. | |
| | 169:21 MR. STRUB:  Adrianna, would you | |
| | 169:22 please upload Exhibit A-12. | |
| | 169:23 (Exhibit A-12, formula matching | |
| | 169:24 columns J-M of Excel spreadsheet A-8, | |
| | 169:25 marked for identification, as of this | |
| | 170:1 M. BENJOSEPH | |
| | 170:2 date.) | |
| 170:10 - 170:12 | **Benjoseph, Mary 04-27-2021 (00:00:03)** | Benjoseph_04272021.1 1 |
| | 170:10   Q. Ms. Benjoseph, do you have | |
| | 170:11 Exhibit A-12? | |
| | 170:12   A. Yes, I do. | |
| 170:15 - 171:08 | **Benjoseph, Mary 04-27-2021 (00:00:59)** | Benjoseph_04272021.1 2 |
| | 170:15 MR. STRUB:  Adrianna, can you please | |
| | 170:16 put Exhibit A-12 on the screen, and can | |
| | 170:17 you highlight the formula in J, K, L and | |
| | 170:18 M? | |
| | 170:19   Q. Ms. Benjoseph, can you confirm that | |
| | 170:20 the formula for column J in Exhibit A-12 is | |
| | 170:21 identical to the formula in that column in | |
| | 170:22 Exhibit A-8? | |
| | 170:23   A. It looks the same. | |
| | 170:24   Q. So last one. | |
| | 170:25 MR. STRUB:  Adrianna, can you please | |
| | 171:1 M. BENJOSEPH | |
| | 171:2 upload Exhibit A-13. | |
| | 171:3 And Melissa, can you let me know | |
| | 171:4 when you have it. | |
| | 171:5 (Exhibit A-13, formula matching | |
| | 171:6 columns O-R of Excel spreadsheet A-8, | |
| | 171:7 marked for identification, as of this | |

| Page/Line | Source | ID |
|---|---|---|
| | Benjoseph_04272021 | |

| Page/Line | Source | ID |
|---|---|---|
| | 171:8 date.) | |
| 171:10 - 171:19 | **Benjoseph, Mary 04-27-2021 (00:00:35)** | Benjoseph_04272021.13 |
| | 171:10   Q. Ms. Benjoseph, do you have A-13? | |
| | 171:11   A. I do. | |
| | 171:12 MR. STRUB:  Adrianna, can you please | |
| | 171:13 put Exhibit A-13 on the screen?  I'm going | |
| | 171:14 to look at column O.  And maybe move that | |
| | 171:15 Excel -- yeah, there we go; perfect. | |
| | 171:16   Q. Ms. Benjoseph, can you please | |
| | 171:17 confirm that the formula for column O in | |
| | 171:18 Exhibit A-13 is identical to the formula for | |
| | 171:19 column O in the Excel spreadsheet Exhibit A-8? | |
| 171:21 - 171:21 | **Benjoseph, Mary 04-27-2021 (00:00:02)** | Benjoseph_04272021.14 |
| | 171:21   A. Yes, it looks the same. | |
| 182:11 - 182:15 | **Benjoseph, Mary 04-27-2021 (00:00:17)** | Benjoseph_04272021.15 |
| | 182:11   Q. Okay.  Now, the reason that | |
| | 182:12 Mr. Farooqi's services were necessary was | |
| | 182:13 because Take 5 didn't actually have the | |
| | 182:14 demographic information in its database that | |
| | 182:15 Refuel Agency had requested, correct? | |
| 182:17 - 183:03 | **Benjoseph, Mary 04-27-2021 (00:00:44)** | Benjoseph_04272021.16 |
| | 182:17   A. So it was my understanding that | |
| | 182:18 Asim -- I think that's what we call -- that's | |
| | 182:19 what I called him -- his role was to be able | |
| | 182:20 to process the counts because competitors of | |
| | 182:21 ours have automation, and we had some | |
| | 182:22 automation, but not every select and every | |
| | 182:23 count, because some of the data came from | |
| | 182:24 vendors; some of it was at Hygenics.  I don't | |
| | 182:25 really know the behind the scenes of it.  But | |
| | 183:1 M. BENJOSEPH | |
| | 183:2 that was his role, to be able to process these | |
| | 183:3 count estimates for us as quickly as possible. | |
| 184:04 - 184:07 | **Benjoseph, Mary 04-27-2021 (00:00:10)** | Benjoseph_04272021.17 |
| | 184:4   Q. Ms. Benjoseph, is this a true and | |
| | 184:5 correct copy of an email exchange that you had | |
| | 184:6 with Mr. Radetich? | |
| | 184:7   A. Yes, it is. | |
| 184:09 - 184:24 | **Benjoseph, Mary 04-27-2021 (00:00:55)** | Benjoseph_04272021.18 |
| | 184:9   Q. If you look at the last page of the | |

| Page/Line | Source | ID |
|---|---|---|

184:10 document, page 6 --
184:11   A. Yes.
184:12   Q. -- it says read March 31, 2019.
184:13   A. Yes.
184:14   Q. Do you know whether that was the
184:15 date that you had this text exchange with
184:16 Mr. Radetich?
184:17   A. I remember this exchange being on a
184:18 Sunday afternoon, and this is really kind of
184:19 what set the tone of a change in Alex towards
184:20 me and towards the data, and I recall speaking
184:21 to Rich about it either on that Sunday or the
184:22 next Monday at the office.  So if the 31st of
184:23 March 2019 is a Sunday, then I believe that
184:24 would be accurate.

