Case No. 1:22-cv-3278

EXHIBIT Y



mwe.com

Lisa M. Richman
Attorney at Law
lrichman@mwe.com
+1 202 756 8090

November 9, 2022

*By Email*

Michael H. Strub, Jr., Esq.
650 Town Center Drive,
Suite 1700
Costa Mesa, CA 92626
(949) 383-2770
mstrub@ggtriallaw.com

Re: *Petruss Media Group, LLC, et al. v. Advantage Sales & Marketing LLC, et al.*, Case No. 1:22-CV-3278

Dear Mr. Strub,

We are in receipt of your letter and notice dated November 7, 2022. In your letter you demand a response by November 9, 2022, despite the 21-day safe harbor provided by Rule 11(c)(2). I am sending you this response as a courtesy to advise you that I am currently in a multi-week, out-of-state arbitration hearing presently scheduled to end on November 19, 2022. Until Ms. Evans and I are able to appropriately confer with our clients, which we will do once I return from my arbitration hearing, we are not in a position to substantively respond to your letter nor are we required to do so within the time period you demand.

However, we note that many of the allegations set forth in your letter appear better suited for an opposition to the Motion to Vacate and represent disagreements on the meaning and weight of certain facts and application of law. If anything, the arguments contained in your letter demonstrate why the Take 5 Parties moved to vacate; because the parties fundamentally disagree concerning the facts of this case and the legal implications of the same. For avoidance of doubt, we filed the pleadings in the District of Columbia District Court in the utmost good faith.

Further, your letter appears to cast aspersions about alleged evasion of service of process by our clients, which you imply was at the direction of counsel. We would caution you against making such serious allegations. The facts do not support your contentions. While we will provide a more fulsome response should you choose to file the motion your



500 North Capitol Street, NW   Washington DC 20001-1531   Tel +1 202 756 8000   Fax +1 202 756 8087

*US practice conducted through McDermott Will & Emery LLP.*

Michael H. Strub, Jr., Esq.
November 9, 2022
Page 2

letter states will be forthcoming, we reject any notion that we or our clients have improperly conducted ourselves relating to service of process.

Sincerely,

*[signature]*

Lisa M. Richman

cc: Lauren H. Evans
Justin B. Elegant
Sarah Gragert

McDermott
Will & Emery