Case No. 1:22-cv-3278

EXHIBIT Z

| | |
|---|---|
| **From:** | Richman, Lisa <Lrichman@mwe.com> |
| **Sent:** | Saturday, December 17, 2022 3:26 AM |
| **To:** | Michael H. Strub |
| **Cc:** | Evans, Lauren; Sarah.Gragert@lw.com; Edward A. Danielyan; Desiree N. Murray; Cheryl Winsten |
| **Subject:** | [EXT] Re: Rule 11 Motion |

Dear Michael,

Thank you for your email attaching what I understand you intend to file with the court on Monday. As you know, Lauren is out on maternity leave. I am traveling internationally with my family and have only had a brief opportunity to review your motion but note that it appears to differ in its arguments (at least in part) from the materials you sent me on November 7. Without waiving any of the Take 5 parties' rights, given these differences and the seriousness of your motion, and also your representation to the court that this was provided in advance of filing it to allow counsel and the Take 5 parties the opportunity to consider the materials and an opportunity to withdraw, I would appreciate the courtesy of being able to do so.

Unfortunately, given my current travels that may be impossible for me to do before I am back in the US again, which will be on Monday evening. I would respectfully ask, therefore, that you please hold off on filing your motion until I have had an opportunity to more fully review your motion and speak to my clients. Even though it will be difficult, I will make every effort to try to schedule that call before my return but as mentioned above that may be difficult. And I will notify you as soon as that has occurred.

Separately, and in any event, I note that you appear to have included only our November 28 letter with your motion. As previously requested, we would ask that you please also include our November 9, 2022 letter.

Finally, I reiterate the offer that I made in my November 28, 2022 letter that we discuss these issues before you file your motion with the court. I have been an arbitration specialist for over 20 years and have always prided myself on my integrity, reputation for honesty and ability to cooperate with opposing counsel. I have stated previously that as someone who was not counsel during the arbitration, it is absolutely more challenging for me to go back and try to interpret the record, but Lauren and I invested significant time and care in reviewing the underlying record here. You will note that I took very seriously your November 7, 2022 letter and responded in substance to every argument contained therein and why we believed those arguments did not warrant a Rule 11 motion. I note that your motion (from the quick review I have been able to make) now seems to include at least some new and different arguments than the ones in your November 7 letter. I would appreciate the courtesy of you allowing me to look into those issues in more detail and to respond to you on a counsel to counsel basis before you file them with the court.

Please let me know your position on the three issues above.

Best regards,
Lisa


LISA M. RICHMAN
Partner
**McDermott Will & Emery LLP** The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8090   **Mobile** +1 202 285 4738   **Email** lrichman@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn**

On Dec 16, 2022, at 4:46 PM, Michael H. Strub wrote:

**[ External Email ]**
Counsel:
As a courtesy, we are letting you know that we intend to file the attached documents with the Court on
Monday, December 19, 2022.
Below is a link to the exhibits to my declaration, which will expire in 30 days:
https://ggtriallaw.sharefile.com/d-sa8ae64a5f041427c9123f19e2141df0f
Regards,
**Michael H. Strub Jr.**
*Partner*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2770 | Cell 323.868.7898 | Fax 949.383.2801
MStrub@GGTrialLaw.com | www.GGTrialLaw.com
This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please
delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

**************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a
law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified
that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly
prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system.
Our Privacy Policy explains how we may use your personal information or data and any personal information or data
provided or made available to us. Thank you.
**************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.