IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, et al.<br><br>Petitioners,<br><br>v.<br><br>ADVANTAGE SALES & MARKETING LLC, et al.,<br><br>Respondents. | Case No. 1:22-cv-3278 |

**[PROPOSED] ORDER**

**UPON CONSIDERATION** of the motion of Respondents Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P. (the "Advantage Parties") for an order imposing sanctions jointly against Petitioners Petruss Media Group LLC, f/k/a Take 5 Media Group, LLC, Alexander Radetich, Richard Gluck, and RJV Marketing Corp. (the "Take 5 Parties") and their attorneys, Lisa Richman and Lauren H. Evans, and their law firm McDermott Will & Emery (the "Take 5 Parties' Counsel"), pursuant to Rule 11 of the Federal Rules of Civil Procedure (the "Motion"), together with the memorandum and declaration filed in support thereof, and good cause appearing therefor, the Court **HEREBY ORDERS**:

1. The Advantage Parties' Motion is GRANTED.

2. The above-captioned action is hereby dismissed.

3. The Advantage Parties are entitled to recover appropriate attorney's fees and costs incurred in connection with defending the above-captioned action jointly against the Take 5 Parties and the Take 5 Parties' counsel.

4. On or before _____, 2023, the Advantage Parties shall file a request for attorney's fees and costs. The Take 5 Parties and the Take 5 Parties' counsel shall

file an opposition, if any, on or before _____, 2023.  The Advantage Parties shall file a reply, if any, on or before _____, 2023.

**IT IS SO ORDERED**.

This \_\_\_\_ day of_____, 202\_\_.

_____
Hon. Rudolph Contreras
United States District Judge