**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETRUSS MEDIA GROUP, LLC | : | |
| f/k/a TAKE 5 MEDIA GROUP, LLC, *et al.* | : | |
| | : | |
| Petitioners, | : | Civil Action No.:    22-3278 (RC) |
| | : | |
| v. | : | Re Document Nos.:   3, 15, 26, 30, 33 |
| | : | |
| ADVANTAGE SALES & MARKETING, | : | |
| LLC, *et al.*, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**DENYING RESPONDENTS' MOTION TO DISMISS OR STAY; DENYING RESPONDENTS' MOTION FOR SANCTIONS; DENYING PETITIONERS' MOTION FOR ORDER; DENYING PETITIONERS' PETITION AND MOTION TO VACATE AWARD; GRANTING RESPONDENTS' PETITION TO CONFIRM AWARD**

For the reasons stated in the Court's Memorandum Opinion separately and

contemporaneously issued, it is hereby **ORDERED** that Respondents' Motion to Dismiss or

Stay (ECF No. 15) is **DENIED**; Respondents' Motion for Sanctions is **DENIED** (ECF No. 26);

Petitioners' Motion for Order (ECF No. 33) is **DENIED**; Petitioners' Motion to Vacate Award

(ECF No. 3) is **DENIED**; and Respondents' Petition to Confirm Award (ECF No. 30) is

**GRANTED**.

        **SO ORDERED**.


Dated:  August 25, 2023                                    RUDOLPH CONTRERAS
                                                            United States District Judge