**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, ALEXANDER RADETICH, RICHARD GLUCK AND RJV MARKETING CORP.,** )<br><br>**Petitioners,** )<br>**v.** )<br><br>**ADVANTAGE SALES & MARKETING, LLC, ADVANTAGE SALES & MARKETING, INC., KARMAN INTERMEDIATE CORP., ADVANTAGE SOLUTIONS, INC., AND KARMAN TOPCO, L.P.,** )<br><br>**Respondents.** ) | **Civil Case No. 1:22-cv-03278-RC (ZF)** |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR
PETITIONER/JUDGMENT DEBTOR, RICHARD GLUCK**

Venable and attorneys Joseph B. Isenberg, Esq., and Ana Jara, Esq. (collectively "Venable") moved to withdraw as counsel of record for Judgment Debtor Richard Gluck ("Gluck") pursuant to Local Civil Rule 83.6(c) on March 16, 2026 (the "Motion"). The Court, having considered the points and authorities raised in the Motion and any opposition thereto;

IT is, on THIS 17th day of March, 2026, hereby **ORDERED and ADJUDGED**, as follows:

1.      The Motion is GRANTED.

2.      Venable and any of its attorneys shall be relieved as counsel of record and have no further duties or obligations to Gluck in this matter.

2

3.      All further pleadings, motions, orders, notices, correspondence, and/or any other court filings in the above-styled action shall be served upon Gluck via U.S. Mail and Email as follows:

> Richard Gluck
> 484 E. Royal Palm Road
> Boca Raton, FL 33432
> email: richmusic67@yahoo.com

4. The Court shall enter such further relief as may be necessary to enforce this order.

Dated: 3/17/2026

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE