IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, ALEXANDER RADETICH, RICHARD GLUCK AND RJV MARKETING CORP., <br><br> Petitioners, <br><br> v. <br><br> ADVANTAGE SALES & MARKETING, LLC, ADVANTAGE SALES & MARKETING, INC., KARMAN INTERMEDIATE CORP., ADVANTAGE SOLUTIONS, INC., AND KARMAN TOPCO, L.P., <br><br> Respondents. | Civil Case No. 1:22-cv-03278-RC (ZF) |

## PARTIAL SATISFACTION AND RELEASE OF JUDGMENT AND DISCHARGE ONLY AS TO RESPONDENT/JUDGMENT DEBTOR, ALEXANDER RADETICH

**NOTICE IS HEREBY GIVEN** the Claimants/Judgment Creditors, Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P. (collectively, the "**Judgment Creditors**"), are owners and holders of that certain Judgment In A Civil Action [ECF No. 52] against Alexander Radetich ("Radetich"), Richard Gluck ("Gluck"), RJV Marketing Corp. ("RJV"), and Petruss Media Group, LLC f/k/a Take 5 Media Group LLC ("Petruss")(collectively, the "**Judgment Debtors**") in the total amount of $74,816,853.37, plus post-judgment interest at the rate of 5.39% per annum (the "**Judgment**"), entered on November 8, 2023, by the United States District Court for the District of Columbia in the above-referenced Civil Case No. 1:22-cv-03278-RC-ZMF (the "**DC Case**").

**FURTHER,** that the Judgment Creditors do hereby acknowledge receipt of payments by Radetich as full and final settlement of his obligations under the Judgment. The obligations and

liabilities of Radetich under the Judgment have been fully satisfied and discharged and, therefore, pursuant to this Partial Satisfaction and Release of Judgment and Discharge Only As To Respondent/Judgment Debtor, Alexander Radetich (the "**Radetich Satisfaction of Judgment**"), the Judgment together with any and all documents and/or liens to secure collection of the Judgment which may have been recorded within the public records of the District of Columbia (collectively, the "**Judgment Liens**") are hereby acknowledged by the Judgment Creditors to be satisfied, discharged, released, and canceled of record as to Radetich only, in the above-referenced action, and as to any interest of Radetich in personal and real property;

**FURTHER**, that the Judgment Creditors previously filed a Notice of Partial Satisfaction of Judgment as to RJV [ECF No. 95]; and

**FURTHER**, the Radetich Satisfaction of Judgment does not apply to any other Judgment Debtors. Accordingly, the Judgment and Judgment Liens shall remain outstanding as to the Judgment Debtors other than Radetich and RJV, namely (i) Richard Gluck and (ii) Petruss Media Group, LLC f/k/a Take 5 Media Group LLC, each of which remains obligated under the Judgment and the property of which remains subject to any and all Judgment Liens in favor of Judgment Creditors to secure payment of the Judgment.

**ADVANTAGE SALES & MARKETING, LLC**

By: _Bryce Robinson_

Name: _____Bryce Robinson_____

Title: Chief Legal Officer and Corporate Secretary

Date: _May 11, 2026_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**STATE OF CALIFORNIA**      )
                             )
**COUNTY OF ORANGE**         )

**THE FOREGOING** instrument was acknowledged before me on this 11th day of May, 2026, by Bryce Robinson, Chief Legal Officer and Corporate Secretary of Advantage Sales & Marketing, LLC, who is personally known to me or has produced a state issued driver's license as identification and who did not take an oath for the purpose therein expressed.

**WITNESS** my hand and official seal in the County and State last aforesaid on this 11th day of May, 2026.

_Monica Vanille_
Notary Public, State of California
Print Name: Monica Vanille
My Commission Expires: January 18, 2029

MONICA VANILLE
Notary Public - California
Orange County
Commission # 2507673
My Comm. Expires Jan 18, 2029

3

**ADVANTAGE SALES & MARKETING, INC.**

By: _Bryce Robinson_

Name: _____Bryce Robinson_____

Title: Chief Legal Officer and Corporate Secretary

Date: _May 11, 2026_

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

**STATE OF CALIFORNIA** )
)
**COUNTY OF ORANGE** )

**THE FOREGOING** instrument was acknowledged before me on this 11th day of May, 2026, by Bryce Robinson, Chief Legal Officer and Corporate Secretary of Advantage Sales & Marketing, Inc., who is personally known to me or has produced a state issued driver's license as identification and who did not take an oath for the purpose therein expressed.

**WITNESS** my hand and official seal in the County and State last aforesaid on this 11th day of May, 2026.

_Monica Vanille_
Notary Public, State of California
Print Name: Monica Vanille
My Commission Expires: January 18, 2029

MONICA VANILLE
Notary Public - California
Orange County
Commission # 2507673
My Comm. Expires Jan 18, 2029

4

**KARMAN INTERMEDIATE CORP.**

By: _____

Name: _____Bryce Robinson_____

Title: Chief Legal Officer and Corporate Secretary

Date: _May 11, 2026_

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

**STATE OF CALIFORNIA** )
)
**COUNTY OF ORANGE** )

    **THE FOREGOING** instrument was acknowledged before me on this 11th day of May, 2026, by Bryce Robinson, Chief Legal Officer and Corporate Secretary of Karman Intermediate Corp., who is personally known to me or has produced a state issued driver's license as identification and who did not take an oath for the purpose therein expressed.

    **WITNESS** my hand and official seal in the County and State last aforesaid on this 11th day of May, 2026.

_____
Notary Public, State of California
Print Name: Monica Vanille_____
My Commission Expires: January 18, 2029

MONICA VANILLE
Notary Public - California
Orange County
Commission # 2507673
My Comm. Expires Jan 18, 2029

**ADVANTAGE SOLUTIONS, INC.**

By: _____

Name: _____Bryce Robinson_____

Title: Chief Legal Officer and Corporate Secretary

Date: _____May 11, 2026_____

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

**STATE OF CALIFORNIA**          )
                                                        )
**COUNTY OF ORANGE**          )

**THE FOREGOING** instrument was acknowledged before me on this 11th day of May, 2026, by Bryce Robinson, Chief Legal Officer and Corporate Secretary of Advantage Solutions, Inc., who is personally known to me or has produced a state issued driver's license as identification and who did not take an oath for the purpose therein expressed.

**WITNESS** my hand and official seal in the County and State last aforesaid on this 11th day of May, 2026.

_____
Notary Public, State of California
Print Name: Monica Vanille
My Commission Expires: January 18, 2029

MONICA VANILLE
Notary Public - California
Orange County
Commission # 2507673
My Comm. Expires Jan 18, 2029

**KARMAN TOPCO L.P.**

By: _____

Name: _____Bryce Robinson_____

Title: _____Secretary_____

Date: _____May 11, 2026_____

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

**STATE OF CALIFORNIA** )

)

**COUNTY OF ORANGE** )

**THE FOREGOING** instrument was acknowledged before me on this 11th day of May, 2026, by Bryce Robinson, Secretary of Karman Topco L.P., who is personally known to me or has produced a state issued driver's license as identification and who did not take an oath for the purpose therein expressed.

**WITNESS** my hand and official seal in the County and State last aforesaid on this 11th day of May, 2026.

_____
Notary Public, State of California
Print Name: Monica Vanille
My Commission Expires: January 18, 2029

MONICA VANILLE
Notary Public - California
Orange County
Commission # 2507673
My Comm. Expires Jan 18, 2029