**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PETRUSS MEDIA GROUP, LLC, *et al.*,

     Petitioners,

v.

ADVANTAGE SALES & MARKETING,
LLC, *et al.*,

     Respondents.

Case No. 1:22-cv-03278-RC-ZMF

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), please take notice that Sarah M. Gragert is withdrawing as counsel of record for Judgment Creditors and Respondents Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P. (collectively, "Respondents") in this matter. Ms. Gragert will no longer be associated with the firm of Latham & Watkins LLP after June 1, 2026. Ms. Gragert's withdrawal will not unduly delay the proceedings, as this is a post-judgment collection matter without a need for a trial. Additionally, no party will be unfairly prejudiced by this withdrawal, and it is not counter to the interests of justice.

Latham & Watkins LLP attorney Jason R. Burt, as well as Greenberg Gross LLP attorneys Alan Greenberg and Evan Borges will continue to represent Respondents in this matter.

Dated: May 27, 2026

Bryce Robinson
Chief Legal Officer and Corporate
Secretary at Advantage Solutions

Respectfully submitted,

/s/ *Sarah M. Gragert*
Sarah M. Gragert (DC Bar No. 977097)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200

Fax: (202) 637-2201
Email: sarah.gragert@lw.com

*Former Counsel for Respondents Advantage
Sales & Marketing LLC, Advantage Sales &
Marketing Inc., Karman Intermediate Corp.,
Advantage Solutions Inc., and Karman Topco
L.P.*

2