**190:18 - 191:08    Benjoseph, Mary 04-27-2021 (00:00:54)**    Benjoseph_04272021.19

190:18 So Mr. Radetich writes, "Like Tara
190:19 and Mike, you've built client expectations
190:20 that I do not support or condone, and you've
190:21 done so without my knowledge or approval," and
190:22 it goes on from there.
190:23   A. Yes.  That was extremely hurtful,
190:24 and it's still hurtful to today, and I feel
190:25 that this was the beginning of the downfall of
191:1 M. BENJOSEPH
191:2 our relationship.
191:3   Q. Why was it hurtful?
191:4   A. Because I have done only exactly as
191:5 I was trained, and I worked so hard, and this
191:6 statement about, you know, that he doesn't
191:7 support or condone when he was so involved, it
191:8 just -- it hurt me because it was not true.

**192:05 - 192:08    Benjoseph, Mary 04-27-2021 (00:00:10)**    Benjoseph_04272021.20

192:5   Q. Mr. Radetich and Mr. Gluck seem to
192:6 have taken the position that they have no idea
192:7 that these formulas were being used, and if
192:8 they were, the employees --

**192:10 - 192:11    Benjoseph, Mary 04-27-2021 (00:00:04)**    Benjoseph_04272021.21

192:10   A. -- were acting on their own.  Would
192:11 that be true, if that was their testimony?

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04272021**

| Page/Line | Source | ID |
|---|---|---|

192:13 - 192:22

**Benjoseph, Mary 04-27-2021 (00:00:43)**

Benjoseph_04272021.2
2

192:13   A. No, that would not be true, and I
192:14 believe that Tanya Coker would tell the truth
192:15 there, as well, that -- yeah, they -- and I
192:16 don't know about Beth, but yeah, I mean,
192:17 they -- I clearly remember Beth stating that
192:18 Asim was, you know, using formulas and oh,
192:19 Sherri Wallace used -- or had Asim running
192:20 counts in the same fashion.  She managed a big
192:21 account for Take 5.  So yeah, I mean, they --
192:22 I believe that they knew for sure.

200:12 - 201:05

**Benjoseph, Mary 04-27-2021 (00:01:04)**

Benjoseph_04272021.2
3

200:12   Q. For the next bullet point, you
200:13 write, "Auto Intenders continue to use the
200:14 model formula in place."  Was that --
200:15   A. That was long in place before I even
200:16 arrived at Take 5, to my knowledge, because I
200:17 was told that we had in-market hand raisers
200:18 for consumers that were interested in
200:19 purchasing a new vehicle, and then there was a
200:20 guy by the name of Al Matani, who did a lot in
200:21 the auto business, and he kind of coined the
200:22 phrase or term Auto Intenders.
200:23   Q. When you say continue to use the
200:24 model formula in place, was Mr. -- were you
200:25 summarizing Mr. Radetich's instruction to you
201:1 M. BENJOSEPH
201:2 to continue to use the type of formulas that
201:3 Mr. Farooqi was generating in the spreadsheets
201:4 we looked at earlier?
201:5   A. Yes.

214:24 - 216:06

**Benjoseph, Mary 04-27-2021 (00:01:19)**

Benjoseph_04272021.2
4

214:24 was kind of, like, the disconnect between Alex
214:25 and I.  I found some of his remarks more
215:1 M. BENJOSEPH
215:2 intimidating and hurtful, and Tanya was
215:3 telling me, make sure you get everything in
215:4 writing from Alex; make sure you get
215:5 everything in writing from Alex.
215:6 So it was an uneasy feeling, i.e. I

| Page/Line | Source | ID |
|---|---|---|

Benjoseph_04272021

215:7 did not feel that way from Rich.  I felt like
215:8 he was advocating for me.  He came to my
215:9 office on numerous occasions.  He said, oh,
215:10 don't worry about that; it was a Sunday, maybe
215:11 the kids were getting to Alex.  He was trying
215:12 to be kind of the peacemaker because I was
215:13 upset, and I wasn't used to being treated that
215:14 way by neither of them.
215:15   Q.  Okay.  So this voicemail you left on
215:16 April 3rd -- now, I want to return to a
215:17 subject you talked about earlier when you said
215:18 you were going through Facebook and you wanted
215:19 to find some proof of what Take 5 had been
215:20 representing to clients about the
215:21 demographics.  Do you recall that testimony?
215:22   A. Yes.
215:23   Q. Okay.
215:24 MR. STRUB:  So now, Adrianna, would
215:25 you upload tab 22, which we'll mark as
216:1 M. BENJOSEPH
216:2 Exhibit A-19.
216:3 (Exhibit A-19, email from
216:4 Ms. Benjoseph to Abigail Cox dated
216:5 April 9, 2019, marked for identification,
216:6 as of this date.)

**216:11 - 216:17**  **Benjoseph, Mary 04-27-2021 (00:00:16)**    Benjoseph_04272021.2 5

216:11   Q. Ms. Benjoseph, do you have
216:12 Exhibit A-19?
216:13   A. Yeah, I have it.
216:14   Q. Is this a true and correct copy of
216:15 an email that you sent to Abigail Cox on
216:16 April 9, 2019?
216:17   A. Yes, it is.

**216:19 - 217:22**  **Benjoseph, Mary 04-27-2021 (00:01:55)**    Benjoseph_04272021.2 6

216:19   Q. This email was sent from your
216:20 personal email.  Do you see that?
216:21   A. Yeah.  I no longer had access to any
216:22 business email at that point.
216:23   Q. What led to you sending this email
216:24 to Ms. Cox about a week after you left your

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04272021**

216:25 voicemail for Patty?
217:1 M. BENJOSEPH
217:2   A. I think that Abigail had contacted
217:3 me to talk about -- to talk about this issue
217:4 that was going on, and she asked me if I had
217:5 any -- I don't want to say -- I don't want to
217:6 say the word proof, but she asked me if I had
217:7 any -- anything to support what I was saying.
217:8 And the one question I recall her asking me or
217:9 stating, if I had anything to show Alex's
217:10 demeanor, because I had said that the meeting
217:11 was intimidating, so that's why I sent one of
217:12 the text messages that I had, because that's
217:13 really all I had access to.
217:14 And this collateral that I had was
217:15 actually from years prior, and I had an old
217:16 travel bag that was in another room in my
217:17 house, and luckily, I just went through that
217:18 travel bag, and I was able to find this and --
217:19 this college -- this was in there.
217:20   Q. So the last sentence says, "This is
217:21 the data that Alex is now saying he never gave
217:22 anyone permission to sell."

| 217:24 - 219:06 | **Benjoseph, Mary 04-27-2021 (00:01:55)** | Benjoseph_04272021.27 |

217:24   Q. Why did you write that sentence in
217:25 that email to Ms. Cox?
218:1 M. BENJOSEPH
218:2   A. Because part of this going back and
218:3 forth with Alex from that Sunday, if you
218:4 recall that text that you showed me, he was
218:5 basically saying that Mike, Tara, and I and
218:6 whoever else he wrote in that text were
218:7 like -- you know, that he didn't support us.
218:8 This was one of the data segments that I felt
218:9 that he was now kind of, like, you know,
218:10 changing his mind on as to whether we were
218:11 going to continue to sell it or not.
218:12 My whole issue with a lot of this
218:13 was, I just wanted clarity because I did not
218:14 want to tell my clients we did have something

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04272021**

218:15 or we didn't have it, and if we didn't have

218:16 it, I wanted a reason from Alex what to say to

218:17 the clients, and that's what I was trying to

218:18 get out of Alex to tell me.

218:19   Q. Previously, that first meeting that

218:20 you had concerning the data was just with

218:21 Mr. Gluck and Mr. Radetich.  How did it come

218:22 to be that the issue about the data Take 5 was

218:23 providing its customers became known to

218:24 Ms. Cox?  Do you understand what I'm asking?

218:25   A. I guess in conversation, as I was

219:1 M. BENJOSEPH

219:2 explaining to her what was transpiring in the

219:3 office.

219:4   Q. So what I'm saying is:  Did Ms. Cox

219:5 tell you she heard from Mr. Radetich about

219:6 this data issue?

**219:08 - 219:23    Benjoseph, Mary 04-27-2021 (00:01:00)**                 Benjoseph_04272021.2
                                                                                8

219:8   A. No, they never disclosed -- I didn't

219:9 even know they were in communication directly

219:10 with Alex.

219:11   Q. You had -- you were the one who

219:12 disclosed this data issue to Ms. Cox.  Is that

219:13 true?

219:14   A. Could be.  I mean, I know that we

219:15 were having conversations at that point.

219:16   Q. Why did you send the photograph that

219:17 you sent?  What does the photograph that you

219:18 see on Exhibit A-19 show?

219:19   A. Well, this, I was just showing her

219:20 that this was the collateral, and you can see

219:21 counts; the college-bound, the total universe.

219:22 You could see that we were trained, that we

219:23 had this data to sell.

**219:24 - 220:05    Benjoseph, Mary 04-27-2021 (00:00:07)**                 Benjoseph_04272021.2
                                                                                9

219:24 MR. STRUB:  Let's upload exhibit --

219:25 from tab 23 that we'll mark as Exhibit A-20.

220:1 M. BENJOSEPH

220:2 (Exhibit A-20, email from

220:3 Ms. Benjoseph to Abigail Cox dated

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04272021**

| | 220:4 April 9, 2019, marked for identification, 220:5 as of this date.) | |
| 220:08 - 220:11 | **Benjoseph, Mary 04-27-2021 (00:00:08)** | Benjoseph_04272021.30 |
| | 220:8  Q. Ms. Benjoseph, while we're waiting, 220:9 one question.  You used the word collateral in 220:10 your last answer.  Does collateral mean the 220:11 same thing as data to sell? | |
| 220:13 - 220:14 | **Benjoseph, Mary 04-27-2021 (00:00:16)** | Benjoseph_04272021.31 |
| | 220:13  A. Collateral is brochures. 220:14 THE WITNESS:  I have it. | |
| 220:17 - 221:15 | **Benjoseph, Mary 04-27-2021 (00:01:15)** | Benjoseph_04272021.32 |
| | 220:17  Q. Ms. Benjoseph, is Exhibit A-20 a 220:18 true and correct copy of an email that you 220:19 sent to Ms. Cox on April 9, 2019? 220:20  A. Yes, it is. 220:21  Q. Why did you send this email to 220:22 Ms. Cox?  What does this show us? 220:23  A. Well, this is just a continuation of 220:24 the college collateral.  So I believe this is 220:25 the flip side of one of the pieces of 221:1 M. BENJOSEPH 221:2 collateral that I sent, the brochures.  And 221:3 this is just an example of a survey that 221:4 showed how they were collecting some of this 221:5 data.  So it was an example.  We actually used 221:6 this collateral at an education show and at 221:7 the DMA show and different shows. 221:8  Q. Did Mr. Radetich and Mr. Gluck 221:9 routinely attend these shows? 221:10  A. Yes. 221:11  Q. Were Mr. Radetich and Mr. Gluck 221:12 aware that participants in those shows were 221:13 being told that Take 5 was collecting data 221:14 through the use of surveys, like the one we 221:15 see in front of us? | |
| 221:17 - 221:20 | **Benjoseph, Mary 04-27-2021 (00:00:12)** | Benjoseph_04272021.33 |
| | 221:17  A. Yes. 221:18  Q. Do you know, one way or another as 221:19 you sit here, whether, in fact, such surveys 221:20 were ever actually taken? | |

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04272021**

| Page/Line | Source | ID |
|---|---|---|
| 221:22 - 221:25 | **Benjoseph, Mary 04-27-2021 (00:00:14)** | Benjoseph_04272021.34 |
| | 221:22   A. I have no idea. | |
| | 221:23   Q. Let's -- | |
| | 221:24 MR. STRUB:  Adrianna, can you go to | |
| | 221:25 tab 24, which we'll mark as Exhibit A-21. | |
| 222:12 - 222:15 | **Benjoseph, Mary 04-27-2021 (00:00:11)** | Benjoseph_04272021.35 |
| | 222:12   Q. Ms. Benjoseph, is Exhibit A-21 a | |
| | 222:13 true and correct copy of an email that you | |
| | 222:14 sent to Ms. Cox on April 9, 2019? | |
| | 222:15   A. Yes, it is. | |
| 222:18 - 222:25 | **Benjoseph, Mary 04-27-2021 (00:00:24)** | Benjoseph_04272021.36 |
| | 222:18   Q. What are we looking at now?  What is | |
| | 222:19 this? | |
| | 222:20   A. Another brochure.  Another piece of | |
| | 222:21 collateral.  It's just more college | |
| | 222:22 collateral. | |
| | 222:23   Q. This collateral is a representation | |
| | 222:24 by Take 5 of the data that it is able to | |
| | 222:25 gather for clients; am I correct? | |
| 223:03 - 223:03 | **Benjoseph, Mary 04-27-2021 (00:00:01)** | Benjoseph_04272021.37 |
| | 223:3   A. Yes. | |
| 223:25 - 224:06 | **Benjoseph, Mary 04-27-2021 (00:00:25)** | Benjoseph_04272021.38 |
| | 223:25   Q. And as with the prior documents we | |
| | 224:1 M. BENJOSEPH | |
| | 224:2 just looked at, you were providing this email | |
| | 224:3 to Ms. Cox to document the fact that Take 5 | |
| | 224:4 made representations to its clients about its | |
| | 224:5 ability to provide targeted data; is that | |
| | 224:6 correct? | |
| 224:08 - 224:23 | **Benjoseph, Mary 04-27-2021 (00:01:05)** | Benjoseph_04272021.39 |
| | 224:8   A. Yeah, this was to support my | |
| | 224:9 conversation with HR.  And the reason why I | |
| | 224:10 felt this piece of collateral was particularly | |
| | 224:11 important was, if you look down at the bottom | |
| | 224:12 where it says, "choose from," bullet point | |
| | 224:13 number 4 clearly says "State | |
| | 224:14 universities/community colleges," and that was | |
| | 224:15 the data that I felt that Alex was now | |
| | 224:16 dialling back, so to speak, and I wanted to | |
| | 224:17 support that what I was stating was the truth. | |

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04272021**

224:18   Q. Mr. Radetich was telling you, in the
224:19 conversation you had late March or early
224:20 April, that, in fact, Take 5 did not have the
224:21 ability to allow customers to choose from
224:22 state universities and community colleges,
224:23 correct?

**224:25 - 225:11   Benjoseph, Mary 04-27-2021 (00:00:38)**                    Benjoseph_04272021.4
                                                                              0

224:25   A. It happened the end of March,
225:1 M. BENJOSEPH
225:2 because if you'll recall, then we had that
225:3 text exchange, which was on March 31st, which
225:4 was the Sunday, where I was recapping to him
225:5 what he had told me in the office probably the
225:6 Thursday or the Friday before, and I just
225:7 wanted confirmation in writing from him,
225:8 because I was told at that point from Tanya,
225:9 make sure any and all data questions you have,
225:10 get it in writing from Alex.  So that's what I
225:11 was trying to do.

**225:25 - 226:05   Benjoseph, Mary 04-27-2021 (00:00:18)**                    Benjoseph_04272021.4
                                                                              1

225:25 You were sending this email, that we
226:1 M. BENJOSEPH
226:2 marked as Exhibit A-22, to tell Ms. Cox, hold
226:3 on a minute, we've told clients that they can
226:4 choose from state universities and community
226:5 colleges, right?

**226:07 - 226:15   Benjoseph, Mary 04-27-2021 (00:00:32)**                    Benjoseph_04272021.4
                                                                              2

226:7   A. Yeah.  I wanted to support -- she
226:8 asked me if I had anything to support what I
226:9 was saying -- stating, and this was the only
226:10 support I could find at that point, other than
226:11 if anybody else at the company -- I doubt that
226:12 they were going to want to, you know, have an
226:13 HR call just, you know, to support me at that
226:14 point.  So I was looking for the collateral,
226:15 and I found it.

**238:07 - 238:09   Benjoseph, Mary 04-27-2021 (00:00:11)**                    Benjoseph_04272021.4
                                                                              3

238:7   Q. Ms. Benjoseph, can you confirm that
238:8 the formula in Exhibit A-26 is identical to
238:9 the formula in column K of Exhibit A-25?

## Benjoseph_04272021

| Page/Line | Source | ID |
|---|---|---|

**238:11 - 238:15**

**Benjoseph, Mary 04-27-2021 (00:00:14)**    Benjoseph_04272021.4
4

238:11   A. Yes, they're the same.
238:12   Q. And your understanding is what this
238:13 formula does, is to generate a random
238:14 percentage of between 45 percent and
238:15 60 percent, correct?

**238:17 - 238:21**

**Benjoseph, Mary 04-27-2021 (00:00:15)**    Benjoseph_04272021.4
5

238:17   A. I mean, yes, I see that.  Excel is
238:18 not something that I am proficient in, so I
238:19 just want to make that clear.  I can just
238:20 validate what I'm seeing here.  I did not put
238:21 these spreadsheets together.

**243:19 - 243:25**

**Benjoseph, Mary 04-27-2021 (00:00:22)**    Benjoseph_04272021.4
6

243:19   Q. My understanding is -- let me
243:20 rephrase this question, because what you're
243:21 telling me is that you don't understand Excel
243:22 well enough to understand the meaning of the
243:23 formulas that Mr. Farooqi is using.  Is that
243:24 true?
243:25   A. That's correct.

**245:04 - 245:12**

**Benjoseph, Mary 04-27-2021 (00:00:24)**    Benjoseph_04272021.4
7

245:4   Q. Ms. Benjoseph, let me ask the
245:5 question again:  If the number of veterans in
245:6 the cell is zero, you would have no reason to
245:7 dispute the fact that Mr. Farooqi populated
245:8 that cell by multiplying the number of
245:9 active-duty personnel that he was able to
245:10 Google by a random percentage of between 13
245:11 and 20 percent; you have no reason to dispute
245:12 that, right?

**245:14 - 245:21**

**Benjoseph, Mary 04-27-2021 (00:00:28)**    Benjoseph_04272021.4
8

245:14   A. I have no idea.  This is really a
245:15 question for more someone like Alex or Tanya.
245:16 I mean, Tanya would probably be the best.  She
245:17 was very good on Excel.  I have no clue how
245:18 they're -- what the zero -- really, I don't
245:19 know.  I'm here to help you as best I can and
245:20 answer as honestly as I can, but I have no
245:21 clue on this.

**259:06 - 259:08**

**Benjoseph, Mary 04-27-2021 (00:00:07)**    Benjoseph_04272021.4
9

| Page/Line | Source | ID |
|---|---|---|

259:6   Q. Do you remember any discussion of
259:7 using an algorithm to generate counts?
259:8   A. No, I never heard that.

315:07 - 315:18   **Benjoseph, Mary 04-27-2021 (00:00:34)**   Benjoseph_04272021.5 0

315:7   Q. So let me explain to you what
315:8 Exhibit A-49 is.  This is a table that we put
315:9 together that includes every unique email
315:10 thread that you received from Mr. Farooqi or
315:11 Ms. Desir or that you were copied on with the
315:12 instruction, "Please don't send it to client
315:13 directly, formulas are still in the
315:14 spreadsheet for your reference."
315:15 I'll represent to you that we
315:16 located 131 different campaigns where this
315:17 language was used.  Are you with me?
315:18   A. Yes.

315:21 - 316:05   **Benjoseph, Mary 04-27-2021 (00:00:22)**   Benjoseph_04272021.5 1

315:21   Q. I'm doing this to save some time, as
315:22 I'll explain in a minute.
315:23 We also have listed every
315:24 spreadsheet that you received from Mr. Farooqi
315:25 that accompanied the transmission with
316:1 M. BENJOSEPH
316:2 Mr. Farooqi's instruction to not send it to
316:3 the client, and again, I'll represent to you
316:4 that we have located at least 131
316:5 corresponding Excel spreadsheets.  Okay?

316:07 - 316:16   **Benjoseph, Mary 04-27-2021 (00:00:21)**   Benjoseph_04272021.5 2

316:7   Q. Are you with me?
316:8   A. Yes.
316:9   Q. We have spent a lot of time today
316:10 going through only a handful of these
316:11 spreadsheets, so we don't have time to go
316:12 through all of these emails and spreadsheets,
316:13 nor would you want to do that, nor would your
316:14 counsel want you to do that.  So let me ask
316:15 you some general questions.  Okay?
316:16   A. Yes.

323:08 - 323:18   **Benjoseph, Mary 04-27-2021 (00:00:24)**   Benjoseph_04272021.5 3

323:8   Q. Ms. Benjoseph, let me ask the

| Page/Line | Source | ID |
|---|---|---|

**Benjoseph_04272021**

323:9 question again, and to the extent there's a
323:10 pending question, I'll withdraw it.
323:11 If I were to ask you specific
323:12 questions about each email that you received
323:13 from Mr. Farooqi with the instruction "Please
323:14 don't send it to client directly, formulas are
323:15 still in the spreadsheet for your reference,"
323:16 would you expect that your answer would be
323:17 consistent with the testimony that you have
323:18 given about the ones I did examine you about?

**323:20 - 323:25**   **Benjoseph, Mary 04-27-2021 (00:00:14)**   Benjoseph_04272021.5
4

323:20   A. Yes, I expect that they would be the
323:21 same, but I cannot be sure.
323:22   Q. Would it be your expectation that
323:23 you received each of these emails in the
323:24 course and scope of the work that you did for
323:25 Take 5?

**324:03 - 324:04**   **Benjoseph, Mary 04-27-2021 (00:00:08)**   Benjoseph_04272021.5
5

324:3   A. Yes, I expect them to be the same,
324:4 but I can't be a hundred percent sure.

**325:24 - 326:04**   **Benjoseph, Mary 04-27-2021 (00:00:13)**   Benjoseph_04272021.5
6

325:24   Q. You haven't looked at every single
325:25 spreadsheet that's listed in this exhibit, but
326:1 M. BENJOSEPH
326:2 you would expect that each spreadsheet that
326:3 you received from Mr. Farooqi would include a
326:4 formula, correct?

**326:06 - 326:09**   **Benjoseph, Mary 04-27-2021 (00:00:16)**   Benjoseph_04272021.5
7

326:6   A. I cannot say that to be true because
326:7 there were so many counts that were run all
326:8 the time and not all of them had that formula
326:9 or a formula.

**326:11 - 326:13**   **Benjoseph, Mary 04-27-2021 (00:00:10)**   Benjoseph_04272021.5
8

326:11 You never sent a spreadsheet that
326:12 you received from Mr. Farooqi with a formula
326:13 in it to a client; am I correct?

**326:15 - 326:16**   **Benjoseph, Mary 04-27-2021 (00:00:06)**   Benjoseph_04272021.5
9

326:15   A. There may have been some that I had.
326:16   Q. Do you remember ever doing that?

**326:18 - 327:06**   **Benjoseph, Mary 04-27-2021 (00:00:46)**   Benjoseph_04272021.6
0

| Page/Line | Source | ID |
|---|---|---|

Benjoseph_04272021

326:18   A. Possibly, yes.
326:19   Q. To which client did you send a
326:20 spreadsheet with a formula?
326:21   A. I don't know, but I remember just
326:22 vaguely sending, you know, a couple with the
326:23 formula in it, and I vaguely remember Laura
326:24 pointing it out to me, saying, hey, you know,
326:25 you just sent a spreadsheet with a formula in
327:1 M. BENJOSEPH
327:2 it.
327:3   Q. Okay.  So when you did that, when
327:4 you sent a spreadsheet with a formula, it was
327:5 by accident.  Is that fair?  Or you didn't
327:6 realize it had a formula?

**327:08 - 327:16**   **Benjoseph, Mary 04-27-2021 (00:00:29)**   Benjoseph_04272021.6 1

327:8   Q. Is that fair?
327:9   A. What's fair to say is that I was not
327:10 an Excel pro, and I'm still not, and I was not
327:11 in the habit of, like, opening the
327:12 spreadsheets and looking for a formula.  So if
327:13 somebody said, here's your counts, and I
327:14 opened them and I looked at them, I'm looking
327:15 at the count numbers; I'm not looking
327:16 specifically for a formula.

**327:24 - 327:25**   **Benjoseph, Mary 04-27-2021 (00:00:04)**   Benjoseph_04272021.6 2

327:24   Q. Ms. Benjoseph, Mr. Radetich was
327:25 aware that formulas were being used, correct?

**328:03 - 328:03**   **Benjoseph, Mary 04-27-2021 (00:00:03)**   Benjoseph_04272021.6 3

328:3   A. Mr. Radetich, yes.

**340:24 - 341:03**   **Benjoseph, Mary 04-27-2021 (00:00:08)**   Benjoseph_04272021.6 4

340:24 BY MS. MACKIEWICZ:
340:25   Q. Ms. Benjoseph, if I can ask you to
341:1 M. BENJOSEPH
341:2 go back and look at the document labelled
341:3 Exhibit A-49, and then if you see at the top

**341:04 - 343:21**   **Benjoseph, Mary 04-27-2021 (00:03:14)**   Benjoseph_04272021.6 5

341:4 next to it, the document itself is named
341:5 Chart.pdf.  Do you see that?
341:6   A. I didn't even get to the document
341:7 yet, I'm sorry.

| Page/Line | Source | ID |
|---|---|---|

341:8  Q. I'm sorry.

341:9  A. I had already gotten out of it.  Is

341:10 that A-49 from today?

341:11  Q. Yes.

341:12  A. I have it now.

341:13  Q. And do you see at the top that it

341:14 says "A-49," and then it has a space, and then

341:15 it says "Chart.pdf"?

341:16  A. Yes.

341:17  Q. Did you create this 30-page

341:18 document?

341:19  A. No, I did not.

341:20  Q. Before today, have you seen this

341:21 30-page document?

341:22  A. No.

341:23  Q. And in the document itself, the

341:24 column -- the sixth column from the left or

341:25 the second column from the right says,

342:1 M. BENJOSEPH

342:2 "Document ID," and then it has a series of

342:3 document IDs in it.  Do you see that?

342:4  A. Yes.

342:5  Q. And that same column exists on every

342:6 page of the 30 pages, if you'll scroll down

342:7 and just confirm that for me.  I will

342:8 represent to you that those document IDs

342:9 represent documents that were -- purports to

342:10 represent documents that were exchanged in

342:11 discovery in this arbitration.

342:12 Before your deposition today, were

342:13 you provided copies of any of the documents

342:14 that were listed on this chart?

342:15  A. No.

342:16  Q. And so, prior to your deposition

342:17 today, you didn't have the opportunity to

342:18 review any of the documents listed on this

342:19 chart that Mr. Strub was asking you about how

342:20 you would expect to answer questions if he

342:21 asked you questions about documents that now

342:22 you've told us you haven't seen?  Did you

| Benjoseph_04272021 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

342:23 understand the question?

342:24   A. Can you repeat that?  I'm just so

342:25 tired at this point.

343:1 M. BENJOSEPH

343:2   Q. I understand, and I'm trying to get

343:3 finished, I promise.

343:4 Before today, you just told us that

343:5 you had not seen any documents that were

343:6 exchanged in discovery in this case; that's

343:7 correct?

343:8   A. That's correct.

343:9   Q. Mr. Strub was asking you a series of

343:10 questions about how you would expect to

343:11 respond if he showed you some documents that

343:12 you haven't seen, correct?

343:13   A. Correct.

343:14   Q. Okay.  And they all related to

343:15 documents that he described to you were on

343:16 this chart.  But what I'm trying to confirm

343:17 for you is:  You really don't know how you

343:18 would respond because you haven't seen those

343:19 documents, right?

343:20   A. Yes, that's correct; that's why I

343:21 responded, I can't be sure.

**343:25 - 344:03    Benjoseph, Mary 04-27-2021 (00:00:13)**                        Benjoseph_04272021.6
                                                                              6

343:25   Q. Now I would like to ask you to go

344:1 M. BENJOSEPH

344:2 back and look at both 47 and 48 -- I'm sorry,

344:3 A-47 and 48.

**344:04 - 344:10    Benjoseph, Mary 04-27-2021 (00:00:32)**                        Benjoseph_04272021.6
                                                                              7

344:4   A. I have them both up.

344:5   Q. Okay.  If we scroll down -- well,

344:6 let me start at the top.  This is at the top

344:7 email, an email dated August 8, 2018, at

344:8 7:55 p.m., from Laura Scott to Isabel Mendoza

344:9 at Mitsubishi.  Do you see that?

344:10   A. Yes, I do.

**344:17 - 346:06    Benjoseph, Mary 04-27-2021 (00:02:19)**                        Benjoseph_04272021.6
                                                                              8

344:17   Q. And it says -- Laura Scott says,

344:18 "Sure, updated sales order attached.  Thanks."

| Page/Line | Source | ID |
|---|---|---|

Benjoseph_04272021

344:19 And Exhibit A-48 is that sales order
344:20 attachment.  Do you see that?
344:21   A. Yes, I do.
344:22   Q. Okay.  Now, if we go back to 47 and
344:23 we scroll all the way down to the bottom
344:24 email, the original request from Isabel
344:25 Mendoza on August 2nd, which is a Thursday,
345:1 M. BENJOSEPH
345:2 comes to you.  Do you see that?
345:3   A. Yes.
345:4   Q. And then if we scroll up, on the
345:5 bottom of page 5 of that email, you respond
345:6 that you're on vacation today, August 2nd,
345:7 through the following Thursday, August 9th,
345:8 but that the team will work on it, correct?
345:9   A. Yes.
345:10   Q. So in the real-time, August 2nd
345:11 through August 8th of 2018, you didn't have
345:12 anything to do with what happens after your
345:13 email on August 2nd when you asked the team to
345:14 get involved and then the final email from
345:15 Laura to Isabel Mendoza at Mitsubishi; is that
345:16 correct?
345:17   A. It's really hard to say that that's
345:18 correct because I don't remember ever taking a
345:19 vacation, and I worked on my vacation.  So I
345:20 have no idea where I would have even been.
345:21   Q. But you don't see -- let me just ask
345:22 you this, then:  When you look through this
345:23 email exchange, after you make the comment on
345:24 August 2nd that you're on vacation, although
345:25 you're copied on the emails, you are not
346:1 M. BENJOSEPH
346:2 involved in any of the subsequent exchanges
346:3 between Take 5 and the client?
346:4   A. No.
346:5   Q. Okay.
346:6   A. It does not appear that way.

348:23 - 349:23   **Benjoseph, Mary 04-27-2021 (00:01:16)**    Benjoseph_04272021.6 9

348:23   Q. Okay.  But what you can't know --

**Benjoseph_04272021**

| Page/Line | Source | ID |
|---|---|---|

348:24 what you cannot know, sitting here today, is

348:25 whether there was any other email

349:1 M. BENJOSEPH

349:2 communications in a different email thread,

349:3 other than the ones he showed you today, to

349:4 make a complete picture related to the

349:5 dialogue about any given counts for any given

349:6 client for any given request.

349:7 MR. STRUB:  Objection.

349:8 Argumentative.  Speculation.

349:9  A. I'm not sure of your question,

349:10 honestly.  I mean -- so I think what you're

349:11 asking me is, could there be other emails that

349:12 were in that email chain?  Is that what you're

349:13 asking me?

349:14  Q. Yes.  I called it a thread; you're

349:15 calling it a chain.  Yes, that's what I'm

349:16 asking you.

349:17  A. Okay.  Yes, yes, that's possible.

349:18  Q. And you haven't seen those today, so

349:19 you just don't know if it's a complete and

349:20 accurate record of what you've seen today, if

349:21 that's it; you don't know one way or the

349:22 other?

349:23  A. Yeah, I don't know.

355:21 - 356:09  **Benjoseph, Mary 04-27-2021 (00:00:57)**    Benjoseph_04272021.70

355:21  Q. Both yesterday and today, Mr. Strub

355:22 showed you spreadsheets that had formulas

355:23 inside of them behind the numbers.  Sitting

355:24 here today, do you have any idea who created

355:25 the formulas in any of those spreadsheets?

356:1 M. BENJOSEPH

356:2  A. I believe it was Alex Radetich with

356:3 Tanya.

356:4  Q. Do you know for sure?

356:5  A. I do know at one point in time,

356:6 Tanya showed me, this is the formula that Alex

356:7 provided to me, because she was training Laura

356:8 and I was still fairly new in the business

356:9 because --

## Benjoseph_04272021

| Page/Line | Source | ID |
|---|---|---|
| 356:20 - 357:02 | **Benjoseph, Mary 04-27-2021 (00:00:24)** | Benjoseph_04272021.7 1 |

356:20   Q. And today, the spreadsheets both
356:21 yesterday and today that Mr. Strub has shown
356:22 you included -- at least what he's shown you
356:23 was formulas for counts that didn't have
356:24 anything to do with auto clients.  Do you have
356:25 any idea who created the formulas in any of
357:1 M. BENJOSEPH
357:2 those spreadsheets?

| 357:05 - 357:05 | **Benjoseph, Mary 04-27-2021 (00:00:02)** | Benjoseph_04272021.7 2 |

357:5   A. I don't recall.

| 357:06 - 357:25 | **Benjoseph, Mary 04-27-2021 (00:01:20)** | Benjoseph_04272021.7 6 |

357:6   Q. When you were responding with counts
357:7 to clients, I believe the way you described it
357:8 was that they were to be estimates within the
357:9 reach of Take 5 for potential future orders.
357:10 Did I get that right?
357:11   A. Yes.
357:12   Q. And when you were sending out or you
357:13 were approving to send out counts, you
357:14 satisfied yourself that the information within
357:15 those counts that were going out to potential
357:16 clients was within the reach of Take 5 for
357:17 future potential sales orders?
357:18   A. Correct.  And towards the end, if
357:19 the counts, for whatever reason, were higher
357:20 than the available data, they -- the back
357:21 would push back or Laura would let me know, we
357:22 don't have enough data for this order.
357:23   Q. And what did you do in those
357:24 circumstances?
357:25   A. Notify the client.

| 359:21 - 360:23 | **Benjoseph, Mary 04-27-2021 (00:01:31)** | Benjoseph_04272021.7 3 |

359:21   Q. So your experience was that, for the
359:22 sales orders that you submitted, you satisfied
359:23 yourself and were comfortable that they could
359:24 be fulfilled as promised to the customer?
359:25   A. Yes.  And if not, I would expect
360:1 M. BENJOSEPH
360:2 some pushback to say, we don't have the data

| Page/Line | Source | ID |
|---|---|---|

Benjoseph_04272021

360:3 for this, and lots of times if I had any
360:4 question as to avails, what we actually had
360:5 available, I would call or email Alex; if Alex
360:6 wasn't available, I would go to Tanya.
360:7   Q. And when you were talking about
360:8 getting pushback from the back, is "the back"
360:9 in that scenario Eva and Michael in the
360:10 production fulfillment department?
360:11   A. Yes, and let me clarify that as
360:12 well.  It wouldn't have been even direct
360:13 pushback to me because I wasn't the person at
360:14 that point that was submitting the order to
360:15 the back.  So it would pretty much be the back
360:16 team notifying Laura, and then I would likely
360:17 be on that email chain or thread, or she would
360:18 call me and say, the back notified me, you
360:19 know, we don't have enough data, or I tried to
360:20 obtain the data, I don't really know how they
360:21 obtain their data, but we don't have enough of
360:22 the data for this file; what do you want to
360:23 do?

**360:24 - 362:03**    **Benjoseph, Mary 04-27-2021 (00:01:45)**    Benjoseph_04272021.7
4

360:24   Q. And you, your pattern and practice,
360:25 if that happened, would be to go back to the
361:1 M. BENJOSEPH
361:2 client and say, we need to make other
361:3 arrangements?
361:4   A. Well, I'd go back to the client and
361:5 say, you know, we refreshed the data segment
361:6 or we reached out to the data team and we have
361:7 this quantity at this point in time.  And lots
361:8 of times, Laura or I would offer a backfill
361:9 option.  You might see that term in some
361:10 communications, would you like to backfill
361:11 with general consumers.
361:12   Q. So that would be a more expansive
361:13 population than the target that the client had
361:14 originally requested?
361:15   A. That's correct.
361:16   Q. And another thing that I have seen

| Benjoseph_04272021 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

361:17 on occasion is where a client's requested a
361:18 geographical area where -- I believe you
361:19 called that a geo, and there wasn't
361:20 necessarily enough data that the response
361:21 would be, let's expand out to an additional
361:22 five-mile radius and see if that gets a larger
361:23 population for what you're looking for.  Was
361:24 that another example of how you would go back
361:25 to the client and renegotiate what the
362:1 M. BENJOSEPH
362:2 original ask was?
362:3  A. Yes.

Advantage = 00:25:55
Take 5 = 00:15:50
Advantage Counter = 00:00:31
**Total Time = 00:42:16**